# EXHIBIT 2

Case No. 1:26-cv-01061-CYC     Document 1-2     filed 03/16/26     USDC Colorado     pg 1 of 14

**FA CON Federal Award <fedaward@ucar.edu>**

# NSF Award Notice for Award ID 1852977 - Amendment ID 014

1 message

---

**khatch@nsf.gov** <khatch@nsf.gov>                                     Tue, Sep 30, 2025 at 9:52 AM
To: fedaward@ucar.edu
Cc: jhannan@nsf.gov, jyoung@nsf.gov, phuang@nsf.gov, spetrell@nsf.gov, tonyb@ucar.edu

---

## NATIONAL SCIENCE FOUNDATION

### Award Notice

**Award Number (FAIN):** 1852977

**Managing Division Abbreviation:** AGS                          **Amendment Number:** 014

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH
**Recipient Address:** 3090 CENTER GREEN DR BOULDER, CO 80301-2252
**Official Recipient Email Address:** fedaward@ucar.edu
**Unique Entity Identifier (UEI):** YEZEE8W5JKA3

### AMENDMENT INFORMATION

**Amendment Type:** Other Admin No Fund Actions
**Amendment Date:** 09/30/2025
**Amendment Number:** 014
**Proposal Number:** Not Applicable
**Amendment Description:**

Administrative Action

This amendment is an administrative action. No action is required by the recipient.

Except as modified by this amendment, all other award conditions remain unchanged.

### AWARD INFORMATION

**Award Number (FAIN):** 1852977
**Award Instrument:** Governing Cooperative Agreement
**Cooperative Support Agreement(s):** 1755088,1924949,1926711,1934007,1935447,1936418, 1940618,1945358,1947284,1947282,1947285,1947275,1948123,2042680,2134890,2140598,2153337
**Award Date:** 09/19/2018
**Award Period of Performance:**   Start Date: 10/01/2018     End Date: 09/30/2028
**Project Title:** The Management and Operation of the National Center for Atmoshperic Research (NCAR)
**Managing Division Abbreviation:** AGS
**Research and Development Award:** Yes

**Funding Opportunity:** NSF 17-550 Competition for the Management and Operation of the National Center for Atmospheric Research
**Assistance Listing Number(s) and Name(s):** 47.050 Geosciences

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $0
**Total Intended Award Amount:** $1
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $0

## PROJECT PERSONNEL

**Principal Investigator:** Antonio J Busalacchi

**Email:** tonyb@ucar.edu

**Organization:** UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH

## NSF CONTACT INFORMATION

**Managing Grants Official**
(Primary Contact)
**Name:** Kapua S Hatch
**Email:** khatch@nsf.gov
**Phone:** (703) 292-8159

**Awarding Official**
**Name:** Kapua S Hatch
**Email:** khatch@nsf.gov

**Managing Program Officer**
**Name:** John Hannan
**Email:** jhannan@nsf.gov
**Phone:** (703) 292-5178

## GENERAL TERMS AND CONDITIONS

This is a Governing Cooperative Agreement (CA), which is a cooperative agreement that serves as an umbrella award, establishing the overall basic provisions of the award. Under the Governing CA, separate Cooperative Support Agreement(s) (CSA) are issued, which provide funding and contain more specific terms and conditions related to the scope of each individual CSA. This Governing Cooperative Agreement (CA) is entered into between the United States of America, represented by the National Science Foundation (NSF), and the above named Recipient pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 USC 1861-1875). This Governing CA is provided electronically to the Recipient. The Recipient is responsible for full compliance with all Programmatic and Financial/Administrative Terms and Conditions as initially stated or as updated over the life of this Governing CA. Funding must not be transferred from one CSA to another by the Recipient. The Recipient's request to draw down funds under any associated CSA will represent acceptance by the Recipient of all Terms and Conditions of the Governing CA. The Authorized Organizational Representative (AOR) will be notified electronically of any changes to these Terms and Conditions and is encouraged to review these changes immediately and contact the Grants and Agreements Official or Program Officer within thirty calendar days with any questions.

General Terms and Conditions are subject to change in accordance with federal policy and regulations. Changes will be incorporated automatically with any funding amendment for any CSA under this award. It is the Recipient's responsibility to monitor and comply with the General Terms and Conditions below unless otherwise modified by the award-specific terms and conditions.

CA-FATC

This award is subject to the Cooperative Agreement Financial & Administrative Terms and Conditions (CA-FATC),dated 05/19/2025, available at https://www.nsf.gov/awards/managing/co-op_conditions.jsp.

Major Facility and FFRDC CA-FATCs
This award is subject to the Cooperative Agreement Modifications and Supplemental Financial & Administrative Terms and Conditions for Major Multi-User Research Facility Projects and Federally Funded Research and Development Centers, dated 05/19/2025, available at https://www.nsf.gov/awards/managing/co-op_conditions.jsp.

