# EXHIBIT 5



# Request for NWSC information and discussion meetings

**Ellis, Steven** <stellis@nsf.gov>                                    Mon, Feb 23, 2026 at 9:47 AM
To: Everette Joseph <ejoseph@ucar.edu>
Cc: "Black, Carrie E." <cblack@nsf.gov>

Everette,

As you know, I am backing up Carrie Black on NCAR oversight and working on the transfer of NWSC activities to UWYO (or an alternate third party managing entity if necessary). I'm writing now to request your assistance in collecting NWSC-related data, and in scheduling meetings to discuss the full scope of NCAR NWSC activities.

As an over-arching statement, I can tell you that our intention at this time is transfer the NCAR operations and maintenance (O&M) activities related to the NWSC, but not the research and development (R&D) activities that depend on the resource. So, we'll need to have detailed conversations about the current scope of NCAR activities at and with the NWSC resource. I suspect that most of the relevant activities for transfer are in the CISL lab but need to have a detailed analysis of all scope to ensure continuity of services and infrastructure capacity. Toward that end:

- For all the requests that follow, please prepare spreadsheets in native Excel format, not PDFs, because we will need to manipulate the data for our cost analyses. You can prepare any accompanying explanatory text in Word (or similar) if you'd like, or simply embed the text in the spreadsheets.
- Please prepare a spreadsheet with supporting information for the FY26 POP work elements related to the NWSC. To the extent possible, please include at least high-level estimated for each activity in NSF cost categories from the 1030 budget form (i.e., subtotals for categories A-G). Please include a separate accounting of base salary, fringe and indirect cost rates, please include actual formulas in the spreadsheet, not just values, so that we can trace the application of rates in our cost analyses. Base costs are useful for comparison and estimation, but fringe and indirect rates vary across organizations> So, we need more detail than simply reporting the burdened cost estimates.
- Please provide a summary and accounting of any funds held by NCAR intended to, or available for, support of the refurbishment, repair or improvement of the NWSC

facility.

- Please prepare a spreadsheet with data on all personnel assignments related to NWSC activities.  Please do NOT include specific employee names, but please do include columns with position type, duty station (e.g., Boulder or Cheyenne), annual salary, and fractional appointment for NWSC activities (e.g., 10% user support; 40% system maintenance). If you do not have keyed values to obfuscate the employee names (e.g., a employee ID number), you can generate a numbered list that you can refer back to as needed and then report the numbers instead of names.
- To the extent that you have available documentation to support the high-level estimates provided in the FY26 POP, please provide additional detail of the tasks, timelines and deliverables associated with NWSC activities.  For example, it would be helpful to know what fraction of the $3M request for user support activities is allocated to the user training activities and when the activities would occur (i.e.: "… CISL staff will offer regular hybrid training courses and webinars on using HPC resources, GPU acceleration, and related topics, and participate in mentoring of students on research and operational projects.").
- I am on official travel through the end of this week (2/27) and won't be available to meet until I return to the office.  So, please send me a few times when relevant NCAR personnel are available to meet for a 1-2hr Teams meeting during the weeks of either 3/2 or 3/9.  We can have an initial kick-off meeting early next week if you have questions where answers might help to streamline your efforts. You are free, and encouraged, to invite anyone you choose to include in the discussions, but I would strongly suggest including at least CISL lab leadership in addition to your executive team members.  Per our prior discussions, if you intend to include your legal counsel in any of these meetings, please provide advance notification so we can also include our general counsel personnel.

I recognize that there may be significant administrative work to accomplish these initial requests and that multiple discussions will likely be necessary to support this NWSC transfer process.  Please feel free to send me any questions or early draft documents as you work through this request if I can be of any assistance.  If any of the files exceed the 20Mb file size limit on most e-mails systems, I can set up a secures OneDrive space for file transfer.  OneDrive is the officially selected NSF platform for secure file transfer.

Thanks, in advance, for your support in working through all the details of this transition activity.  Please let me know if you have any questions.

Steve

-------------------------------------------------------

**Steven E. Ellis, Ph.D.**

**Office of Research Infrastructure**
**National Science Foundation**

 Book time to meet with me