# EXHIBIT 6



January 15, 2026

Brian Stone, Acting Director
Linnea Avalone, Chief Officer for Facilities
National Science Foundation
Randolph Building
401 Dulany Street
Alaxandria, VA 22314

Dear Mr. Stone and Dr. Avalone,

As Trustees of the University Corporation for Atmospheric Research (UCAR), we are writing to express our support for continuing the effective, integrated structure of the U.S. National Science Foundation National Center for Atmospheric Research (NSF NCAR). By preserving the core, integrated research facilities and community services of NSF NCAR, this national investment can continue to build American resilience, keep communities safe, and support economic competitiveness and national security. These goals are directly tied to the hub of expertise and coordinated research in Earth system science that defines NSF NCAR.

UCAR is composed of 129 universities from states spanning Alaska to Florida, and it manages NSF NCAR to ensure alignment with the needs of the research community. Our board members, including leaders from universities, research organizations, and business are committed to maximizing the value of this federal investment in research across the U.S., and the benefits of weather and climate expertise to the public and private sector. While our organizations and perspectives are varied, we serve as Trustees to advance the essential role that NSF NCAR plays in the research capabilities of our nation. We are committed to growing the value of NSF NCAR to the country, especially through its leadership, resources, training, and advanced data capabilities. We are very concerned about any actions that would weaken NSF NCAR's ability to provide these services in the national interest.

Every year, communities across our country grapple with severe storms, wildfires, coastal inundation, long-term drought, heat waves, solar storms, and other disasters that put lives and livelihoods at risk. These challenges can unfold in a matter of minutes or take shape over multiple years. Improving our nation's ability to predict and prepare for these hazards requires considering the Earth as a whole, with the sun, atmosphere, oceans and land coupled together as an interconnected system. For example, hurricanes and atmospheric rivers depend on ocean conditions; catastrophic flooding or spring runoff in the water-thirsty West result from the interactions of the atmosphere and the land; severe solar storms affect the ability of satellites to operate in the growing commercial space sector.

NSF NCAR is the national hub that advances our country's ability to understand and predict changes in the interconnected Earth system. The national investment in NSF NCAR builds



community models, specialized observational platforms, data analysis, high performance computing, and emerging artificial intelligence techniques.

Work in any one of these areas informs another, such that the integrated structure of NSF NCAR yields far higher returns than would be possible through individual research initiatives. By serving as a hub for U.S. universities, NSF NCAR extends these cutting-edge research capabilities to institutions across the nation, including in small colleges and rural land-grant universities that would otherwise not have access to advanced technologies and expertise.

If the core components of NSF NCAR were to be broken apart, the essential value of this national investment would be severely diminished, as the current synergies would be destroyed. NSF NCAR was founded in 1960 to advance comprehensive understanding of atmospheric processes for the benefit of society, with direct impacts on weather prediction, hazard preparedness, and economic resilience. In the decades since, NSF NCAR has evolved to recognize that atmospheric research is part of an interconnected Earth system. This centralized approach is an essential and efficient means to empower the science needed for a resilient nation. Without a central hub for advanced Earth system capabilities, our nation's scientific leadership would be set back decades, to a time when the siloed nature of research infrastructure created barriers to progress and limited our ability to provide information to safeguard communities and the economy. Splitting apart NSF NCAR will reverse decades of progress, with dire consequences for the safety and prosperity of all Americans.

We urge you to ensure the national investment in NSF NCAR can continue for years to come.

Sincerely,

The UCAR Board of Trustees
Shuyi Chen, Board Chair
Boardchair@ucar.edu


cc. Dr. Victor McCrary, Chair of the National Science Board