# EXHIBIT 7



UNITED STATES DEPARTMENT OF COMMERCE
**National Oceanic and Atmospheric Administration**
ACQUISITION AND GRANTS OFFICE

December 19, 2025

Kevin Sullivan
University Corporation For Atmospheric Research
3090 Center Green Dr
Boulder, CO 80301-2252

Re: NOAA Award Number NA23OAR4310473B: UCAR/NOAA Climate Adaptation and Mitigation Program (CAMP)

Dear Mr. Sullivan,

The purpose of this letter is to notify you that the U.S. Department of Commerce (the "Department") will cease funding for Award Number NA23OAR4310473B through the National Oceanic and Atmospheric Administration ("NOAA"), pursuant to Section 200.340 of the Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200) which governs this award of Federal financial assistance.

As part of efforts to streamline and reduce the cost and size of the Federal Government, the Department is reprioritizing funding and staff to support only those activities directly related to its current programmatic goals and agency priorities. UCAR/NOAA Climate Adaptation and Mitigation Program (CAMP) activities are no longer aligned with effectuating these undertakings, nor relevant to the current focus of the Administration's objectives and program goals. Specifically, NOAA has concluded that the project relies heavily on theoretical research and long-term academic partnerships, rather than the agency's priority of applied, commercializable outcomes or private-sector collaborations.

Under 2 C.F.R Section 200.340 – Termination, "[t]he Federal award may be terminated in part or its entirety as follows: (2) By the Federal agency or pass-through entity pursuant to the terms and conditions of the Federal award, including, to the extent authorized by law, if an award no longer effectuates the program goals or agency priorities." To this end and for the reasons stated above, Award Number NA23OAR4310473B is terminated effective December 19, 2025. Should the recipient decide to continue project activities beyond this date, it does so at its own risk and will not be reimbursed for any project costs incurred after that date.

Should you decide to continue project activities beyond this date, you do so at your own risk and will not be reimbursed for any project costs incurred after December 19, 2025. You will be notified in writing concerning close-out instructions for this award.

Respectfully,

RIVERA.RAFAEL.1255257885    Digitally signed by RIVERA.RAFAEL.1255257885
Date: 2025.12.19 19:02:16 -05'00'

Rafael Rivera
Acting Director
Grants Management Division