# EXHIBIT 9



**David Doty <ddoty@ucar.edu>**

---

## Re: Notice of Termination - Award NA23OAR4310473B

---

**Raishan Adams - NOAA Federal** <raishan.adams@noaa.gov>           Tue, Jan 27, 2026 at 9:34 AM
To: David Doty <ddoty@ucar.edu>
Cc: rafael.rivera@noaa.gov, todd.christenson@noaa.gov, elizabeth.whittington@noaa.gov, timothy.carrigan@noaa.gov, Christine Wiedinmyer <christinew@ucar.edu>, Hanne Mauriello <hanne@ucar.edu>, "Grunstra, Lydia (Federal)" <lgrunstra@doc.gov>

Good Morning Mr. Doty,

Thank you for your letter of January 16, 2026.  Per NOAA's notice of December 19, 2025, your award remains terminated.  This decision is final, and there is no right of administrative appeal under the applicable regulations.  You will be notified shortly by this office in writing concerning close-out instructions for this award.  If you have any additional questions, please contact Rafael Rivera at rafael.rivera@noaa.gov.

Thank You,

Raishan Peterson
OAR & Cooperative Institute Branch Chief
NOAA AGO Grants Management Division
Work hours: Tue - Fri 6:00am - 4:30pm
Phone: (301) 628-1331
Cell: (301) 835-9268

On Fri, Jan 16, 2026 at 6:31 PM David Doty <ddoty@ucar.edu> wrote:

Mr Rivera,

Attached please find UCAR's formal administrative appeal regarding NOAA's Notice of Termination of Award NA23OAR4310473B dated 12/19/25.

Please confirm the receipt of this email and appeal.

Thanks in advance.
DBD

**David B. Doty (he/him)**
**Contracts Director, UCAR Contracts**
**University Corporation for Atmospheric Research**
**303-497-8877 | ddoty@ucar.edu**

---------- Forwarded message ---------
From: **'Raishan Adams - NOAA Federal' via ucpbp** <ucpbp@ucar.edu>
Date: Fri, Dec 19, 2025 at 5:27 PM
Subject: Notice of Termination - Award NA23OAR4310473B
To: <ucpbp@ucar.edu>, <ksullivan@ucar.edu>
Cc: Todd Christenson - NOAA Federal <todd.christenson@noaa.gov>, Rafael Rivera - NOAA Federal <rafael.rivera@noaa.gov>, Timothy Carrigan - NOAA Federal <timothy.carrigan@noaa.gov>, Elizabeth Whittington - NOAA Federal <elizabeth.whittington@noaa.gov>

Dear Mr. Sullivan,

Please see the attached letter regarding the termination of award NA23OAR4310473B. As outlined in the letter, the award NA23OAR4310473B is terminated effective December 19, 2025. Should you decide to continue project activities beyond this date, you do so at your own risk and will not be reimbursed for any project costs incurred after December 19, 2025.

Should you have any questions please let me know.

Thank You,

Raishan Peterson
OAR & Cooperative Institute Branch Chief
NOAA AGO Grants Management Division
Work hours: Tue - Fri 6:00am - 4:30pm
Phone: (301) 628-1331
Cell: (301) 835-9268

Case No. 1:26-cv-01061-CYC    Document 1-9    filed 03/16/26    USDC Colorado    pg 3 of 3