# EXHIBIT 10



**Everette Joseph <ejoseph@ucar.edu>**

# Request for Cost Accounting — January 2026 AMS Meeting (NSF Awards)

**Hatch, Kapua S.** <khatch@nsf.gov>                    Thu, Feb 5, 2026 at 10:01 AM
To: David Doty <ddoty@ucar.edu>, Everette Joseph <ejoseph@ucar.edu>
Cc: Alisha Swofford <swofford@ucar.edu>, Valerie Koch <valeriek@ucar.edu>, "Black, Carrie E." <cblack@nsf.gov>, "Ellis, Steven" <stellis@nsf.gov>

Dear Mr. Doty and Dr. Joseph,

NSF requests that UCAR provide a detailed accounting of all costs associated with participation in the January 2026 American Meteorological Society (AMS) Annual Meeting event, which UCAR intends to bill to the NSF award(s).

The details should list the attendees participating in the event, a breakdown of applicable direct and/or indirect costs by individual, any other costs not assigned to an individual that will be requested for reimbursement, and the specific NSF award number. This information should be emailed to me by Wednesday, February 11, 2026.

Please acknowledge receipt of this request by replying to this email.

Thank you,

Kapua

-----------------------------------------------------------------------------

*Kapua Hatch*

Grants & Agreements Officer

Infrastructure Support Branch (ISB)

Office of Award Management (OAM)

2/2

National Science Foundation

Alexandria, VA 22314

(703) 292-8159 I khatch@nsf.gov