# EXHIBIT 11



**National Science Foundation**
401 Dulany Street, Alexandria Virginia 22314

January 23, 2026

Thao T. Tsuda
Authorized Organization Representative
ttsuda@ucar.edu

Everette Joseph
Principal Investigator and NCAR Director
ejoseph@ucar.edu

University Corporation for Atmospheric Research
3090 Center Green Drive
Boulder, CO  80301
*Sent Via Electronic Mail*

**Ref: NSF Cooperative Agreement No. 1755088**

Dear Ms. Tsuda and Dr.  Joseph:

The U.S. National Science Foundation (NSF) is aware of oral statements and written communications by UCAR leadership regarding the future of the NSF National Center for Atmospheric Research (NCAR). This letter reiterates UCAR's obligations regarding lobbying and public communications under the Terms and Conditions governing the subject cooperative agreement.

Officials responsible for managing, operating, and representing a Federally Funded Research and Development Center (FFRDC) must recognize and adhere to their special relationship with the Federal Government. An FFRDC must "conduct its business in a manner befitting its special relationship with the Government, to operate in the public interest with objectivity and independence, to be free from organizational conflicts of interest, and to have full disclosure of its affairs to the sponsoring agency." 48 CFR 35.017.

As set forth at 31 U.S.C. 1352 and restated in 2 C.F.R. § 200.450(b), "costs incurred in attempting to improperly influence, either directly or indirectly, an employee or officer of the Executive Branch of the Federal Government with respect to a Federal award or regulatory matter are unallowable."

In addition, NCAR staff are required to comply with Article 28 of the Cooperative Agreement Modifications and Supplemental Financial & Administrative Terms and Conditions for Major Multi-User Research Facility Projects and Federally Funded Research and Development Centers, specifically regarding Public Relations Activities and News Releases. These requirements include, but are not limited to:

1. Consulting with the cognizant NSF Program Officer or designee prior to any significant public relations activities or events related to NSF-supported activities, including providing advance copies of any news or press releases.

2. Providing timely notification to the cognizant NSF Program Officer or designee of any substantive inquiries from the media or Congress.

NSF encourages UCAR to ensure that all NCAR personnel are reminded of their obligations under the FFRDC sponsoring agreement and NSF award, especially in light of the upcoming American Meteorological Society meeting.

If you have any questions regarding this matter, please contact the cognizant NSF Program Officer or me directly. Please acknowledge receipt of this letter by replying to this email.

Sincerely,

Kapua S. Hatch

Digitally signed by Kapua S. Hatch
Date: 2026.01.23 12:54:30 -05'00'

Kapua Hatch
NSF, Grants and Agreements Officer

Cc:    Alisha Swofford, Chief Operating Officer, UCAR Operations, swofford@ucar.edu
       Valerie Koch, Co-Principal Investigator, valeriek@ucar.edu
       Linnea Avallone, NSF Chief Officer for Research Facilities
       Margaret Benoit, NSF Research Infrastructure Branch Head
       Carrie, Black, NSF Program Director
       Jason Bossie, NSF Office Head
       Lisa Scott-Morning, NSF Deputy Office Head
       Tim Kashmer, NSF Branch Chief