# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 26-cv-01061-REB

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

      Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION,
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation,
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration,
UNITED STATES DEPARTMENT OF COMMERCE,
HOWARD LUTNICK, in his official capacity as Secretary of Commerce,
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,

      Defendants.

---

## ORDER DIRECTING REASSIGNMENT

---

**Blackburn, J.**

This matter is before me on **Plaintiff's Complaint for Declaratory and Injunctive Relief** [#1],[1] filed March 16, 2026.  Although the complaint alleges violations of the Administrative Procedures Act, it does not allege the type of final agency action that is appropriate for management on the pre-merits docket.  Instead, the claims are so entwined with plaintiff's substantive allegations of retaliation and violations of constitutional rights that the matter should be considered by a merits judge in the first

---

[1] "[#1]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

instance

**THEREFORE, IT IS ORDERED** that the clerk shall assign this case to a judge for resolution on the merits under the random assignment procedure of D.C.COLO.LCiv.R 40.1.

Dated March 17, 2026, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge