**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01061

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

      Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration;
UNITED STATES DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in his official capacity as Secretary of Commerce;
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,

      Defendants.

---

**PROOF OF SERVICE OF SUMMONSES AND COMPLAINT**

---

As reflected in the attached affidavit, Plaintiff has served the United States of America in accordance with Fed. R. Civ. P. 4(i)(1) and has served the National Science Foundation, Acting Director Brian Stone, the National Oceanic and Atmospheric Administration, Administrator Neil Jacobs, the U.S. Department of Commerce, Secretary Howard Lutnick, the U.S. Office of Management and Budget, and Director Russell Vought in accordance with Fed. R. Civ. P. 4(i)(2).

PROOF OF SERVICE OF SUMMONSES AND COMPLAINT

7342926

- 2 -

Accordingly, all Defendants have been served with a summons and a copy of the complaint (Dkt. No. 1).

Dated:  March 19, 2026                    HUESTON HENNIGAN LLP


By:   */s/ Michael M. Purpura*
        Michael M. Purpura
        Bram M. Alden
        620 Newport Center Dr., Suite 1300
        Newport Beach, CA 92660
        Telephone: (949) 432-6906
        mpurpura@hueston.com
        balden@hueston.com

        Attorneys for Plaintiff
        UNIVERSITY CORPORATION FOR
        ATMOSPHERIC RESEARCH