# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01061

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

     Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration;
UNITED STATES DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in his official capacity as Secretary of Commerce;
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,

     Defendants.

---

## AFFIDAVIT OF SERVICE

---

I hereby declare as follows:

1.     I am over the age of eighteen and am not a party to this litigation.

2.     I received summonses directed to defendants National Science Foundation, Acting Director Brian Stone, the National Oceanic and Atmospheric Administration, Administrator Neil Jacobs, the U.S. Department of Commerce, Secretary Howard Lutnick, the U.S. Office of Management and Budget, and Director Russell Vought.

- 1 -
AFFIDAVIT OF SERVICE

7342926

3.      On March 17, 2026, I caused copies of the summonses as described in the preceding paragraph, along with copies of the Complaint (Dkt. No. 1) to be hand delivered to the defendants as follows:

| Summons Directed to: | Summons and Complaint Hand-Served to: |
|---|---|
| US Attorney's Office, District of Colorado | U.S. Attorney Peter McNeilly<br>United States Department of Justice<br>United States Attorney's Office<br>1801 California Street<br>Suite 1600<br>Denver, CO 80202 |

4.      On March 17, 2026, I caused copies of the summonses as described in paragraph 2, along with copies of the Complaint (Dkt. No. 1) to be sent by certified mail to the defendants as follows:

| Summons Directed to: | Summons and Complaint Mailed to: |
|---|---|
| All Parties | Attorney General Pamela Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |
| NATIONAL SCIENCE FOUNDATION | National Science Foundation Randolph Building<br>401 Dulany Street<br>Alexandria, VA 22314 |
| BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation | Acting Director Brian Stone<br>National Science Foundation Randolph Building<br>401 Dulany Street<br>Alexandria, VA 22314 |
| NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | NOAA/National Oceanic and Atmospheric Administration<br>1401 Constitution Avenue NW<br>Room 5128<br>Washington, DC 20230 |
| NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of | Neil Jacobs, Under Secretary of Commerce for Oceans and Atmosphere, and NOAA Administrator<br>NOAA/National Oceanic and Atmospheric Administration |

- 2 -

AFFIDAVIT OF SERVICE

7342926

| | |
|---|---|
| the National Oceanic and Atmospheric Administration | 1401 Constitution Avenue NW Room 5128 Washington, DC 20230 |
| UNITED STATES DEPARTMENT OF COMMERCE | Pierre Gentin, General Counsel, U.S. Dept of Commerce 1401 Constitution Avenue NW Washington, DC 20230 |
| HOWARD LUTNICK, in his official capacity as Secretary of Commerce | Howard Lutnick, U.S. Secretary of Commerce U.S. Department of Commerce 1401 Constitution Ave NW Washington, DC 20230 |
| UNITED STATES OFFICE OF MANAGEMENT AND BUDGET | Office of Management and Budget 1600 Pennsylvania Avenue NW Washington, DC 20500 |
| RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget | Russell Vought, Director Office of Management and Budget (OMB) 1600 Pennsylvania Avenue NW Washington, DC 20500 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 19, 2026

*/s/ Kaulalani Randolph*

Signature

Kaulalani Randolph

Printed Name

- 3 -

AFFIDAVIT OF SERVICE

7342926