# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01061

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

    Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and
Atmosphere and Administrator of the National Oceanic and Atmospheric Administration;
UNITED STATES DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in his official capacity as Secretary of Commerce;
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of
Management and Budget,

    Defendants.

## NOTICE OF RELATED CASES

    Pursuant to D.C.Colo.LCivR 3.2, Plaintiff University Corporation for Atmospheric

Research submits this Notice of Related Cases to advise the Court that the following case,

pending in the U.S. District Court for the District of Colorado, is related to the above-captioned

action:

- *State of Colorado v. Donald J. Trump et al.*, No. 25-cv-3428-RBJ (filed Oct. 29, 2025, D.

  Colo.) (the "*Colorado Action*").

Both cases arise from the same coordinated federal government campaign of retaliation

against the State of Colorado and institutions within it, motivated by Colorado's exercise of its sovereign powers to regulate elections through mail-in voting and to administer criminal justice in the prosecution of Tina Peters. Both cases share overlapping defendants—the National Science Foundation and its Acting Director, Brian Stone—and both allege that those defendants engaged in the same retaliatory conduct commencing on or around December 16, 2025. Both cases assert claims under the Administrative Procedure Act challenging agency actions as arbitrary, capricious, contrary to law, and motivated by an unconstitutional retaliatory purpose, and both seek declaratory and injunctive relief to halt those actions.

The threatened dismantling of the National Center for Atmospheric Research ("NCAR") is also central to the claims in the above-captioned case and at issue in the *Colorado Action*. The Amended Complaint in the *Colorado Action* specifically alleges that the federal government's plan to dismantle NCAR is part of its coordinated campaign of retaliation against Colorado, *Colorado Action*, Dkt. No. 26 ¶¶ 6, 94-97, and the Court's March 16, 2026 Order in the *Colorado Action* recognized the plan to dismantle NCAR as one of the "barrage of threats and actions designed, by all appearances, to punish Colorado," *Colorado Action*, Dkt. 68 at 14.

Dated: March 19, 2026

HUESTON HENNIGAN LLP

By: */s/ Michael M. Purpura*
Michael M. Purpura
Bram M. Alden
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 432-6906
mpurpura@hueston.com
balden@hueston.com

Attorneys for Plaintiff
UNIVERSITY CORPORATION FOR
ATMOSPHERIC RESEARCH