**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. ___1:26-cv-01061-RBJ___

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

Plaintiff(s),

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration;
UNITED STATES DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in his official capacity as Secretary of Commerce;
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,,

Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

National Science Foundation

Brian Stone

National Oceanic and Atmospheric Administration.

Neil Jacobs

United States Department of Commerce

Howard Lutnick

United States Office of Management and Budget

Russell Vought


DATED at Denver, Colorado this 26th day of  March, 2026

Alexander Severance

Name of Attorney

U.S. Department of Justice

Firm Name

1100 L. Str. NW

Office Address

Washington, DC, 20005

City, State, ZIP Code

202-598-3123

Telephone Number

Alexander.j.severance@usdoj.gov

Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2026 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Alexander.j.severance@usdoj.gov


I hereby certify that I have mailed or served the foregoing document or paper to the

following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

_____

_____

_____

_s/    Alexander Severance_____