## **DECLARATION OF ANTONIO J. BUSALACCHI, JR.**

I, Antonio J. Busalacchi, Jr., declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in the following Declaration is based on my personal knowledge.

2.      I am the President of the University Corporation for Atmospheric Research ("UCAR"), a nonprofit corporation organized under the laws of the State of Colorado for the express purpose of managing and operating the National Center for Atmospheric Research ("NCAR").

3.      I have served as President of UCAR since August 2016.  In that capacity, I am responsible for the leadership, management and operations of UCAR and NCAR.  My responsibilities include acting as the chief executive officer of UCAR responsible for the supervision and control of all business affairs of UCAR and its affiliated entities, including NCAR and the NCAR Wyoming Supercomputing Center ("NWSC").

4.      NCAR is a federally funded research and development center ("FFRDC") focused on atmospheric and Earth sciences that is sponsored by the National Science Foundation ("NSF") and receives federal funding for research activities from NSF and other federal agencies.

5.      Founded in 1960, UCAR is a consortium of 129 member colleges and universities invested in research in atmospheric and Earth sciences to further a global understanding and

prediction of climate behavior using observational and computational facilities operated by NCAR.

6.      Since NSF first established NCAR as an FFRDC in 1960, UCAR has overseen critical scientific infrastructure needed to support NCAR's research and innovation into atmospheric, geospace, aerospace, and environmental sciences—collectively known as Earth system sciences. Such infrastructure, including NWSC's state-of-the-art supercomputing capabilities, allows forecasting and modeling for seasonal weather patterns and extreme weather occurrences such as hurricanes and wildfires.

7.      NCAR's coordinated approach to understanding the impact of atmospheric phenomena on Earth systems through complex and long-term scientific research could not be carried out by the individual college and university members of UCAR.

8.      To facilitate research activities conducted through NCAR, UCAR is responsible for the operation and management of various facilities at which funded research takes place, including the NWSC, the NSF NCAR Mesa Laboratory ("Mesa Lab"), and the NSF Research Aviation Facility ("RAF"). The majority of such facilities are located in or around Boulder, Colorado, and NCAR research activities have generated hundreds of millions of dollars for the local economy together with other FFRDCs. The majority of NWSC funding comes from NSF.

9.      NWSC resulted from a partnership between UCAR, the University of Wyoming, and business development entities in and around Cheyenne, Wyoming, where NWSC is located. In accordance with agreements between those entities concerning the use of NWSC and through the sponsorship of NCAR, UCAR is solely responsible for the maintenance and operation of NWSC and its supercomputing facilities. UCAR's operation and maintenance of NWSC directly

2

impacts their shared organizational missions to understand Earth's atmospheric behavior, enhance research capabilities, and foster the transfer of knowledge from NCAR to third parties for real-world applications and further research.

10. UCAR spends approximately $4.8 million dollars per year to maintain and operate the physical NWSC structure and approximately $24.4 million per year on operations, research, development, and support of supercomputing, data curation, and data storage at the NWSC.

11. Since NWSC opened in 2012, UCAR has also invested millions of dollars in supercomputing components. UCAR made those investments in reliance on its continued role as operator of the NWSC under UCAR's Cooperative Agreement with NSF.

12. UCAR currently employs 60 people who support NWSC operations directly, including system administrators, engineers, computational scientists, and support staff. Recruiting and training personnel for these positions requires 6 months to 3 years depending on the position, because NWSC's systems require specialized knowledge of high-performance computing architectures. Many of these employees possess institutional knowledge regarding past system modifications and operational protocols that is not fully captured in written documentation. If UCAR is divested of its operations and maintenance authority over the NWSC, it will lose a significant portion of its NWSC workforce.

13. During my tenure as President of UCAR, I have acted as the Principal Investigator ("PI") with respect to the Cooperative Agreements between UCAR and NSF (Award Numbers 185297 and 1034875), which, in part, provide funding for research activities related to the operation of NWSC.

14.     On December 16, 2025, I learned that Russell Vought, Director of the United States Office of Management and Budget ("OMB"), had announced by social media that the federal government would be "breaking up" NCAR.

15.     At the time of Director Vought's social media announcement, neither NSF nor any other federal agency had provided advance notice of any intention of modifying the terms or conditions of current funding agreements and federal awards, including those related to NWSC. Nor had NSF or any other federal agency provided notice of any deficiencies in UCAR's performance under such agreements and awards. Nevertheless, Director Vought announced OMB's intent to move "vital activities such as weather research" undertaken by UCAR to other entities or locations outside of Colorado.

16.     The following day, NSF announced that it would be issuing a Dear Colleague Letter to solicit input on the dismantling of NCAR. However, the notice did not seek any input regarding operations at NWSC.

17.     On February 12, 2026, without any further consultation with UCAR or its employees, NSF announced that stewardship of the NWSC would be transferred to a new managing entity.

18.     In addition to other actions being contemplated by NSF, the transfer of stewardship of NWSC would have significant adverse consequences for UCAR and the research undertaken as part of NCAR's mission, from the loss of highly specialized staff to material breaches of agreements and other contracts with partners, service providers, and other stakeholders.

19.     Those adverse consequences include, but are not limited to, the significant impact that loss of UCAR's stewardship role over NWSC would have on UCAR financing. Loss of

4

UCAR's continued role as operator of NWSC and the associated revenue from NWSC operations would adversely impact UCAR's credit ratings and increase organizational borrowing costs in a way that cannot be fully anticipated or measured in advance.

20.     Attached hereto as **Exhibit A** is a true and correct copy of UCAR's Cooperative Agreement with NSF.

21.     On February 12, 2026, NSF Grants and Agreements Officer Kapua Hatch sent a letter to NCAR Director Dr. Everette Joseph without copying me as PI.  Dr. Joseph forwarded the letter to me on the same date.

22.     In the letter, Ms. Hatch announced NSF's decision to transfer stewardship of NWSC and demanded documentation to facilitate the transition to a new managing entity.

* * *

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Boulder, Colorado on April 3, 2026.

 _/s/ Antonio J. Busalacchi, Jr._
Antonio J. Busalacchi, Jr.