## DECLARATION OF EVERETTE JOSEPH

I, Dr. Everette Joseph, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.        I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in the following Declaration is based on my personal knowledge.

2.        I am the Director of the National Center for Atmospheric Research ("NCAR"), a federally funded research and development center ("FFRDC") operated and managed by the University Corporation for Atmospheric Research ("UCAR") since 1960.  NCAR's mission is to understand and predict atmospheric behavior and catalyze scientific discovery by providing the university research community with world-class facilities and services.  NCAR enables complex, long-term scientific research that could not be carried out by individual member institutions alone.

3.        I have served as NCAR Director since February 2019, reporting to UCAR President Anthony J. Busalacchi, Jr.  In that capacity, I am responsible for the overall leadership, operations, and management of NCAR and research activities across all NCAR facilities, including but not limited to the NSF NCAR Mesa Laboratory (the "Mesa Lab"), NCAR Research Aviation Facility ("RAF") and NCAR-Wyoming Supercomputing Center ("NWSC").

4.        NCAR is an FFRDC focused on research in atmospheric and Earth system sciences. Through observational and computational facilities operated by UCAR, with sponsorship from the National Science Foundation ("NSF"), NCAR conducts research to improve understanding and prediction of Earth systems.  NCAR, through UCAR, receives federal funding for research activities from NSF and other federal agencies.  NCAR and its facilities are staffed, operated, and managed exclusively by UCAR and its employees.

5.      Since 1963, NCAR has maintained continuous supercomputing operations to support its research activities and the research of UCAR members and other research institutions. These operations have enabled NCAR to carry out its mission through enhanced research capabilities and workforce training in collaboration with government agencies, nonprofits, corporations, universities, research institutions, individual researchers, and graduate students in complex computational research initiatives that require a highly integrated computing environment.

6.      NCAR's ongoing leadership in the study of atmospheric and Earth system sciences supported by advanced supercomputing capabilities led to a partnership between UCAR, the State of Wyoming, the University of Wyoming, Cheyenne LEADS, Wyoming Business Council, and Cheyenne Light, Fuel & Power Company to provide research scientists access to high-performance computational and observational facilities.

7.      This partnership resulted in construction of NWSC, a supercomputing facility built by UCAR that opened in 2012 in Cheyenne, Wyoming.  Through NWSC, UCAR provides advanced computing services and data storage to research scientists across disciplines in Earth systems science, including weather, climate, oceanography, air pollution, space weather (i.e., solar and geospace systems), computational science (such as the application of artificial intelligence to Earth system science modeling), transportation, aviation, hydrology, and energy production.  Since NWSC's inception, NCAR, under UCAR's supervision, has continuously managed and operated the NWSC supercomputing facility with sponsorship and funding from NSF.

8.      Under UCAR and NCAR's stewardship, NWSC has served more than 9,562 users from 859 organizations, including 145 government agencies, 33 nonprofits, and 521 universities

2

and research institutions since 2012. In the past year alone, given the increasing importance of NWSC's supercomputing facilities to research and advancement in Earth system sciences, NWSC has served 3,752 users from over 400 organizations, including 35 corporations, 69 government agencies, 12 nonprofits, and 336 universities and research institutions.

9.     UCAR and NCAR's stewardship of NWSC has resulted in a highly integrated, high-performance supercomputing ecosystem. This ecosystem includes NWSC's flagship supercomputer, Derecho, which runs Earth system science simulations across 2,488 Central Processing Units (CPUs) nodes (i.e., 323,712 CPU processor cores) responsible for interpreting software instructions and managing hardware components while utilizing specialized, high-performance servers equipped with 82 Graphics Processing Units (GPU) compute nodes (i.e., 328 A100 GPUs) for parallel processing, rendering, and scientific computations. NWSC's supercomputing ecosystem also includes an artificial intelligence and data analysis cluster, Casper, which allows for processing large and complex datasets across 188 heterogeneous nodes, as well as a storage environment including a 55 pebibyte scratch/project filesystem, a 132 pebibyte campaign storage filesystem, and a robotic tape archive.

