# EXHIBIT A

U.S. National Science Foundation
Office of Award Management
2415 Eisenhower Avenue
Alexandria, Virginia 22314

December 17, 2025

Everette Joseph
Principal Investigator and NCAR Director
ejoseph@ucar.edu

Thao T. Tsuda
Authorized Organization Representative
ttsuda@ucar.edu

University Corporation for Atmospheric Research
3090 Center Green Drive
Boulder, CO 80301

Dear Dr. Joseph and Ms. Tsuda:

This letter formally communicates the U.S. National Science Foundation's (NSF) decision to release a Dear Colleague Letter (DCL) to seek information pertaining to divestment, transfer, and/or rescope the components of the National Center for Atmospheric Research (NCAR). NSF will be discussing with you the agreements with the University Corporation for Atmospheric Research (UCAR) for operations and management of NCAR. This action is part of NSF's effort to restructure the research and observational capabilities of NCAR.

NSF remains committed to providing world-class infrastructure for weather modeling, space weather research and forecasting, and other critical functions without disruption. NSF will be engaging with partner agencies, the research community, and other interested parties to solicit feedback for rescoping functions of the work currently performed by NCAR.

The DCL will assess the potential divestment, transfer, and/or rescoping for, at a minimum, the following components of NCAR:

- NCAR-Wyoming Supercomputer
- Aircraft (Gulfstream G-V and C-130)
- Facilities and Operations for critical modeling and forecasting activities

Please acknowledge receipt of this notice via email to khatch@nsf.gov.

1

Sincerely,

Jason Bossie
Office Head
Office of Award Management
U.S. National Science Foundation


CC:    Alisha Swofford, Chief Operating Officer UCAR Operations, swofford@ucar.edu
       Valerie Koch, Co-Principal Investigator, valeriek@ucar.edu
       Linnea Avalone, NSF Chief Officer for Research Facilities
       Lisa Scott-Morring, NSF Deputy Office Head
       Tim Kashmer, NSF Infrastructure Support Branch Chief
       Kapua Hatch, NSF Grants and Agreement Officer
       Carrie Black, NSF Program Officer

2