# EXHIBIT B



**National Science Foundation**
Office of Award Management
Randolph Building
401 Dulany Street, Alexandria, VA 22314

February 12, 2026

Dr. Everette Joseph
Director
National Center for Atmospheric Research
P.O. Box 3000
Boulder, CO 80307-3000

Re:     NCAR-Wyoming Supercomputing Center

Dear Dr. Joseph,

As announced on December 17, 2025, and in the Dear Colleague Letter released on January 23, 2026 (NSF 26-203), NSF is reviewing the structure of the research and observational capabilities operated by the NSF National Center for Atmospheric Research (NCAR).  As a result, portions of the NCAR award will be restructured to reflect the reduced scope of effort expected from the recipient, the University Corporation for Atmospheric Research (UCAR).  As part of a review and restructuring effort, NSF has decided to transfer stewardship of the NCAR-Wyoming Supercomputer Center (NWSC), a resource managed by UCAR in accordance with the NSF-UCAR cooperative agreement ([#1755088](#)) and the original NWSC construction award ([#1034857](#)).

Coordination with a new managing entity is required to ensure continuity of services and capacity for the research community, and NCAR must support those coordination and information sharing efforts. NCAR must also document the resulting scope changes through its normal change control process for review and approval by the cognizant NSF Program Officer and Grants Officials.  NCAR will be required to submit revised project documentation as follows:

- Updated Program Operating Plan to reflect the reduced scope of NCAR activities.
- Revised budget and justification to support planned increments in FY26.
- Mutually agreeable plans between NCAR and the new managing entity to maintain necessary access and capacity to support current NCAR high-performance computing activities.

Additional documentation may also be required. NSF program staff, principally Dr. Steven Ellis, will begin coordination of meetings and discussions to facilitate a definition of requirements for transfer of assets in support of formal award actions by OAM/ISB.

Any public statements related to the planned restructuring effort should be considered subject to award term and condition 28(b) requiring UCAR to "consult with the cognizant NSF Program Officer or designee prior to any significant public relations activities or events concerning the NSF-supported activities under the award."  Until approved by the cognizant Program Officer, UCAR and NCAR may not make any public

1

Dr. Everette Joseph
February 12, 2026
Page 2

comment on these restructuring activities. Please direct all related inquiries to the established NSF_NCAR@nsf.gov e-mail alias.

Please contact the NSF Program Directors, Dr. Steven Ellis or Dr. Carrie Black, regarding technical issues. Please send any business-related questions directly to me.

Sincerely,

Kapua S. Hatch

Kapua Hatch

Digitally signed by Kapua S. Hatch
Date: 2026.02.12 14:26:46 -05'00'

Grants and Agreements Officer
Infrastructure Support Branch (ISB)
Office of Award Management (OAM)

cc:    David Doty, Contracts Director, UCAR (AOR)
       Alisha Swofford, Chief Operating Officer
       Jason Bossie, Office Head NSF/OAM
       Tim Kashmer, Branch Chief, NSF/OAM/ISB
       Linnea Avallone, Chief of Research Facilities, NSF
       Margaret Benoit, Branch Head, NSF
       Charlotte Roehm, Section Head, NSF
       Carrie Black, Program Director, NSF
       Steven Ellis, Program Director, NSF