## DECLARATION OF IAN MCPHERSON

I, Ian McPherson, declare as follows:

1.      I am staff member at the law firm of Hueston Hennigan LLP, which is counsel of record for University Corporation for Atmospheric Research in the matter *University Corporation for Atmospheric Research v. National Science Foundation, et al.* in the United States District Court for the District of Colorado. My business address is 523 W. 6th Street #400, Los Angeles, CA 90014.

2.      On March 31, 2026, I accessed X.com and downloaded a true and correct copy of a post made on December 16, 2025 by the account @russvought. It is attached hereto as **Exhibit A**.

3.      On March 31, 2026, I accessed CBSNews.com and downloaded a true and correct copy of an article dated December 15, 2025 entitled "President Trump calls Colorado Gov. Jared Polis 'weak' as he continues to lament Tina Peters' continued imprisonment." It is attached hereto as **Exhibit B**.

4.      On March 31, 2026, I accessed Politico.com and downloaded a true and correct copy of an article dated December 17, 2025 entitled "Trump's dismantling of climate research center is a 'destruction of knowledge,' critics say." It is attached hereto as **Exhibit C**.

5.      On March 31, 2026, I accessed NSF.gov and downloaded a true and correct copy of a web page dated December 17, 2025 entitled "Intent to restructure critical weather science infrastructure." It is attached hereto as **Exhibit D**.

6.      On April 1, 2026, I accessed NSF.gov and downloaded a true and correct copy of a web page dated January 23, 2026 entitled "Dear Colleague Letter: NSF Intent to Restructure Critical Weather Infrastructure." It is attached hereto as **Exhibit E**.

I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on this 3rd day of April, 2026, at Los Angeles, California.

*/s/ Ian McPherson*

Ian McPherson