# EXHIBIT A



| | |
|---|---|
| Document title: | Russ Vought on X: "The National Science Foundation will be breaking up the National Center for Atmospheric Research (NCAR) in Boulder, Colorado. This facility is one of the largest sources of climate alarmism in the country. A comprehensive review is underway &amp; any vital activities such as weather" / X |
| Capture URL: | https://x.com/russvought/status/2001099488774033692?s=20 |
| Page loaded at (UTC): | Tue, 31 Mar 2026 16:43:59 GMT |
| Capture timestamp (UTC): | Tue, 31 Mar 2026 16:45:05 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | u3exM9tHLnj5dVPCR3WUPg |
| Display Name: | imcpherson |

PDF REFERENCE #:    2j2K9c1YeyYyURLamUsC6R



Document title: Russ Vought on X: &quot;The National Science Foundation will be breaking up the National Center for Atmospheric Research (NCAR) in Boulder,…
Capture URL: https://x.com/russvought/status/2001099488774033692?s=20
Capture timestamp (UTC): Tue, 31 Mar 2026 16:45:05 GMT

2