# EXHIBIT B



| | |
|---|---|
| Document title: | President Trump calls Colorado Gov. Jared Polis "weak" as he continues to lament Tina Peters' continued imprisonment - CBS Colorado |
| Capture URL: | https://www.cbsnews.com/colorado/news/trump-colorado-governor-jared-polis-tina-peters/?utm_source=chatgpt.com |
| Page loaded at (UTC): | Tue, 31 Mar 2026 18:46:29 GMT |
| Capture timestamp (UTC): | Tue, 31 Mar 2026 18:48:00 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 13 |
| Capture ID: | 8CpevZTbtsdLiEbZJyQ5iC |
| Display Name: | imcpherson |


LIMITED-TIME OFFER
Paramount+    $2.99/MO FIRST 2 MONTHS    PICK YOUR PLAN
Monthly plans only. Auto-renews unless cancelled. T&Cs apply.

Latest ⌄    Local News ⌄    • Live ⌄    Shows ⌄    •••        ◉CBS NEWS        🔍

Colorado    |    News ⌄    Weather ⌄    Sports ⌄    Video    Your Reporters ⌄    •••        ☁ 48°

Local News

# President Trump calls Colorado Gov. Jared Polis "weak" as he continues to lament Tina Peters' continued imprisonment

By Jesse Sarles

Updated on: December 15, 2025 / 7:47 PM MST / CBS Colorado

[ 🔗 Add CBS News on Google ]

President Trump continued to use strong words to describe Colorado Gov. Jared Polis on Monday. He's upset about the fact that Tina Peters, the former county clerk and top election official in Mesa County, is still behind bars.

Last week, Trump posted to Truth Social that he was pardoning Peters, saying, "Tina is sitting in a Colorado prison for the 'crime' of demanding Honest Elections."

A Colorado jury convicted Peters last year of giving supporters of Trump unauthorized access to a voting machine after the 2020 election. The former clerk is serving a 9 year sentence on those state charges.



President Donald Trump speaks during a ceremony for the presentation of the Mexican Border Defense Medal in the White House on Dec. 15, 2025 in Washington, DC.

Anna Moneymaker / Getty Images

Here's what Trump said on Monday in the Oval Office: "The governor

◉CBS NEWS COLORADO



**Trump calls Gov. Jared Polis "weak" as he continues to lament Tina Peters' continued imprisonment**
(01:22)

◉CBS BALTIMORE
Maryland man sentenced to 25 years for shooting at occupied home


◉CBS BOSTON
Around 180,000 attend "No Kings" rally in Boston, protesting Trump administration


◉CBS COLORADO
Man who stabbed and killed 2 homeless men in Aurora sentenced to 80 years


◉CBS COLORADO
Head of state Department of Health Care Policy & Financing to step down


◉CBS PHILADELPHIA
Travelers at PHL say they're glad TSA officers will start getting paid again


◉CBS TEXAS
Gateway Church founding Pastor Robert Morris released from Oklahoma jail


◉CBS BALTIMORE
Maryland joins "biggest protest in U.S. history" against Trump policies


Document title: President Trump calls Colorado Gov. Jared Polis &quot;weak&quot; as he continues to lament Tina Peters&#39; continued imprisonment - CBS Colorado
Capture URL: https://www.cbsnews.com/colorado/news/trump-colorado-governor-jared-polis-tina-peters/?utm_source=chatgpt.com
Capture timestamp (UTC): Tue, 31 Mar 2026 18:48:00 GMT


LIMITED-TIME OFFER
$2.99/MO FIRST 2 MONTHS
Paramount+
PICK YOUR PLAN

Latest ⌄   Local News ⌄   • Live ⌄   Shows ⌄   •••              ◉CBS NEWS                              Q

Here's what Trump said on Monday in the Oval Office: "The governor of Colorado is a weak and pathetic man who was run by Tren de Aragua. The criminals from Venezuela took over sections of Colorado. And he was afraid to do anything, but he puts Tina in jail for 9 years because she caught people cheating, and when she walked over and got involved in it, they said she was cheating. She wasn't cheating."

Polis has previously addressed the president regarding the Peters case on social media. He posted the following: "Tina Peters was convicted by a jury of her peers, prosecuted by a Republican District Attorney, and found guilty of violating Colorado state laws, including criminal impersonation. No President has jurisdiction over state law nor the power to pardon a person for state convictions."



