# EXHIBIT C



| | |
|---|---|
| Document title: | Trump team 'breaking up' top climate research center - POLITICO |
| Capture URL: | https://www.politico.com/news/2025/12/17/trump-team-breaking-up-top-climate-research-center-00694887 |
| Page loaded at (UTC): | Tue, 31 Mar 2026 17:36:45 GMT |
| Capture timestamp (UTC): | Tue, 31 Mar 2026 17:37:46 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 7 |
| Capture ID: | d8775835zAA1EjuHRMaPga |
| Display Name: | imcpherson |



Advertisement

AD

# Trump's dismantling of climate research center is a 'destruction of knowledge,' critics say

The White House says it's targeting the "premier research stronghold for left-wing climate lunacy."



Office of Management and Budget Director Russ Vought departs a Senate Republican Conference luncheon at the U.S. Capitol on July 15. | Francis Chung/POLITICO

By **ROBIN BRAVENDER**
12/17/2025 03:32 PM EST

   

The White House's planned elimination of a major scientific research center is the latest step in the Trump administration's quest to obliterate federal climate change programs.

The National Science Foundation will be "breaking up" the National Center for Atmospheric Research in Boulder, Colorado, White House Office of Management and Budget Director Russ Vought posted on social media Tuesday. He called the facility one of the "largest sources of climate alarmism in the country."

Advertisement
AD

Trump's critics warned that the plans will devastate U.S. climate research.

"NCAR is a crown jewel of our weather and climate research infrastructure," Rep. Zoe Lofgren of California, the top Democrat on the House Science Committee, said in a statement Wednesday.

"NCAR is a crown jewel of our weather and climate research infrastructure," Rep. Zoe Lofgren of California, the top Democrat on the House Science Committee, said in a statement Wednesday.

"At a time when natural disasters are on the rise, the last thing we should be doing is slashing our own ability to better understand the weather," she added. "NCAR's elimination would put every American at greater risk."

Michael Mann, director of Penn Center for Science, Sustainability and the Media at the University of Pennsylvania, said defunding the research center "very much undermines the United States' standing when it comes to the advancement of climate science."

The center "has played a key role in developing the science of climate modeling and the measurement of climate observations going back more than a half-century," added Mann. The Trump administration's move is "symbolic of the actual destruction of knowledge," he said.

Details of the administration's plans to restructure the research center weren't immediately clear. But Vought's announcement is the latest move by the Trump administration to target federal work on climate change, which President Donald Trump has forcefully derided as a scam.

Vought said any "vital activities" done by the research center — "such as weather research" — will be moved to another entity or location.

The Trump administration is also working to wipe out the long-standing government finding that underpins federal climate regulations, and officials have axed federal funding for climate and renewable energy programs they have labeled as part of a "Green New Scam."

Advertisement

AD

Advertisement

AD

The National Science Foundation established the center in 1960. The federally funded research center is managed by a nonprofit consortium of more than 120 colleges and universities. It's headquartered in Boulder and has additional facilities in Wyoming and Hawaii.

The center "houses the largest federal research program on climate change — serving as the premier research stronghold for left-wing climate lunacy," said a senior White House official granted anonymity to speak freely.



A man rides his bike to work at a National Center for Atmospheric Research facility in Boulder, Colorado, in 2013. | Brennan Linsley/AP

The National Science Foundation will "eliminate Green New Scam research activities," the White House official said. "Any vital functions, such as weather modeling and supercomputing, will be moved under the purview of another entity or location. Parts of the lab may be moved to another entity."

The foundation on Wednesday posted a brief announcement on its website that it is "reviewing the structure" of the research center. NSF "remains committed to providing world-class infrastructure for weather modeling, space weather research and forecasting, and other critical functions," the agency said.

USA Today first reported the news of the administration targeting the research center.

## 'Complete shock'

**WATCH: THE CONVERSATION**



33:46

Andy Beshear's 2028 playbook: How a Democrat wins in Trump Country

Document title: Trump team 'breaking up' top climate research center - POLITICO
Capture URL: https://www.politico.com/news/2025/12/17/trump-team-breaking-up-top-climate-research-center-00694887
Capture timestamp (UTC): Tue, 31 Mar 2026 17:37:46 GMT

USA Today first reported the news of the administration targeting the research center.

## 'Complete shock'

Vought on Tuesday reposted news stories on his social media account detailing how the Trump administration was targeting funding for other Colorado projects. Those detailed the cancellation of environmentally focused transportation grants and a move to halt Energy Department funding slated for the state.

Advertisement

AD

In a statement the same day, Democratic Colorado Gov. Jared Polis said his state had "yet to receive information" about the Trump administration's plans to dismantle the "global leader in earth system science."

