# EXHIBIT D

Case No. 1:26-cv-01061-RBJ    Document 18-11    filed 04/03/26    USDC Colorado    pg 1 of 3



Document title:
Intent to restructure critical weather science infrastructure | NSF - U.S. National Science Foundation

Capture URL:
https://www.nsf.gov/news/intent-restructure-critical-weather-science-infrastructure

Page loaded at (UTC):
Tue, 31 Mar 2026 21:24:28 GMT

Capture timestamp (UTC):
Tue, 31 Mar 2026 21:25:05 GMT

Capture tool:
10.80.0

Collection server IP:
54.145.42.72

Browser engine:
Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36

Operating system:
Linux (Node 24.14.0)

PDF length:
2

Capture ID:
gHyv8kvsAB5BDCumeCtSQF

Display Name:
imcpherson

PDF REFERENCE #:     r4hvEt4jaG1T3pYkG4xX3c

An official website of the United States government  Here's how you know

**U.S. National Science Foundation**

Search NSF

Find Funding ⌄     How to Apply ⌄     Manage Your Award ⌄     Focus Areas ⌄     News & Events ⌄     About ⌄

Home / News / Intent to restructure critical weather science infrastructure

🖨 Print

NSF News

# Intent to restructure critical weather science infrastructure

December 17, 2025

The U.S. National Science Foundation (NSF) announced today that the agency is reviewing the structure of the research and observational capabilities operated by the NSF National Center for Atmospheric Research (NCAR). NSF remains committed to providing world-class infrastructure for weather modeling, space weather research and forecasting, and other critical functions. To do so, NSF will be engaging with partner agencies, the research community, and other interested parties to solicit feedback for rescoping the functions of the work currently performed by NCAR.

NSF will publish a Dear Colleague Letter that will inform the agency's follow-on actions. Specifically, NSF will explore options to transfer stewardship of the NCAR-Wyoming Supercomputer to an appropriate operator; divest of or transfer the two NSF aircraft that NCAR manages and operates; and redefine the scope of modeling and forecasting research and operations to concentrate on needs such as seasonal weather prediction, severe storms, and space weather.

**Share**

Related stories



❯ **NSF initiative aims to make every American worker, business and community AI-ready**



Feedback

Document title: Intent to restructure critical weather science infrastructure | NSF - U.S. National Science Foundation
Capture URL: https://www.nsf.gov/news/intent-restructure-critical-weather-science-infrastructure
Capture timestamp (UTC): Tue, 31 Mar 2026 21:25:05 GMT

2

Page 1 of 1