# EXHIBIT E

Case No. 1:26-cv-01061-RBJ     Document 18-12     filed 04/03/26     USDC Colorado     pg 1 of 5

**PageVault**

| | |
|---|---|
| Document title: | NSF Intent to Restructure Critical Weather Infrastructure \| NSF - U.S. National Science Foundation |
| Capture URL: | https://www.nsf.gov/funding/information/dcl-nsf-intent-restructure-critical-weather-infrastructure |
| Page loaded at (UTC): | Wed, 01 Apr 2026 20:37:35 GMT |
| Capture timestamp (UTC): | Wed, 01 Apr 2026 20:38:34 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 4 |
| Capture ID: | o38zNLUV4NZgYpcCnuHHyP |
| Display Name: | imcpherson |

PDF REFERENCE #:     8Y3WWt8L9ysp1MuiRuTAiJ

🇺🇸 An official website of the United States government   Here's how you know ⌄

 **NSF** U.S. National Science Foundation

Search NSF 🔍

Find Funding ⌄    How to Apply ⌄    Manage Your Award ⌄    Focus Areas ⌄    News & Events ⌄    About ⌄

Home / Funding at NSF / NSF Intent to Restructure Critical Weather Infrastructure    🖨 Print

ℹ **Updates to NSF Research Security Policies**    ╋
On July 10, 2025, NSF issued an **Important Notice** providing updates to the agency's research security policies, including a research security training requirement, Malign Foreign Talent…

**Dear Colleague Letter**

# NSF Intent to Restructure Critical Weather Infrastructure

January 23, 2026

Invites concepts for efficient and cost-effective operations and management of atmospheric observational platforms, cyberinfrastructure and computing capabilities, and community training on weather and space weather modeling and forecasting.

Dear Colleagues:

On December 17, 2025, the U.S. National Science Foundation (NSF) announced its intent to restructure critical weather science infrastructure at the NSF National Center for Atmospheric Research (NCAR), a Federally Funded Research and Development Center (FFRDC). NSF remains committed to providing world-class infrastructure for weather modeling, space weather research and forecasting, and other critical functions. As part of a restructuring of the research and observational capabilities currently operated by NCAR, NSF requests input from agency partners and the research community on the scope of work currently performed by NCAR.

Atmospheric research at NCAR began with a vision developed in the late 1950s. Since then, it has evolved to encompass a wide range of observational, laboratory, and computational approaches to studying the composition and dynamics of the atmosphere. NCAR currently comprises seven laboratories located in Boulder, Colorado and operates the Mauna Loa Solar Observatory, located atop Mauna Loa in Hawai'i, and various ground-based platforms for atmospheric observations, and a suite of weather and earth system models. The NCAR-Wyoming Supercomputing Center (NWSC), located in Cheyenne, Wyoming, and two research aircraft (a Gulfstream V and an EC-130) are being considered separately from this DCL.

NSF is seeking transformative and creative concepts that enable efficient and cost-effective operations, management and continued evolution of the following capabilities:

1. Atmospheric observational platforms,

2. Cyber infrastructure and computing capabilities, including atmospheric and space weather modeling and forecasting research, and

3. Training and development for students and community members on weather and space weather modeling and forecasting.

As stated in the December 17 announcement, NSF is exploring options to transfer stewardship of the NWSC to an appropriate operator; to divest of or transfer the two NSF aircraft that NCAR manages and operates to another federal agency; and to redefine the scope of modeling and forecasting research and operations to concentrate on critical national needs such as seasonal weather prediction, severe storms, and space weather. NSF is considering multiple approaches for supporting



Document title: NSF Intent to Restructure Critical Weather Infrastructure | NSF - U.S. National Science Foundation
Capture URL: https://www.nsf.gov/funding/information/dcl-nsf-intent-restructure-critical-weather-infrastructure
Capture timestamp (UTC): Wed, 01 Apr 2026 20:38:34 GMT

weather modeling and forecasting.

As stated in the December 17 announcement, NSF is exploring options to transfer stewardship of the NWSC to an appropriate operator; to divest of or transfer the two NSF aircraft that NCAR manages and operates to another federal agency; and to redefine the scope of modeling and forecasting research and operations to concentrate on critical national needs such as seasonal weather prediction, severe storms, and space weather. NSF is considering multiple approaches for supporting weather science infrastructure.