To view the Award Document go to: https://www.research.gov/award-documents-web?awardId=1852977&amendmentId=014

**FATC AND PTC**

Financial and Administrative Terms and Conditions (FATC)

Part 1. Award Specific Financial and Administrative Terms and Conditions (Amendment 010)

1.1  Terms and Conditions Incorporated by Reference

a. NSF Award Conditions. All activities under this CA are subject to NSF's CA-FATC and the Cooperative Agreement Modifications and Supplemental Financial and Administrative Terms and Conditions for Major Multi-User Research Facility Projects and Federally Funded Research and Development Centers, (CA-FATC Supplement), available in full text at https://www.nsf.gov/awards/managing/co-op_conditions.jsp

b. Deviations from the CA-FATC and CA-FATC Supplement. To meet the specific needs and requirements of this CA, any deviations are provided in full text herein. Any subsequent modifications shall be incorporated by amendment.

c. Order of Precedence. The award-specific terms and conditions of this CA, Parts 1 and 2, take precedence over the CA-FATC Supplement. The CA-FATC Supplement takes precedence over the CA-FATC. Award-specific terms and conditions and modifications to the CA-FATC and CA-FATC Supplement, incorporated in full text below and in any future amendments to this CA, shall flow down to CSAs issued under this CA unless stated otherwise. Individual CSAs issued under this CA may also contain terms and conditions specific to the CSA. Should there be any difference between the terms and conditions of any CSA and this CA, the terms of the CSA shall govern and take precedence for that particular CSA without affecting the remaining terms of the CA.

1.2. Term of Agreement. The term of this CA ends on September 30, 2028 unless otherwise amended.

1.3  Funding

a.  Initial 5-year Period, 2018 - 2023.  NSB Resolution 2018-19 dated May 3, 2018 authorized up to $630,000,000 in NSF funding for the management and operation of NCAR, and up to $100,000,000 for NCAR activities supported by interagency transfer to NSF for activities supported by other agencies.

b.  Renewal 5-year Period, 2023 – 2028.     The NSF Director authorized the renewal of the award for the management and operations of NCAR on May 16, 2023 for up to $938.68 million, including interagency transfers to support NCAR activities and funding from other programs at NSF.

c.  Midscale Awards.  Any Midscale awards for NCAR will also be funded under this award through additional CSAs. Funding for Midscale awards is distinct from limits set in NSB Resolution 2018-19 and will neither be accounted within nor against its maximum authorized funding levels for the management and operation of NCAR.

1.4  Fixed Fee

a. Fixed Annual Amount. The Government shall pay the fixed fee of $500,000 per year to the Awardee for performing this award.

b. Applicable Award. Fee will be provided through AGS-1755088 only; no additional fee shall be applied to NSF funding for any other CSAs under this CA.

c. Prohibition on Application of Fee to NSF Funding for Other Assistance Awards. The Awardee is prohibited from applying fee for work performed using NCAR resources, whether as a primary awardee or subawardee, to any NSF funding for other assistance awards. Where an award may have additional non-NSF funding sources, the provision at 1.4.d. applies to that portion of funding provided by the other agency(ies).

d. Fees on Work Supported by Other Agencies. The Awardee is permitted to charge a fee to other agencies for work to be ordered through NSF, or for work accepted directly by the Awardee. NSF will neither negotiate nor provide justification for such fee.

e. Schedule. The recipient must draw down fee on a quarterly basis.

f. Adjustment to Fee. Fee may be subject to adjustment in the event of award termination, or in the event of a significant change in work or scope to be performed under the award, including changes necessitated through any required Annual Program Operating Plan or analogous process that results in the re-negotiation of work effort. However, if re-scoping of work effort based on a Program Operating Plan change constitutes a change (either increase or decrease) of less than 10% of estimated hours during a program year of effort, an adjustment of the fee will not be considered.

g. Inappropriate Fee Expenditures. Pursuant to 42 USC section 1862s-2(e)(2), use of fee must be consistent with NSF policy as set forth in the NSF Research Infrastructure Guide, and with NSF's Guidelines for Recipients Regarding Inappropriate Fee Expenditures, which is incorporated by reference and available at the following URL: https://www.nsf.gov/bfa/dcca/csb/Fixed_Fee_Award_Article_Attachment.pdf

h. Access to Records of Fee Expenditures. NSF may consider the recipient's actual use of fee in compliance with NSF's Guidelines for Recipients Regarding Inappropriate Fee Expenditures in evaluation and determination of any future fee amounts under this award and may reduce the amount under this award based on the recipient's non-compliance with the guidelines. Accordingly, the recipient agrees to provide NSF with information on its use of fee expended under this agreement within 60 days after such information is requested by NSF, or NSF's authorized agent. This information may take the form of a detailed narrative; however, it must include a full listing (itemized schedule) of all expenditure descriptions, amounts, purposes, and dates for each expenditure based on the recipient's financial records.

1.5  Equipment.  The Article entitled 'Equipment' of the CA-FATC Supplement is modified as follows:

a. Title Vests in the Government. Legal title to all real and personal property, the cost of which has been funded entirely from funds provided to the Awardee through this Agreement with NSF, or acquired from other Government agencies, with an acquisition cost in excess of $25,000, shall vest in the Government when title passes from the vendor and shall remain with the Government, unless otherwise specified in writing by the cognizant NSF Grants and Agreements Officer. Legal title to all real and personal property, as described above, the cost of which has been defrayed from funds provided the Awardee through this Agreement with an acquisition cost equal to or less than $25,000, shall vest in the Awardee, subject to use and disposition requirements.

b. Title to Government-owned property shall not be affected by the incorporation or attachment thereof to any property not owned by the Government, nor shall any NSF-owned property lose its identity by reason of affixation to any realty.

c. Vehicles

1) All vehicles acquired with funding from this CA shall be designated as Recipient-titled Property (RTP), unless otherwise mentioned below.