10.     Together, these components allow for distributed, high-performance network fabric computing across the ecosystem and form a distributed, software-defined architecture to aggregate network, storage, and computing resources into a single cohesive and dynamically reconfigurable system capable of supporting advanced Earth system science research supported by access to 177 million gigabytes of data. NWSC's supercomputing ecosystem has earned national awards for sustainable design, operations, and its application, including HPCWire's 2022 Reader's Choice award for Best Use of High-Performance Computing in Physical Science.

11.     To support NWSC's supercomputing ecosystem and research, UCAR employs approximately 50 full-time personnel, including highly skilled scientists, engineers, and system administrators, in addition to 10 full-time and 1 part-time specialized employees responsible for the maintenance and operations of the supercomputing ecosystem.  Some of these employees directly support research and development efforts by building, maintaining, and running applications on NWSC's supercomputing ecosystem through NCAR's Computational & Information Systems Lab ("CISL"), while also providing training and consulting services to external users on computer-based models, data access, and design computing environments for research workflows involving computational modeling.  The remaining employees are responsible for operations and maintenance of the supercomputing ecosystem, including hardware servicing, network management, and oversight of power distribution, cooling, and maintenance of complex electrical and mechanical systems that draw on megawatts of continuous power to ensure system availability.

12.     NWSC's employees possess specialized institutional knowledge regarding the behavior of NWSC's electrical and mechanical systems, past modifications to supercomputing components, and the configuration of computing environments for specific research workflows. This knowledge has been developed over years of training and hands-on experience.

13.     Through the expertise of UCAR personnel and collaboration with partnering organizations, NWSC's supercomputing ecosystem allows sophisticated numerical modeling of Earth's atmosphere, oceans, land systems, and solar and geospace systems.  Drawing on complex sets of historical data, these models allow researchers to better understand, predict, and track extreme weather patterns and natural disasters, often through multi-year projects that could not be

undertaken without NWSC's specific capabilities. Many of the research projects that depend on NWSC involve computational simulations that take months or, in some cases, years to complete. These simulations must run continuously on NWSC's integrated supercomputing ecosystem; interruptions risk setting back research programs and progress.

14. Ultimately, NWSC enables researchers to quantify uncertainty and improve forecasts in a manner that can save lives and protect property when research outcomes are applied by third-party stakeholders, including partnering government agencies and the private sector. Any disruption to NWSC operations risks degrading current forecasting capabilities, interrupting long-term research, and compromising advances in Earth system science, including in space weather forecasting, which cannot be achieved through fragmented research activities.

15. For example, NCAR has an established legacy in the development of innovative weather models and transitioning those models and associated tools into operational weather prediction systems across the private sector and government agencies. NCAR's expertise in model development through NWSC was highlighted by the adoption of NCAR's Model for Prediction Across Scales (MPAS) by National Oceanic and Atmospheric Administration as its next-generation operational weather prediction model, which NOAA announced in January 2026. The adoption is necessary to achieving NOAA's and the Trump administration's publicly announced goal of becoming the world leader in weather prediction within three years, which requires massive computational resources to achieve. Disruption of access to NWSC would significantly curtail the MPAS development given NOAA's inability to meet this need independently due to its own restrictive computational environment.

5

16.     NCAR has also recently developed a Community Research Earth Digital Intelligence Twin (CREDIT). CREDIT is the only publicly funded artificial intelligence Earth system prediction emulator platform developed in the United States. NCAR scientists successfully built the CREDIT platform independent of existing emulators—such as Graphcast, FourcastNet, Pangu, or Aurora—by leveraging NCAR's internal expertise, data, and supercomputing resources to scale this system for use by university researchers in addressing real world problems.

17.     NCAR also partners with the United States Air Force ("USAF") to utilize NWSC's supercomputing resources to develop detailed cloud analysis systems that combine defense satellite information with cutting-edge weather prediction systems. These prediction systems are critical to support reconnaissance operations, and the development of next-generation systems to protect $87 billion in national security assets.