**Trump calls Gov. Jared Polis "weak" as he continues to lament Tina Peters' continued imprisonment**
(01:22)

## More from CBS News


◉CBS BALTIMORE
Maryland man sentenced to 25 years for shooting at occupied home


◉CBS BOSTON
Around 180,000 attend "No Kings" rally in Boston, protesting Trump administration


◉CBS COLORADO
Man who stabbed and killed 2 homeless men in Aurora sentenced to 80 years


◉CBS COLORADO
Head of state Department of Health Care Policy & Financing to step down

© 2025 CBS Broadcasting Inc. All Rights Reserved.



New Colorado law ensures social media companies will


LIMITED-TIME OFFER
$2.99/MO FIRST 2 MONTHS
PICK YOUR PLAN
Paramount+
Monthly plans only. Auto-renews unless cancelled. T&Cs apply.

Latest ⌄   Local News ⌄   • Live ⌄   Shows ⌄   •••                    ◉CBS NEWS                                    Q

Here's what Trump said on Monday in the Oval Office: "The governor of Colorado is a weak and pathetic man who was run by Tren de Aragua. The criminals from Venezuela took over sections of Colorado. And he was afraid to do anything, but he puts Tina in jail for 9 years because she caught people cheating, and when she walked over and got involved in it, they said she was cheating. She wasn't cheating."

Polis has previously addressed the president regarding the Peters case on social media. He posted the following: "Tina Peters was convicted by a jury of her peers, prosecuted by a Republican District Attorney, and found guilty of violating Colorado state laws, including criminal impersonation. No President has jurisdiction over state law nor the power to pardon a person for state convictions."



**Trump calls Gov. Jared Polis "weak" as he continues to lament Tina Peters' continued imprisonment**
(01:22)

Become a WishMaker®   Make A Wish.

### More from CBS News


◉CBS BALTIMORE
Maryland man sentenced to 25 years for shooting at occupied home


◉CBS BOSTON
Around 180,000 attend "No Kings" rally in Boston, protesting Trump administration


◉CBS COLORADO
Man who stabbed and killed 2 homeless men in Aurora sentenced to 80 years


◉CBS COLORADO
Head of state Department of Health Care Policy & Financing to step down

© 2025 CBS Broadcasting Inc. All Rights Reserved.



New Colorado law ensures social media companies will

Document title: President Trump calls Colorado Gov. Jared Polis &quot;weak&quot; as he continues to lament Tina Peters&#39; continued imprisonment - CBS Colorado
Capture URL: https://www.cbsnews.com/colorado/news/trump-colorado-governor-jared-polis-tina-peters/?utm_source=chatgpt.com
Capture timestamp (UTC): Tue, 31 Mar 2026 18:48:00 GMT


Sponsored



**Brain Fog Has Been Linked to This Common Daily Food. Did You Eat It?**

PAID COGNITIVE SCIENCE HUB   Learn More



**Six Free Videos on AI's Impact on America**

Get six free videos from Hillsdale College on artificial intelligence. Learn how AI impacts politics, warfare, privacy, and human dignit...

PAID HILLSDALE COLLEGE   Learn More



**Virginia Drivers: Get Basic Car Insurance Today (Check Zip Code)**

Many driver don't know they already qualify for a lower auto insurance rate. S...

PAID INSURE.COM   Learn More



**Brain Doctors Now Warn: This Nightly Spoonful Fights Memory Fog**

PAID MEMORY LOSS   Read More



**Discover The Mixer Every Home Baker's Talking About**

Ooni Halo Pro Spiral Mixer puts professional level baking at your fingertips.

PAID OONI PIZZA OVENS   Learn More



**Play Official WSOP Poker Free - No Download needed**

PAID WSOP POKER   Play Now



**Who Has the Cheapest Car Insurance in Warrenton? (Check Zip Codes)**

Many driver don't know they already qualify for a lower auto insurance rate. See if you're eligible now.

PAID INSURE.COM   Learn More






LIMITED-TIME OFFER
Paramount+
$2.99/MO
FIRST 2 MONTHS
PICK YOUR PLAN
Monthly plans only. Auto-renews unless cancelled. T&Cs apply.