Climate change "is real, but the work of NCAR goes far beyond climate science," Polis said. "NCAR delivers data around severe weather events like fires and floods that help our country save lives and property, and prevent devastation for families."

In response to a question Wednesday about the breakup plan, the senior White House official said, "Maybe if Colorado had a governor who actually wanted to work with President Trump, his constituents would be better served."

A video on the research center's website on Wednesday says it's working to address "the most pressing environmental challenges facing our nation and the world, from more intense hurricanes and larger wildfires to deepening droughts and rising seas." The center says it's "building on decades of research breakthroughs that have significantly improved the ability to predict severe weather and detail the consequences of climate change."

Carlos Martinez, senior climate scientist at the Union of Concerned Scientists who served as an early career researcher at the center, was in "complete shock" over the announcement, he said Tuesday in a statement.

Dismantling the center "would impact every earth science and atmospheric science university department in the country," Martinez said. Its research "influences every piece of weather and climate prediction in the United States, enabling air quality monitoring, forecasting of droughts and extreme



○ **MOST READ**



**1** Army investigating video of Apache helicopter at Kid Rock's Nashville home

**2** Members of Jan. 6 mob sue police who fended off Capitol attack

**3** Scalise says senators have 'buyer's remorse' over DHS funding vote

**4** She Spoke Out About Gaza. Now She Can't Use a Credit Card.

**5** Trump threatens 'completely obliterating' Iranian infrastructure as possible escalation looms

Document title: Trump team 'breaking up' top climate research center - POLITICO
Capture URL: https://www.politico.com/news/2025/12/17/trump-team-breaking-up-top-climate-research-center-00694887
Capture timestamp (UTC): Tue, 31 Mar 2026 17:37:46 GMT

Dismantling the center "would impact every earth science and atmospheric science university department in the country," Martinez said. Its research "influences every piece of weather and climate prediction in the United States, enabling air quality monitoring, forecasting of droughts and extreme precipitation events, and improving hurricane intensity forecasts."

Eliminating that work, Martinez said, "would leave people across the nation less prepared for the dangers of a warming world."

**FILED UNDER:**
CLIMATE CHANGE, OMB, RESEARCH, JARED POLIS,
THE UNION OF CONCERNED SCIENTISTS, RUSS VOUGHT

## Power Switch
Your guide to the political forces shaping the energy transformation

**EMAIL**
Your Email

**EMPLOYER**
Employer

**JOB TITLE**
Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

SPONSORED CONTENT



**The "Pocket Tornado" That Makes Brooms Obsolete**
Seese Pro

**Thousands Rush to 0% APR Cards Lasting Until 2028**
Welcoming FICO Scores 670+
CardCritics

**Neither Left nor Right: A Newsletter for Libertarians.**
If you are tired of echo chambers and partisan news, try this daily newsletter. No cost.
Reason

**Poll: Most Americans say Donald Trump growing erratic with age**
Jpost

**Donald Trump's Golf Footage Sparks Curiosity About His Legs**
TMSPN

**Israeli authorities recover dozens of looted artifacts**
JPost

Your guide to the political forces shaping the energy transition

EMAIL

Your Email

EMPLOYER

Employer

JOB TITLE

Job Title

By signing up, you acknowledge and agree to our Privacy Policy and Terms of Service. You may unsubscribe at any time by following the directions at the bottom of the email or by contacting us here. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SIGN UP

SPONSORED CONTENT

The "Pocket Tornado" That Makes Brooms Obsolete
Seese Pro

Thousands Rush to 0% APR Cards Lasting Until 2028
Welcoming FICO Scores 670+
CardCritics

Neither Left nor Right: A Newsletter for Libertarians.
If you are tired of echo chambers and partisan news, try this daily newsletter. No cost.
Reason

Poll: Most Americans say Donald Trump growing erratic with age
Jpost

Donald Trump's Golf Footage Sparks Curiosity About His Legs
TMSPN

Israeli authorities recover dozens of looted artifacts
JPost

Travis Kelce Puts Taylor Swift Proposal on Hold — and He Has a Good Reason Why
TMSPN

About Us | Advertising | Breaking News Alerts | Careers | Credit Card Payments | FAQ | Feedback | Headlines | Photos | Press | Request A Correction | Write For Us | RSS | Site Map

© 2026 POLITICO LLC

Terms of Service | Privacy Policy

Document title: Trump team 'breaking up' top climate research center - POLITICO
Capture URL: https://www.politico.com/news/2025/12/17/trump-team-breaking-up-top-climate-research-center-00694887
Capture timestamp (UTC): Tue, 31 Mar 2026 17:37:46 GMT