This DCL requests expressions of interest in and/or concepts of operation for the following:

1. **NCAR Space weather activities:**
   a. Management and operations of space weather-related observational platforms, modeling and science as a stand-alone activity.
   b. Management and operations of space weather-related observational platforms, modeling and science as combined with other NSF investments/facilities.
2. **NCAR weather modeling and atmospheric observing capabilities**:
   a. Management and operations of weather-related observational platforms, modeling and science as a stand-alone activity.
   b. Management and operations of weather-related observational platforms, modeling and science as combined with other NSF investments/facilities.
3. **NCAR Mesa Lab** (located in Boulder, Colorado):
   a. Ownership of the NSF NCAR Mesa Lab building for private use.
   b. Ownership of the NSF NCAR Mesa Lab building for public use.

In addition to expressions of interest in the above, NSF is also requesting responses to the following questions:

1. Are there any areas in which NCAR activities or capabilities duplicate those of other government agencies, universities, or the private sector?
2. Are there transformative prospects for observational platforms and the resulting data that are currently unexplored or underutilized?
3. Are there other concepts for management and operations of NCAR activities that differ from the current model that NSF should consider?
4. What should the performance objectives and metrics be for a restructured atmospheric research center?

Please submit a document expressing interest, describing concepts of operations, and/or addressing the above questions by March 13, 2026. Submitted documents should be limited to 2-3 pages in length per topic addressed. The materials received will be used to inform NSF's future actions with respect to the components of NCAR and to ensure the products, services, and tools provided in the future align with the needs and expectations of stakeholders to the extent practicable. NSF will not respond to documents submitted.

All questions and responses related to this DCL should be directed to NSF_NCAR@nsf.gov.

> **Related programs**

National Center for Atmospheric Research (NCAR)

> **Organizations**

Office of the Director (OD)

science as combined with other NSF investments/facilities.

3. **NCAR Mesa Lab** (located in Boulder, Colorado):

    a. Ownership of the NSF NCAR Mesa Lab building for private use.

    b. Ownership of the NSF NCAR Mesa Lab building for public use.

In addition to expressions of interest in the above, NSF is also requesting responses to the following questions:

1. Are there any areas in which NCAR activities or capabilities duplicate those of other government agencies, universities, or the private sector?

2. Are there transformative prospects for observational platforms and the resulting data that are currently unexplored or underutilized?

3. Are there other concepts for management and operations of NCAR activities that differ from the current model that NSF should consider?

4. What should the performance objectives and metrics be for a restructured atmospheric research center?

Please submit a document expressing interest, describing concepts of operations, and/or addressing the above questions by March 13, 2026. Submitted documents should be limited to 2-3 pages in length per topic addressed. The materials received will be used to inform NSF's future actions with respect to the components of NCAR and to ensure the products, services, and tools provided in the future align with the needs and expectations of stakeholders to the extent practicable. NSF will not respond to documents submitted.

All questions and responses related to this DCL should be directed to NSF_NCAR@nsf.gov.

---

## ❯ Related programs

National Center for Atmospheric Research (NCAR)

---

## ❯ Organizations

Office of the Director (OD)





Randolph Building
401 Dulany Street
Alexandria, VA 22314
(703) 292-5111

 Sign up for email updates

    

**About Us**

About NSF

Careers

Our Directorates & Offices

National Science Board

Contact Us

**What's New**

News & Announcements

Events

Science Matters Blog

**Information For**

Funding Seekers

NSF Awardees

Congress

Media

Educators

Panelists

**Resources**

Documents & Reports

Budget, Performance & Financial Reporting

Public Access

Stopping Harassment

Research Security

Scientific Integrity

Research.gov

Vulnerability disclosure    Inspector General    Privacy    FOIA    No FEAR Act    USA.gov    Accessibility    Plain language

Document title: NSF Intent to Restructure Critical Weather Infrastructure | NSF - U.S. National Science Foundation
Capture URL: https://www.nsf.gov/funding/information/dcl-nsf-intent-restructure-critical-weather-infrastructure
Capture timestamp (UTC): Wed, 01 Apr 2026 20:38:34 GMT