2) Exception for hazardous materials transport.  NSF has determined that vehicles used for transportation of hazardous materials can remain as Federally-owned Property (FOP).

3) Any designation of FOP of a vehicle will be formalized by amendment to this CA.  In cases where the cognizant NSF Program Officer has designated any motor vehicles as FOP, the awardee must adhere to Federal Management Regulation 41 CFR 102-34, Motor Vehicle Management.

d. Transfer of Government-owned Equipment from Previous Award. All Government-owned equipment for which the Awardee had accountability under NSF Cooperative Agreement No. AGS-0753581 is hereby transferred to this CA as government titled. The inventory schedule provided by the Awardee upon completion of the Awardee's Fiscal Year 2017 audit is made part of this Agreement. The Awardee will provide a revised inventory through September 30, 2018, for incorporation in this award by amendment. Equipment purchased after September 30, 2018, under CA #0753581 will be reported separately under CA #0753581 and transferred to this award at completion of #0753581.

e. Additional Requirements.  Reference the CA-FATC Supplement, particularly 'Federally Owned Property,' 'Recipient-titled Property,' 'Financial Statement Disclosure of Federally Owned Property,' and 'Notification of Property Damage.'

1.6  Property Reporting Requirements. In addition to the requirements of the CA-FATC and CA-FATC Supplement, the Awardee shall submit the F.A.S.T. Motor Vehicle Report and the EPACT 2005 Section 701 Waiver Request in the Central Property Information Repository (CPIR), available at  https://extsharepoint.nsf.gov/sites/cpir/SitePages/Home.aspx, annually in accordance with 2 CFR-215.31 through .37 as requested by the NSF Property Administrator. The Federal Property, Plant and Equipment (PP&E) Report is due annually by October 15.

1.7  Travel. Notwithstanding the Article entitled 'Travel', paragraph b. of the CA-FATC, travel support for dependents of Awardee personnel shall be in accordance with the Awardee's policies and procedures, as reviewed by NSF.

1.8  Reporting Classifiable Information. The Article entitled 'Reporting Classified Information' of the CA-FATC is hereby modified to add the following: The Awardee agrees that no classified research projects will be performed under this award. The Awardee will provide the NSF Program Officer and the Grants & Agreements Officer with a current copy of its Classified Research Policy and Procedures, and will provide timely any future amendments to that policy that may be made during the term of this CA.

1.9  Awardee Owned Real Property

a. Awardee Obligations. All contractual agreements for the purchase and operation of the buildings and land including, without limitation, Foothills Laboratory and Center Green Campus, will be consistent with obligations the Awardee may have to its bondholders to preserve the tax-free nature of the bonds that finance those buildings.

b. NCAR-Wyoming Supercomputing Center (NWSC)

1) Title to the NWSC is vested in the Awardee, unless and until such time as NSF directs and requires the Awardee to transfer title to another party in accordance with 2 CFR 200.311, whether as a result of the award of the management and operation of NCAR to a successor organization, or for any other reason at NSF's discretion. Notwithstanding the article entitled 'Equipment' of the CA-FATC FFRDC supplement, title to any improvements or alterations valued at or over $25,000 shall also vest in the Awardee. By mutual agreement of the parties, as stated in AGS-1034857 for the construction of the NWSC, when the title is transferred to another party at NSF's direction, the Awardee shall not be entitled to compensation for any percentage of the then current fair market value of the property, nor for the cost of any improvements that have been made thereto.

2) Maintenance and Improvements. The Awardee is responsible for all maintenance, alterations, enhancements and improvements ("Work") to the NWSC. The Awardee will provide written notification to the NSF Program Officer prior to acceptance of funding from sources other than NSF for Work on the NWSC. Any such agreement with another party for use of the NWSC will be consistent with the scientific mission of the facility and will include the right to reclaim the space for NSF-funded activities.

c. Sale or Transfer of Property Owned by the Awardee. All buildings, building improvements, land and its improvements described in paragraph a., above are owned by the Awardee and are subject to the terms of the respective financing agreements. In the event that this CA is not renewed, these properties may be leased or sold to a successor awardee at the request of NSF, subject to the mutual agreement of the Awardee and the successor awardee on the terms of the lease or sale. In that event, to be consistent with the tax-free status of the bonds, the successor awardee must be: (1) a recipient of an NSF award and an entity exempt from Federal income tax under section 501c(3) of the U.S. Internal Revenue Code, or (2) a State within the United States or a political subdivision of a State.

1.10   Facility Condition Assessments and Planned Maintenance

a. Unless otherwise conducted by NSF or another entity, the major facility operations award recipient shall conduct a facility condition assessment once every five (5) years.  The condition assessment must include the capital assets necessary to support activities under the award.  Capital assets include land, structures, equipment (including

portable equipment such as vehicles, ships, and aircraft) and intellectual property (including software) that have an estimated useful life of two years or more.

b. The scope of the condition assessment and the timing of the submittal, including submittal of any assessments conducted by other entities, will be determined in collaboration with the NSF Program Officer to support agency oversight of the award.  The facility condition assessments shall use industry standard practices, where appropriate, but should be tailored to the technical nature of the facility and cover both the supporting infrastructure (i.e., substructure, shell, interiors, HVAC, electrical, plumbing, site, etc.) and, if not addressed separately, the major scientific instrumentation in accordance with the NSF Research Infrastructure Guide.  In addition, the facility condition assessment must address potential vulnerabilities and needed upgrades related to natural hazards, including those anticipated from climate change, based on the physical location of the facility or facility components.

c. The Awardee shall submit detailed proposals for NSF approval, to include any proposed funding arrangements that in aggregate exceed $250,000. This does not relieve the Awardee of its responsibilities under the Articles entitled 'Equipment' of the CA-FATC or 'NSF Owned Equipment and Real Property' in the CA-FATC Supplement.