18.     Under UCAR stewardship, NWSC's supercomputing capabilities also provide operational forecasting for Antarctica, which is critical for the safety of researchers stationed there and for missions conducted by the USAF and the United States Navy ("USN") in the region. Additional national security applications include building predictive systems for satellite operations; chemical, biological, and radiological threats; and support for the U.S. Army Corps of Engineers in reservoir management.

19.     Moreover, NCAR scientists use NWSC systems to produce Earth system simulations and data that are also used by industry partners in private sectors, including partners in the aviation, agricultural, and reinsurance sectors. Such partners rely on modeling and data performed at NWSC to assess climate risk and inform actuarial models and operations.

20.     For example, researchers have developed aviation weather modeling that is critical for guiding commercial and military aircraft away from turbulence, identifying potentially deadly downbursts, informing anti-icing operations, and forecasting such hazardous conditions as low visibility and icy runways. Research and development efforts to fuel continuous innovation on aviation weather products rely on significant computational resources to develop, test and verify innovations in model systems, product development and prediction approaches, ensuring solutions are rigorous and reliable for public safety.  NWSC is an essential tool for researchers to conduct model system testing and evaluation, develop new potential solutions, and analyze research observations to inform innovations in forecasting predictions of icing, visibility, and turbulence that is needed by the aviation industry to deliver safe and efficient operations.  Any degradation of NWSC capabilities will increase uncertainty and economic risk for such industry partners and consumers.

21.     Despite the threat that dismantling NCAR and transferring stewardship over NWSC poses to such applications of NWSC research, NSF sent a letter to UCAR formally communicating NSF's "decision to release a Dear Colleague Letter (DCL) to seek information pertaining to divestment, transfer, and/or rescope the components of the National Center for Atmospheric Research."  The letter specifically identified the NCAR-Wyoming Supercomputer as the first item targeted for "potential divestment, transfer, and/or rescoping."

22.     Attached hereto as **Exhibit A** is a true and correct copy of the correspondence UCAR received from NSF on December 17, 2025.  I was one of the recipients.

23.     I received notice from NSF Grants and Agreements Officer Kapua Hatch on February 12, 2026, that NSF intended to restructure its sponsorship of NWSC by transferring

7

stewardship of NWSC operations and management to a third party.  The letter stated that "NSF has decided to transfer stewardship of the NCAR-Wyoming Supercomputer Center (NWSC)." The letter then directed NCAR to submit an "[u]pdated Program Operating Plan to reflect the reduced scope of NCAR activities" and a "[r]evised budget and justification."  The letter further instructed that "[c]oordination with a new managing entity is required to ensure continuity of services and capacity for the research community."  Prior to reaching its decision, NSF did not consult with NCAR regarding the potential impact of transferring stewardship of NWSC.  Nor did NCAR provide NSF with information necessary to analyze the potential consequences of a transfer in stewardship of NWSC.

24.     Attached hereto as **Exhibit B** is a true and correct copy of the correspondence I received from Ms. Hatch on February 12, 2026.

25.     On February 19, 2026, I was alerted to an article titled "UW offered opportunity to take over operations of Cheyenne supercomputer facility" published online by the Wyoming Tribune Eagle on that same date, which indicated that NSF offered University of Wyoming an opportunity to submit a proposal for operations of the supercomputer.

26.     On February 23, 2026, I received email correspondence from Steven Ellis of NSF's Office of Research Infrastructure.

27.     Attached hereto as **Exhibit C** is a true and correct copy of the correspondence I received from Mr. Ellis on February 23, 2026.

28.     In his correspondence, Mr. Ellis stated that he was "working on the transfer of NWSC activities to UWYO [the University of Wyoming] (or an alternate third-party managing entity if necessary)."  Mr. Ellis further stated that NSF's intention at that time was to transfer

operations and maintenance responsibilities for NWSC but not research and development activities.

29.     To facilitate the transfers, Mr. Ellis requested extensive documentation relating to NWSC operations and maintenance.  Mr. Ellis's request would require UCAR and NCAR to prepare and provide NSF with detailed documentation regarding NWSC operations, including detailed accounting of direct and indirect expenses; an accounting of funds available for the refurbishment, repair, or improvement of NWSC facility; personnel assignments and employee benefits; and tasks, timelines, and deliverables associated with NWSC activities.