Latest ⌄    Local News ⌄    • Live ⌄    Shows ⌄    •••

**◎CBS NEWS**



## Who Charges The Least For Car Insurance In Virginia? (Check Zip Codes)

New Insurance Data Shows Which Zip Codes Save The Most

PAID OTTO INSURANCE    **Click Here**



## Costco Shoppers Say This $35 Find Is the "Facelift" in a Bottle

PAID OLAVITA



## Audiologists Tested 17 Hearing Aids. Here's the Best

See why audiologists are calling it a breakthrough in hearing technology.

PAID HEAR.COM



## Americans Over 65 Are Replacing Hearing Aids for This New Device

See why audiologists are calling it a breakthrough in hearing technology.

PAID HEAR.COM



## A Better Daily Routine Starts Here

Discover why more people are rethinking their daily routine and taking a closer loo...

PAID REAL BOTANICALS    **Learn More**



## Senior Moments? Take 1 Tbsp To Fight Brain Fog Tonight

PAID COGNITIVE SCIENCE HUB    **Learn More**



## Tuesday: IRS Forgives Millions In Tax Debt Before March 31st Tax...

As the tax relief deadline nears, thousands of Americans are rushing to resolve their ...

PAID FRESH START INFORMATI...    **Learn More**

## Wellness That Fits Your Routine

7-Hydro designed to go where you go and fit into everyday routines.

PAID REAL BOTANICALS    **Learn More**



Document title: President Trump calls Colorado Gov. Jared Polis &quot;weak&quot; as he continues to lament Tina Peters&#39; continued imprisonment - CBS Colorado

Capture URL: https://www.cbsnews.com/colorado/news/trump-colorado-governor-jared-polis-tina-peters/?utm_source=chatgpt.com

Capture timestamp (UTC): Tue, 31 Mar 2026 18:48:00 GMT

6

Page 5 of 12

Case No. 1:26-cv-01061-RBJ   Document 18-9   filed 04/03/26   USDC Colorado   pg

★ LIMITED-TIME OFFER ★ Paramount+ $2.99/MO FIRST 2 MONTHS   PICK YOUR PLAN
Monthly plans only. Auto-renews unless canceled. T&Cs apply.

### Ask a Pro: "I Realized $2M in Gains. What Strategies Might Help Minimize Capital...

This quiz matches nearly 50,000 people each month with vetted financial advisors.

PAID SMARTASSET  Learn More

### Asphalt Shingles Can't Compete With This New 50-Year Roof

The Days Of Asphalt Roofs Are Over, Thanks To Stone-Coated Metal

PAID METAL ROOF NATION  Learn More



### Stop Auto-Renewing Your Car Insurance

PAID CHECKAUTOPLANS.COM  Learn More



### How Much Does A Walk-In Shower Actually Cost?

Here's Why These Affordable Walk-In Showers Are Sweeping America In 2026

PAID KOHLER SHOWERS  Learn More



### The Average Walk-In Shower Cost in 2026

Here's Why These Affordable Walk-In Showers Are Sweeping America In 2026

PAID KOHLER SHOWERS  Learn More



### 12 Things To Cut When Money Gets Tight

PAID GREENSPROUT



### 12 Things To Cut When Living On Retirement

PAID GREENSPROUT



### Earn $250 After Spending As Low As $500

Welcoming FICO Scores 670+

PAID CARDCRITICS  Learn More



### "The Ozempic" Of Age Reversal Has Arrived

NADS+ is a compound that boosts energy and minimizes aging lines.

PAID DIRECT MEDS NAD+  Learn More

### Assisted Living Accelerates 'The Decline.' Why This Doctor Said No

We lock minds in Memory Care. This doctor looked east

PAID US HEALTH SPOTLIGHT  Learn More




Document title: President Trump calls Colorado Gov. Jared Polis &quot;weak&quot; as he continues to lament Tina Peters&#39; continued imprisonment - CBS Colorado
Capture URL: https://www.cbsnews.com/colorado/news/trump-colorado-governor-jared-polis-tina-peters/?utm_source=chatgpt.com
Capture timestamp (UTC): Tue, 31 Mar 2026 18:48:00 GMT