1.11  Lease or Purchase of Additional Space. To paragraph a.2) of the Article entitled 'Lease or Purchase of Additional Space' of the CA-FATC Supplement, add the following: provided, however, that the Awardee is not required to seek approval from NSF to refinance bonds that result in a net savings to the Government and do not extend the term of the bonds. The Awardee shall provide notice to NSF within five (5) business days of approval by the Awardee's Board of Trustees to issue, refinance or alter bonds under this provision. Upon completion of the transaction, the Awardee will provide a narrative description of the transaction, including a high-level analysis of the cost savings.

1.12  Additional Projects and Other Funding. It is recognized that it may be appropriate for NCAR personnel and/or facilities to be used for other projects that contribute to the overall advancement of the atmospheric, geospace, and related sciences. Such activities must support the mission of NCAR and shall not impact negatively on NSF-funded activities to be performed under this CA. NSF and the Awardee are concerned about unfair advantages that the use of NCAR staff and facilities may have on the ability of the university community and others to obtain funding. Accordingly, the Awardee will provide to the cognizant NSF Program Officer access to procedures for accepting additional projects and funding from organizations other than NSF for work performed by NCAR.

a. Acceptance and Monitoring

1) As part of NSF's oversight obligations, NSF will monitor the extent of the Awardee's obligations involving use of NCAR personnel and/or facilities for non-NSF funded projects.

2) On a regular basis, the Awardee shall involve the university members of the community in the retrospective review of non-NSF funded proposals in excess of $300,000, including all foreign and domestic proposals, and will notify NSF of the results of this review. The Awardee shall provide the review criteria and list of panel members to the NSF Program Officer for comment prior to the date of the review. NSF will review the panel report for monitoring purposes and will address any significant issues with the Awardee.

b. Restriction on Competition for Federal Contracts

1) The Awardee shall not compete with any non-FFRDC concern in response to a Federal agency Request for Proposal (RFP) issued under the Federal Acquisition Regulation (FAR) for work that would use NCAR personnel and/or facilities, when selection would result in award of a Federal contract.

2) This restriction does not apply to activities of the Awardee that do not involve the use of NCAR resources; nor does it prohibit the Awardee from providing information concerning NCAR's qualifications or capabilities when others request such information.

3) The Awardee may submit a proposal that would utilize NCAR personnel and facilities in response to a Federal agency's RFP under the FAR when the award of a contract will be made on a non-competitive (sole source) basis.

c. Other NSF Assistance Awards

1) Applicability. Proposals submitted in response to NSF program descriptions, Dear Colleague Letters, and program announcements are considered "unsolicited." Proposals submitted in response to program solicitations are considered "solicited."

2) The Awardee may submit proposals for assistance awards in response to NSF program descriptions, announcements, solicitations, or requests from program officers.

3) The Awardee will not submit any unsolicited proposals, as a prospective primary awardee or subawardee, to the Division of Atmospheric and Geospace Sciences (AGS) without first obtaining the written permission of the NSF Program Officer responsible for that particular program. The Awardee shall keep the cognizant Program Officer for this award informed of such activities by copy of relevant correspondence.

4) If the Awardee is unclear as to whether a particular proposal is solicited or unsolicited, the Awardee shall apply for guidance to the cognizant Program Officer for this CA.

d. Other Engagements

1) The Awardee must notify NSF prior to formalizing any collaborative agreement with another entity that would use NCAR resources for other than NSF-funded program activities. This advance notice should identify intended or potential activities and individuals involved, and specify the anticipated duration, location and magnitude of the activity.

2) Acceptance of Direct Funding from Other Federal Agencies on behalf of NCAR. Pursuant to the Awardee's policy for acceptance of outside work, NSF hereby consents to allow the Awardee to accept funding when provided directly to the Awardee by other federal agencies for work to be performed with other agency support, rather than by interagency transfer through NSF. All such activities must be reported in the database required at paragraph f. below.

e. Non-Binding

1) The Awardee shall make all commitments in its own name and shall not bind or purport to bind the Government. Except as noted below, the following language shall be included in all agreements with third parties:

'This Agreement does not bind or purport to bind the U.S. Government or the National Science Foundation (NSF), an independent agency of the U.S. Government. Consequently, any claims or disputes arising from or in performance of this Agreement shall solely be between the Parties of this Agreement and no others.'

2) This language shall not be required for any agreements that incorporate liability clauses from the Federal Acquisition Regulation (FAR).

3) This language is not required for any agreements that do not contain funding, or for which the funding originates from a federal source, and which do not use NCAR resources.