30.     UCAR and NCAR had not previously been required to produce such documentation under the Cooperative Agreement between UCAR and NSF (Award No. 1034875), requiring UCAR to divert staff resources from their actual job responsibilities to the task of preparing such documentation and accounting given the scope of NSF's request.

31.     After receiving Mr. Ellis's request, I discussed my concerns regarding staff resources required to respond to such request with Mr. Ellis and NSF Program Director Carrie Black, estimating that the production of documentation needed to assess NSF's transfer of stewardship would take at least a month.  Mr. Ellis and Ms. Black directed NCAR to prioritize reallocating staff resources to provide the documentation needed for the transfer despite the fact that such reallocation would have broader impacts on NSF-funded priorities and those of other agencies and partners.

32.     On March 11, 2026, I attended a remote meeting at which NSF was asked to explain the underlying reasons for its actions.  Mr. Ellis, who was also in attendance, offered no explanation.  Instead, when asked why NSF decided to transfer stewardship of operations and

maintenance of NWSC without consulting UCAR, Mr. Ellis responded by saying: "This is a decision made." When asked why that decision had been made, Mr. Ellis responded: "Because NSF has said so." Mr. Ellis also acknowledged: "It is not lost on us how lives and safety are depending on the work that takes place at the Center." Nevertheless, he explained, NSF was "going to move forward with things." When asked to explain "the time pressure" and "urgency," Mr. Ellis responded: "NSF is putting pressure on us to get this done quickly. I need this information yesterday."

33.    NSF has not provided UCAR or NCAR with any details regarding how a transfer of operations and maintenance would be accomplished or its impact on NCAR's research activities and partnerships.

34.    Nevertheless, the proposed transfer of NWSC stewardship risks serious and immediate harm to the integrated NWSC supercomputing ecosystem, ongoing research, partners currently relying on modeling performed by NCAR at NWSC, and the personnel and infrastructure supporting NWSC.

35.    As NOAA reported in January 2025, the United States sustained 190 separate large-scale weather and climate disasters that have killed over 6,300 people and caused approximately $1.4 trillion in damage between 2015 and 2024. The transfer of NWSC stewardship would disrupt research and the availability of modeling used to support forecasting capabilities that mitigate such impacts.

36.    Transfer of stewardship would also disrupt critical modeling and prediction systems relied on by partners such as the USAF and USN for ongoing operations, particularly those

dependent on long-term simulations, increasing risks to national security, national security assets, and safety.

37.    In addition, transfer of the operations and maintenance of NWSC supercomputing ecosystem will result in operational deficiencies, including degraded uptime for research activities, reduced access to NWSC's supercomputing ecosystem by NCAR researchers, partners, and graduate students, gaps in oversight and coordination when operational issues threaten research activities, and the potential loss of NCAR access to the supercomputing ecosystem during outages if an organization with competing priorities assumes responsibility for NWSC stewardship. The adverse impacts of such operational deficiencies will be seen across users of NWSC's supercomputing ecosystem, from researchers engaged in modeling to advance federal agency priorities, such as the current administrative goal of global forecasting leadership, to graduate students who will be delayed in their academic and career progression.

38.    The transfer of stewardship over NWSC will also create a new operational boundary between facility networking (i.e., external connectivity managed by the entity assuming stewardship responsibilities) and the internal network managed by NCAR. This interface does not currently exist. Rather, NWSC networking operates as a single integrated environment managed by NCAR and is designed to support the traffic flows characteristic of parallel filesystems and supercomputing resources. The operational boundary that will be required following transfer of NWSC's stewardship poses risk of further performance degradation, additional gaps in responsibility during troubleshooting, and conflicting priorities for such traffic flows.