Case No. 1:26-cv-01061-RBJ    Document 18-9    filed 04/03/26    USDC Colorado    pg



★ LIMITED-TIME OFFER ★    $2.99/MO    Paramount+    PICK YOUR PLAN



### The "Pocket Tornado" That Makes Brooms Obsolete

PAID  SEESE PRO    Learn More

### Most Put Parents in Assisted Living But This Son Knew Better

This doctor found what Japanese have always known

PAID  US HEALTH SPOTLIGHT    Learn More



### Colorado Department of Transportation making safety improvements to I-...



### Now is the time to begin booking future travel and maximize your dollar, say...



### Pete Hegseth says "upcoming days will be decisive" in war against...



### Peyton Manning hosting Super Bowl 50 reunion event at Denver's Paramount...



### Large fire near Fort Lupton, Colorado kills several farm animals

Document title: President Trump calls Colorado Gov. Jared Polis &quot;weak&quot; as he continues to lament Tina Peters&#39; continued imprisonment - CBS Colorado
Capture URL: https://www.cbsnews.com/colorado/news/trump-colorado-governor-jared-polis-tina-peters/?utm_source=chatgpt.com
Capture timestamp (UTC): Tue, 31 Mar 2026 18:48:00 GMT

LIMITED-TIME-OFFER
$2.99/MO
FIRST 2 MONTHS
PICK YOUR PLAN
Paramount+
Monthly plans only. Auto-renews unless canceled. T&Cs apply.



**See Why Everyone Is Playing WSOP Poker Tonight**

PAID  WSOP POKER    Play Now

**New Key Tax Benefits Changing for Tax Year 2025**

PAID  TURBOTAX    Learn More

**Only Earning 0.01%? See What Top Savings Accounts Pay Today**

PAID  BANKRATE    Learn More

**Surgeon Says, "If You Have Dark Spots, Do This Immediately" (It's Genius!)**

Surgeon explains simple tip for dark spots on skin.

PAID  THE DARK SPOT EXPERTS    Learn More

**Retired Engineer's Invention Shocks Gardeners**

PAID  SEESE PRO    Learn More

**I Was Shocked By The Latest Meal Kit Offers (See Them Here)**

PAID  TOP CHOICES    Get Deals

**Mechanics Warn: An Extended Car Warranty Is Worth It If The Brand Is...**

Save $1000s on vehicle repairs with an extended auto warranty - use our tool to ...

PAID  FORBES    Learn More

**Men Can't Get Enough of This Cozy Cashmere Sweatshirt**

The Sweatshirt that looks effortlessly cool and feels unbelievably soft — no wonder ...

PAID  WALKERGREY    Shop Now

**Men Over 50: Do This Before Bed to Stop Nighttime Bathroom Trips**

PAID  WELLNESS REPORT    Read More

**Cognitive Decline Has Been Tied to This Popular Evening Snack - Do You Eat It...**

PAID  U.S COGNITIVE RESEARCH    Click Here


LIMITED-TIME OFFER
$2.99/MO FIRST 2 MONTHS
PICK YOUR PLAN
Paramount+



### Colorado bill would bar debt collectors from seizing wages, homes over medic...

### Gas in U.S. hits $4 a gallon for first time since August 2022

### City of Boulder improving high risk crash intersections



### Amid tough job market for young Americans, Fed Chair Powell tells studen...



### Pest control experts in Colorado see calls double; experts say warm winter means ...

### Who Charges The Least For Car Insurance In Virginia? (Check Zip Code)

Do not pay your next bill before you read about this if you're tired of over paying!

**PAID** CAR INSURANCE OFFERS    Learn More

### #1 Car Scratch Tool Easily Erases Any Scratches And Dents Instantly

Save $300 on body shop repairs instantly

**PAID** GEKKOGIFTS    Learn More

### Millions Of Women Use This Pink Powder To Bypass Middle Aged...

**PAID** GUNDRY MD    Learn More

### Three Warrenton Banks Are Paying Record High Interest Rates - See the List

**PAID** SAVINGSPRO

### Why I Switched To Meal Kits [Learn More]

**PAID** TOP CHOICES    Get Deals


LIMITED-TIME OFFER $2.99/MO FIRST 2 MONTHS PICK YOUR PLAN
Paramount+
Monthly plans only. Auto-renews unless canceled. T&Cs apply.