4) The Awardee will ensure that the language required at paragraph e.1), above, for all agreements with third parties is included in all foreign commitments.

f. Records

1) The Awardee will maintain a database identifying all written commitments to foreign governments, corporations, non-profit organizations, universities and other foreign organizations that involve the use of NCAR personnel, facilities and /or services. The NSF Program Officer and Grants & Agreements Officer shall have access to this database. The Awardee will provide ad hoc reports as necessary.

2) For those proposals submitted by the Awardee involving the use of NCAR personnel, resources or facilities to funding sources other than NSF AGS, including activities funded directly to the Awardee by other federal agencies, the Awardee shall provide access to an Internet database for the Program Officer and Grants & Agreements Officer. A proposed project funding status report, including whether the project will be funded through an interagency fund transfer, will be provided to NSF on a quarterly basis.

3) The database shall include at a minimum:

- Name of the proposed funding agency

- Proposal number

- Title of the proposal

- Name of the principal investigator

- Proposed budget

- Reasons for seeking outside funds

- Impact of the project on the NSF supported program

- Number of person months devoted to the project by NCAR personnel

- Any benefits to the university community, including specific efforts to involve university partners in proposed activities or else an explanation for non-participation by university scientists

- The level and description of NSF/NCAR co-sponsorship, if any

- Proposal in PDF downloadable format.

g. Use of NCAR Scientific Facilities

1) 'Scientific facilities' as defined herein means shared use infrastructure, instrumentation, and equipment, including computational equipment, that are accessible to the community for the conduct of research and education.

2) NCAR scientific facilities may be requested on a non-interference basis in support of non-NSF funded activities that contribute to the overall advancement of the atmospheric, geospace and related sciences. The Awardee will submit all proposals to use facility/infrastructure for such work for prior approval of the NSF Program Officer.

3) When NCAR scientific facilities are used in support of non-NSF funded activities, the Awardee will collect NSF approved facility use charges. The 'Core Hours' accounting unit for the NCAR Computational and Information Systems Laboratory and 'System User Rates' (SUR) for NCAR are defined as facility use rates under this provision.

4) NCAR scientific facilities may be requested on a non-interference basis by non-NSF grantees for activities that directly support the goals of an NSF-funded activity. In such cases, prior approval of the NSF Program Officer is required in order to waive all or part of the facility use charge.

5) Funds recovered through facility use charges will be held by the Awardee in a separate account and reported in the Awardee's management reports. Requests for the use of these funds must be submitted to the NSF Program Officer with detailed explanations of the planned use and require approval by the NSF Program Officer before use of such funds is granted.

1.13  Information Security. The Article entitled 'Information Security' of the CA-FATC Supplement is hereby amended as follows: Add to the first paragraph, 'The Awardee shall submit a written summary of its IT Security program to the NSF Program Officer within three months of the effective date of this award.'

1.14  Awardee Policy Manuals

a. Consistency. The Awardee's policies and procedures shall be consistent with the terms of this CA.

b. Electronic Access. The Awardee shall provide electronic access to complete copies of all management and operation policies and procedures to the NSF Program Officer and NSF Grants & Agreements Officer.

c. Changes. Any substantive changes to the Awardee's policies in the areas of: (a) personnel matters, such as employment and recruitment, salaries and benefits, and outside employment; (b) visitors; (c) use of NCAR facilities and services; (d) intellectual property; and (e) other policies related to scientific programs and staff shall be forwarded, with a statement of the reasons for the proposed changes, to the NSF Program Officer for review and comment. The NSF Program Officer will provide comment to the Awardee within thirty (30) days of receipt of the proposed changes to the policies and procedures. Should NSF fail to respond within that period, Awardee may assume that the changes are acceptable to NSF without further review. The NSF Program Officer will be notified electronically when the policy is issued in its final form and is accessible through an Awardee website.

1.15  Financial Reporting.  The Recipient shall submit interim financial data reports at an interval and in a format specified by the NSF Program Officer.  The report shall be in the Operations Work Breakdown Structure (WBS) format as negotiated with NSF and to a level specified by the NSF Program Officer with the underlying data traceable to the approved NSF budget format. The report shall include the approved budget amounts, actual costs incurred to date by WBS, and residual funds that remain.  Reports should be submitted in Research.gov using the Interim Reporting function, unless otherwise specified by the NSF Program Officer.  The interim reports will be reviewed by the NSF Research Infrastructure Advisor and NSF Program Officer.

Programmatic Terms and Conditions (PTC)


Part 2. Award Specific Programmatic Terms and Conditions (PTC) (Amendment 010)

2.1.  Program Description

a. Location of Property. NCAR's principal offices and laboratory facilities are located in Boulder, Colorado. The NCAR-Wyoming Supercomputing Center (NWSC), which houses NCAR's supercomputing facilities, is located near Cheyenne, Wyoming. The NSF-owned facilities occupied by NCAR are:

- the Mesa Laboratory and Fleischmann Building, which occupy a 450-acre site in Boulder;

- two hangars and an office building at Rocky Mountain Metropolitan Airport in Broomfield, Colorado;

- an 80-acre field site in Marshall, Colorado, which has limited infrastructure and houses some experimental facilities and storage; and

- a high altitude observatory at Mauna Loa, Hawaii.

b.  Facilities and Services

1) NCAR maintains and operates a range of NSF-owned observing facilities that support the university and broader research community. These include a highly modified Gulfstream V jet aircraft, a C-130 turboprop aircraft, specialized Doppler weather radars, lidar systems and a variety of instruments for measuring atmospheric state parameters and composition that can operate in conventional settings, remote field locations, or, in some cases, onboard aircraft.