11

39.     Moreover, planned capital improvements needed for NWSC's nearly fifteen-year-old infrastructure and systems—estimated at $10 million to $15 million over the next decade—have been delayed due to the uncertainty caused by NSF's actions, increasing the risk of system outages and degradation of forecasting capabilities.  Such improvements include those meant to address known deficiencies, including aging electrical distribution components, mechanical plant upgrades, life safety system modernization, and physical plant modifications required to support evolving computing infrastructure.  As a result, UCAR is incurring increasing deferred maintenance expenses and facing potential system outages that may impact continued use of the systems by UCAR, before and after transfer of stewardship.

40.     Further, NCAR relies on a highly specialized workforce with unique institutional knowledge to carry out stewardship of NWSC.

41.     The workforce is uniquely qualified to maintain facility operations and service the equipment housed within NWSC, and NCAR employees are charged with all aspects of physical plant operations (e.g., power, cooling, physical security, and data center building systems); servicing hardware components of the supercomputing ecosystem; and deployment of data modeling and Earth system science simulations.  Such institutional knowledge and expertise are necessary to achieve research objectives and accelerate scientific outcomes through system configuration.  Recruiting and training the highly skilled workforce at NWSC has required a substantial expenditure of resources.

42.     NWSC is currently understaffed and has had difficulty retaining, recruiting, and hiring staff in light of NSF's announcement.  Between December 2025 and April 2026, eight CISL employees have separated from employment.  At least half of those employees have cited

12

an uncertain future as a basis for their separation.  On at least one occasion, I have received direct correspondence from an employee assigned to NWSC research activities stating that the employee was pursuing a position elsewhere given NSF's announcement of its decision to transfer stewardship of NWSC.  The anticipated transition risks further staff attrition among highly skilled employees with irreplaceable institutional knowledge, exacerbating the risk of outages and operational incidents while undermining UCAR's ability to troubleshoot such issues.

43.    If UCAR is even temporarily divested of its operations and maintenance responsibilities with respect to NWSC, UCAR would not be able to retain the employees who currently perform those duties.  UCAR would have no work to assign them and no funding source to support their positions.  And even if the transfer decision were later set aside, UCAR would remain understaffed because recruiting and training for these highly specialized positions typically require months, if not years.

44.    Uncertainty around the transfer also raises potential legal risks, including but not limited to the need to provide advance notice of a plant closing or mass layoff under the federal Worker Adjustment and Retraining Notification Act and noncompliance with federally funded awards agreements as well as service level agreements ("SLAs") entered into by UCAR and third parties relating to use of NWSC supercomputing capabilities.

45.    Those SLAs impose real-time commitments to NCAR's partners that impose strict operational requirements that NCAR may no longer be able to meet.  For example, NCAR has operated a real-time numerical weather prediction capability, known as the Antarctic Mesoscale Prediction System (AMPS), with funding from NSF's Office of Polar Programs for over 25 years. AMPS produces twice-daily forecasts for all of Antarctica using NWSC's supercomputing

13

capabilities, providing critical guidance to the U.S. Antarctic Program and numerous other stakeholders, including USAF and USN. These forecasts directly inform flight planning, ground operations, and emergency response activities—where disruptions in the availability of forecasting can have immediate safety consequences.

46.    NWSC operations have historically prioritized service for this system, including postponing routine maintenance to ensure continuous forecast production during critical periods.

47.    Increased outages and deferred maintenance threaten NCAR's ability to honor service prioritization for programs like AMPS.

48.    Similarly, NSF's decision to transfer stewardship of NWSC also jeopardizes NCAR's ability to comply with the terms and conditions of federal awards, including a recent award to UCAR from the United States Geological Survey (Grant No. G25AC00350-00) to host its next-generation, high-performance computing system. That award requires UCAR to provide critical infrastructure integration, network architecture and operational support that is inconsistent with a transfer of stewardship, creating a material risk of breach that could result in funding loss, termination of the award, and negative impacts on future federal funding. UCAR may be required to return committed but unobligated funds, resulting in a loss of as much as $800,000 in funding.

* * *

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boulder, Colorado on April 3, 2026.

_/s/ Everette Joseph_
Dr. Everette Joseph
Director
National Center for Atmospheric Research

14