Latest ⌄   Local News ⌄   • Live ⌄   Shows ⌄   •••        Ⓒ CBS NEWS        🔍



### Colorado bill would bar debt collectors from seizing wages, homes over medic...



### Gas in U.S. hits $4 a gallon for first time since August 2022



### City of Boulder improving high risk crash intersections



### Amid tough job market for young Americans, Fed Chair Powell tells studen...



### Pest control experts in Colorado see calls double; experts say warm winter means ...



### Who Charges The Least For Car Insurance In Virginia? (Check Zip Code)

Do not pay your next bill before you read about this if you're tired of over paying!

PAID   CAR INSURANCE OFFERS    Learn More



### #1 Car Scratch Tool Easily Erases Any Scratches And Dents Instantly

Save $300 on body shop repairs instantly

PAID   GEKKOGIFTS    Learn More



### Millions Of Women Use This Pink Powder To Bypass Middle Aged...

PAID   GUNDRY MD   Learn More



### Three Warrenton Banks Are Paying Record High Interest Rates - See the List

PAID   SAVINGSPRO



### Why I Switched To Meal Kits [Learn More]

PAID   TOP CHOICES   Get Deals







Paramount+ LIMITED-TIME OFFER $2.99/MO FIRST 2 MONTHS PICK YOUR PLAN
Monthly plans only. Auto-renews unless canceled. T&Cs apply.

**Aurora encourages water-wise yards, offering rebates and design help**

**Don't wait: Colorado fishing season starts now, according to mountain guides**





**Colorado man who stabbed and killed 2 homeless men in Aurora sentenced to 80...**

**JetBlue hikes bag fees to offset higher fuel costs. Here's what travelers will now pay.**



**This Drugstore Cream Has Women Canceling Appointments**

Join Millions Using This Cream Daily For Younger, Vibrant Skin


PAID  NOOR SKIN  Learn More



**Over 40? The "Sticker" Trick Stopping Cravings Cold**


PAID  CONSUMERSFIND  Learn More

◉CBS NEWS AND STATIONS

**Featured**
Iran War Coverage
Artemis II Launch
Men's March Madness Schedule
Women's March Madness Schedule

**Follow Us On**
YouTube
Facebook
Instagram
TikTok
X

**CBS News Colorado**
Meet the Team
Program Guide
Contests & Promotions
Advertise With Us
Terms & Conditions
Sitemap

**Regulation**
Public File for KCNC-TV
Public Inspection File Help
FCC Applications
EEO Report

**Privacy**
Privacy Policy
California Notice
Your Privacy Choices
Terms of Use

**Company**
About Paramount
Advertise With Paramount
Join Our Talent Community


LIMITED-TIME OFFER  $2.99/MO FIRST 2 MONTHS  PICK YOUR PLAN
Paramount+

Latest ⌄    Local News ⌄    • Live ⌄    Shows ⌄    •••

**CBS NEWS**



### Colorado man who stabbed and killed 2 homeless men in Aurora sentenced to 80...



### JetBlue hikes bag fees to offset higher fuel costs. Here's what travelers will now pay.



### This Drugstore Cream Has Women Canceling Appointments

Join Millions Using This Cream Daily For Younger, Vibrant Skin

PAID  NOOR SKIN  Learn More



### Over 40? The "Sticker" Trick Stopping Cravings Cold

PAID  CONSUMERSFIND  Learn More

---

**CBS NEWS AND STATIONS**

**Featured**
Iran War Coverage
Artemis II Launch
Men's March Madness Schedule
Women's March Madness Schedule

**Follow Us On**
YouTube
Facebook
Instagram
TikTok
X

**CBS News Colorado**
Meet the Team
Program Guide
Contests & Promotions
Advertise With Us
Terms & Conditions
Sitemap

**Regulation**
Public File for KCNC-TV
Public Inspection File Help
FCC Applications
EEO Report

**Privacy**
Privacy Policy
California Notice
Your Privacy Choices
Terms of Use

**Company**
About Paramount
Advertise With Paramount
Join Our Talent Community
Help
Feedback
Contact the Ombudsman

©2026 CBS Broadcasting Inc. All Rights Reserved.