2) NCAR also maintains and leads the development of a number of sophisticated numerical models. These models and other computationally-intensive activities are underpinned by supercomputing facilities, data-storage archives, and computer support services available to NSF grantees and others in the research community.

c.  Education and Outreach.

1) NCAR is expected to play a substantial role in supporting the NSF goal to promote and develop a skilled scientific workforce, both in its own staff and in the broader scientific community. To this end, NCAR operates a vigorous program of education, outreach and community development activities that includes collaborative partnerships, networks for early-career faculty and resources for educators.

2)  Broadening Participation Capability.  In order to meet requirements of the CHIPS and Science Act of 2022 (P.L. 117-167, section 10324; 42 USC 19013), Recipients of Operations Stage awards must be able to demonstrate prior experience and current capabilities in, or have a plan for employing best practices in, broadening participation in science and engineering.  Upon request, the Recipient shall submit a report (2 pages or less) to the NSF Program Officer that addresses this requirement, including information such as overall strategy, context of activities, and assessment approach and/or outcome(s).

d. Research Program. The NCAR research program is carried out in close partnership with the academic community and seeks to improve understanding and prediction of the Earth's  atmosphere, also considering connections to the land surface, snow and ice, oceans, biosphere, and inputs from the Sun. While much of the work is cross-cutting, the primary components of the NCAR research program include observations and modeling of atmospheric composition; cloud physics, storm structure and dynamics, and prediction of weather and climate across dynamical scales; the Sun-Earth system, including solar physics and space weather; innovation in computation for modeling, data analysis and visualization; development and operation of advanced observational tools for sampling the composition and state of the atmosphere; and creation of engineering solutions for areas of societal importance, such as aviation, renewable energy and water resources



2.2.  Mission and Core Expectations for NCAR

a. Mission of NCAR. The NCAR mission is to understand the behavior of the atmosphere and related Earth and geospace systems; to support, enhance, and extend the capabilities of the university community and the broader scientific community, nationally and internationally; to foster the transfer of knowledge and technology for the betterment of life on Earth.

b. Core Expectations. NSF intends that the Awardee's management of NCAR should serve as an exemplar of management excellence. The Awardee will meet the highest standards for service and delivery to the scientific community and demonstrate a proactive and effective approach to performance management. The Awardee will ensure that NCAR promotes a culture of excellence in serving the scientific community. Working in close collaboration with NSF, the university and broader scientific community, NCAR is expected to:

- Build, operate and maintain state-of-the-art shared observational facilities, computational infrastructure and databases, and make them accessible to the community;

- Serve as stewards of high-quality scientific data on behalf of the community, ensuring that the data are discoverable, available, accessible and secure;

- Enhance the ability of the community to collectively explore, develop and extend its ideas through, for example, facilitation of collaborations and partnerships, coordination of workshops and observational studies, and provision of unique tools and services;

- Facilitate the definition, construction, continued improvement, use of and access to advanced numerical models, in particular where these support community-wide collaborations;

- Enable the education and development of human capital for the atmospheric, geospace and related sciences;

- Attract, support and advance a high quality, scientific, technical and management staff and provide them with continued training and career advancement to achieve an exemplary workforce, as befits a national center;

- Foster interdisciplinary and multidisciplinary research that will advance the frontiers of knowledge;

- Address challenging scientific problems that require long-term focus and integration across multiple temporal and spatial scales;

- Apply scientific understanding to recognized and emerging problems with significant national relevance;

- Integrate research and education throughout NCAR's programs;

- Transfer developed technology to the U.S. Government and the private sector, as appropriate, while maintaining free access to research data;

- Operate with integrity and transparency, maintaining the highest standards of quality in performance of administration and management.


2.3.  Awardee Management Responsibilities

a. The Awardee will manage the Center according to current best practices and in full compliance with all relevant laws and regulations. Specific responsibilities are:

- Planning, executing, staffing, and managing the NCAR program;

- Providing and maintaining advanced observational, computational and modeling facilities and services;

- Operating and maintaining the NCAR buildings and facilities, developing and incorporating new facilities;

- Planning for future new initiatives;

- Overseeing and sustaining an innovative and vigorous program of basic and applied research in support of the atmospheric, geospace, and related sciences.

b. The Awardee will develop and use appropriate means to determine the Center's effectiveness including the impact of Center accomplishments on the atmospheric and geospace sciences communities.

c. The Awardee will recruit, develop, and support an outstanding scientific, engineering, and administrative staff in full compliance with all relevant laws and regulations.

d. The Awardee will be responsible for the overall performance of NCAR and for ensuring that, within the resources available, NCAR fulfills all aspects of its mission with a visionary and productive scientific program of world-class services, infrastructure, and research in support of the U.S. atmospheric and broader science community. The NCAR program should embody the NSF strategic vision.

e. The Awardee will be responsible for activities funded by both NSF and NCAR's other program funding agencies and organizations. Non-NSF NCAR programs managed by the Awardee must be consistent with the NCAR mission and must complement and enhance activities funded and approved by NSF.

The Awardee will plan, execute, staff, and manage the NCAR program, provide and maintain advanced facilities and services, sustain an expert workforce, and oversee the conduct of basic and applied research in support of the atmospheric, geospace, and related sciences. The Awardee will work closely with NSF and the atmospheric, geospace and broader science communities to ensure that the activities carried out at the Center strongly reflect their needs and priorities, and that support is provided throughout the scientific research and education communities.

The Awardee will be responsible for activities supported by both NSF and NCAR's other program funders. Non-NSF-funded NCAR programs managed by the Awardee must contribute to the NCAR mission and must complement and enhance activities funded and approved by NSF.

The Awardee will be expected to meet the highest standards for service and delivery to the scientific community and to demonstrate a proactive and effective approach to performance management. The Awardee should develop and use an appropriate, comprehensive assessment methodology to underpin an effective performance management culture for the Center and to monitor and improve the Awardee's interactions with NSF and NCAR's primary stakeholders. The Awardee should operate and maintain the NCAR buildings and facilities and manage the NCAR staff and all activities carried out at the Center according to current best practices and in full compliance with all relevant laws and regulations.

1) Ensuring NCAR's excellence as a national center. The primary responsibility of the Awardee is to ensure and demonstrate that NCAR fulfills its mission as a national center; in particular, to support, enhance and extend the capabilities of the university community and the broader scientific community, nationally and internationally. At the same time, the Awardee must ensure that NCAR staff, collectively, maintain a leadership role in the science of importance to the atmospheric, geospace and related communities while executing an innovative and ambitious scientific program. NCAR's service to and support of the research community and products arising from these activities (such as publications, data, model output, etc.) should be openly accessible and have a significant impact beyond NCAR itself.

The Awardee should facilitate the creation, implementation, and evaluation of NCAR's Strategic and annual Program Operating Plans, in close consultation with NSF and NCAR's stakeholders. It must ensure that NCAR addresses the needs of the atmospheric and geospace communities that could not be met without the capabilities and facilities particular to a national center, while not duplicating those present at universities or other centers. The Awardee is expected to develop and employ effective mechanisms for engaging the Center's stakeholders, primarily institutions of higher education, but also, as appropriate, government laboratories and agencies, and the private sector,  to make sure that NCAR's facilities, services and programs best reflect the evolving needs and priorities of the community. The Awardee is expected to have in place appropriate mechanisms for ensuring the organizational agility to meet evolving needs in a constrained budget environment. The Awardee must pay particular attention to positioning NCAR to address, in collaboration with the academic community, pressing societal and research questions in Earth System science across a range of spatial and temporal scales.

2) Education and Outreach. The broad range of NCAR's scientific research, facilities and other programs offers significant potential engage in a vibrant program of education, outreach and workforce development. These activities must be strategic in nature, with clear goals, and be integrated with NCAR's research and facility programs. They should, further, actively support the NSF strategic goal of cultivating a world-class science and engineering workforce and expanding the scientific literacy of all citizens. The Awardee is expected to develop appropriate evaluation mechanisms to demonstrate the impact of NCAR's education, outreach and other programs on the atmospheric, geospace and related research communities.

3) Business and Financial Management. The Awardee will be responsible for all aspects of the business and financial management of NCAR, including accounting, payroll, awards management, travel, information technology and export compliance. The Awardee must operate with integrity, transparency and a high level of accountability, with careful attention to long-term planning and risk management.

4) Staffing and Personnel Management. The Awardee will be responsible for recruiting, retaining and developing a high-quality scientific, technical, administrative and managerial staff, consistent with the NSF goal of cultivating a world-class science and engineering workforce. The Awardee's personnel policies and workforce management plan should foster excellence among NCAR staff and provide opportunities for the development of both technical and business-related skills, such as project management and, staff supervision.

5) Deleted.

6) Partnerships. The Awardee should implement strategic partnerships with U.S. educational institutions, federal, non-federal and international entities that will enhance the scientific capabilities and support available to the

atmospheric, geospace, and related research communities, ensuring that they extend to all of NCAR's stakeholders, especially academic institutions. In consultation with NSF, the Awardee must submit clear criteria for which non-NSF projects NCAR pursues, ensure that these programs complement and support NCAR's mission, and identify and mitigate risks associated with non-NSF funding. The Awardee is reminded of its responsibilities under the CA-FATC Supplement Article entitled Partnerships With Foreign Collaborators with respect to planned strategic partnerships with international entities.

2.4. Awardee Governance. As a consortium of universities and the manager of the national center, UCAR has the responsibility to engage the atmospheric, geospace, and related sciences community, including universities and the broader scientific community, in its governance, planning and program implementation. Strong involvement of the external community is essential for effective NCAR science and facility planning, especially on longer time scales. This engagement occurs in many ways, including but not limited to: briefings and breakout sessions at the Annual Members Meeting; external community membership on NCAR and lab advisory committees; ad hoc conferences and workshops; and broad community surveys.

a. UCAR Members. UCAR is a consortium of member universities that grant degrees in the atmospheric, geospace, and related sciences. These universities, through the appointment of member representatives and election of the UCAR Board of Trustees, provide governance and guidance to UCAR in managing NCAR. It is the responsibility of the UCAR Members to bring both programmatic and administrative experience to UCAR and NCAR in their overall governance of UCAR.

b. UCAR Board of Trustees. Under UCAR's Bylaws, the Trustees hold the ultimate authority and fiduciary obligation for all UCAR activities, including NCAR. The Trustees oversee the business and program affairs of the corporation and are accountable to the UCAR Members and the NSF for all aspects of the operation of NCAR and the terms and conditions of this award and its supporting CSA(s).

c. UCAR President. The role of the UCAR President is to provide executive leadership and management of all UCAR programs, including NCAR. The UCAR President is accountable to the UCAR Board of Trustees and the NSF, in his/her role as Principal Investigator on this CA. The UCAR President is responsible for ensuring the effective leadership and management of UCAR and NCAR and the highest standards of scientific, managerial, operational and ethical excellence for the entire organization. The UCAR President recruits, supervises and evaluates the NCAR Director, and in his/her role associated with the responsibilities as the management organization on behalf of NSF, serves as the co-PI for NCAR. During times of recruitment and hiring of the NCAR Director, the UCAR President will fill the role of PI for NCAR. The UCAR President will not charge to the CA while in these roles.

d. NCAR Director

1) NCAR Director. The Director of NCAR is appointed by the UCAR President, subject to approval by the UCAR Board of Trustees and NSF. The role of the NCAR Director is to serve as overall leader and manager of NCAR; they oversee the day-to-day management of NCAR. The NCAR Director is responsible and accountable to the Trustees, the UCAR President, the NSF and the atmospheric, geospace, and related sciences community for accomplishing the mission and goals of the NSF CA for the operation and management of NCAR. The NCAR Director is responsible for the overall health, quality and productivity of NCAR. The Director has overall responsibility for developing long-range strategies, plans, and programs, and for effectively allocating funding provided by NSF. Another major responsibility of the NCAR Director is building and maintaining a strategic partnership with NSF. As an Officer of UCAR, the NCAR Director also has shared responsibility for the overall management of UCAR.

2) NSF Point of Contact. The NSF principal point of contact for the NCAR Director is the NSF Program Officer.

3) Selection. The Awardee shall select the NCAR Director in consultation with and subject to the approval of NSF. NSF will provide input on the selection process as appropriate, and the Awardee shall consult with NSF throughout the selection process. The Awardee will provide a detailed description of the process for selection; inform NSF of the membership of the Search Committee, the charge to the Search Committee, and planned efforts to identify a qualified set of candidates. During the selection process for a new director, UCAR shall provide regular updates on the status of the search.

4) NSF Approval of the NCAR Director. In seeking approval of the nominated Director, UCAR will provide to NSF a detailed rationale of its proposed selection and UCAR's assessment of the candidate's qualifications for the position. The request shall include the candidate's curriculum vitae and current salary, if available. It shall also include a detailed rationale for the proposed salary (see paragraph 5, below). NSF approval shall be obtained prior to any public announcement of a new Director.

5) Compensation. The NCAR Director's salary and any changes thereto are subject to the approval of NSF. The request for approval shall contain an assessment of the Director's qualifications and enumeration of

accomplishments, the current salary, the proposed salary and explanation of why the proposed salary is reasonable. The explanation of reasonableness shall include a comparison to salaries of comparable positions with similar entities. Actual personnel ratings are not to be included.


2.5  Key Personnel

a. The individual(s) specified below, is (are) considered essential to the work being performed hereunder. Any proposed change or substitution must be submitted, in advance, and with all necessary documentation, to the NSF Program Officer for review and approval. No changes may be implemented without prior formal written approval by an NSF Grants & Agreements Officer.

> Director of NCAR

b. Other Personnel. The Awardee shall notify the NSF Program Officer in advance of all appointments to the positions of NCAR Deputy Director, Lab Directors and positions equivalent to the lab director level.


2.6  Awardee Support of Ongoing Management and Oversight

a. Availability. The Awardee will ensure full commitment and cooperation of all Awardee staff during all NSF project management and oversight activities. The Awardee will provide timely access to all program documentation required by any desk or on-site review.

b. Management and Operations Review. NSF will conduct a review of NCAR and UCAR Management and Operations at least once during the term of this CA, to include management issues, cost and performance objectives. Separate reviews may be held for any MREFC or other major projects funded under this CA at a time to be determined by mutual agreement.

c. Science and Technical Review. NSF will conduct a review of the NCAR science and facility programs at least once during the term of this CA. Specific guidelines for the review will be agreed upon by the NSF Program Officer and the Awardee.

d. Business Review. In coordination with the cognizant Program Officer and G&AO, a Business Systems Review (BSR) and/or other reviews may be conducted as deemed necessary by NSF.  Other similar reviews may include but are not limited to annual budget reviews, incurred cost audits, and accounting system audits.  The need for a review or a business site visit is not only determined by the annual risk assessment. These can also be determined necessary by the cognizant G&AO or Program Officer off-cycle if an unanticipated risk area is identified.  The annual risk assessment process does not limit the G&AO authority and/or responsibility on stewardship.  NSF will require contractors supporting the reviews to complete a nondisclosure agreement prior to beginning any work.  NSF may use contractor personnel to support the reviews. If NSF chooses to use contractors, appropriate nondisclosure agreements will be negotiated. Agreement on the date(s) of the review(s) may not unreasonably be withheld by either party.

e. Unscheduled site visits will be conducted as required by NSF.

Thao Tsuda

Digitally signed by Thao Tsuda
Date: 2025.10.10
11:13:42 -06'00'

_____

Acknowledged by:
Thao Tsuda
Contract Administrator