## <u>DECLARATION OF JASEN BOYINGTON</u>

I, Jasen Boyington, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in the following Declaration is based on my personal knowledge.

2.      I am employed by the University Corporation for Atmospheric Research ("UCAR") as the Facility Manager for the Cheyenne Operations Section of the National Center for Atmospheric Research's ("NCAR") Computational and Information Systems Laboratory ("CISL").

3.      I have been employed by UCAR since April 5, 2010, and previously served as a Facilities Specialist and Maintenance Operations Manager.  I have served in the role of the Facility Manager for the Cheyenne Operations Section since October 13, 2025. In this capacity, I am responsible for the oversight and coordination of day-to-day operations and maintenance of the NCAR Wyoming Supercomputing Center ("NWSC"), including ensuring system reliability, staffing, maintenance, incident response, and operational continuity to allow for research activities using the NWSC supercomputing ecosystem.

4.      In my role, I supervise and work closely with operations managers, electricians, mechanical engineers, system administrators, and other highly specialized technical employees of UCAR who are responsible for maintaining and operating NWSC's supercomputing, storage, and networking infrastructure in support of NCAR's mission.  Employees who service and maintain the NWSC possess specialized knowledge regarding the behavior of NWSC's electrical

and mechanical systems and past modifications of NWSC's components. System administrators are employees who help build the scientific modules, design computing environments for research workflows, and assist scientists in utilizing NWSC's complex systems.

5.      NWSC operations depend upon a highly specialized workforce possessing unique technical expertise and institutional knowledge necessary to sustain continuous, high-performance supercomputing services.

6.      Following receipt of communications and announcements from the National Science Foundation ("NSF") concerning a transfer of management and operational responsibilities for NWSC from UCAR to a third party, I observed an increase in concern and uncertainty among staff assigned to NWSC concerning their job security.

7.      In the ordinary course of my duties, I have had direct conversations with multiple UCAR employees assigned to NWSC regarding their employment status, job security, and career intentions in light of the potential transfer of stewardship of NWSC to a third party.

8.      On or about March 5, 2026, I spoke with a UCAR employee assigned to NWSC as a ██████████████     That employee serves as a ████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████████

9.      When I spoke to him, the ██████████████ stated in substance and in part, that he intended to seek other employment due to the uncertainty created by the transfer of NWSC's stewardship from UCAR to a third party, and he has actively reviewed other job opportunities.

10. On or about March 5, 2026, I spoke with a second UCAR employee assigned to NWSC as a ███████████████ That employee is responsible for ███████████



11. When I spoke to him, the second ███████████ stated in substance and in part, that he intended to seek other employment due to the uncertainty created by the transfer of NWSC's stewardship from UCAR to a third party, and he has actively reviewed other job opportunities.

12. On or about March 16, 2026, an ███████████████████ assigned to NWSC expressed concern to me regarding the potential transfer of NWSC operations and indicated that she was considering resigning and accepting employment elsewhere in the event such transfer proceeds.

13. I personally have concerns regarding the potential transfer of NWSC operations and have actively considered resigning and accepting employment elsewhere in light of the announcement by NSF that stewardship over the NWSC would be transferred.

14. Based on these communications and my observations, I believe there is a substantial and imminent risk of employee attrition among the specialized workforce required to operate NWSC as well as research employees in CISL.

15.     The anticipated loss of such personnel would materially impair UCAR's ability to maintain continuous and reliable operations of NWSC and to meet operational and service obligations to NCAR, partnering research institutions, and other stakeholders.

16.     Many of the employees who have expressed concern possess highly specialized knowledge of NWSC's systems and architecture, including, but not limited to, computing systems such as Derecho and Casper.  Such knowledge takes years to develop and is not readily replaceable.

17.     The departure of these employees would significantly increase the likelihood of operational disruptions, including system outages, delays in maintenance, and reduced capacity to support users and ongoing research activities.

18.     Recruitment, hiring, and training of replacement personnel with comparable expertise by UCAR or a third party would require substantial time and resources, during which the performance and reliability of NWSC operations would likely be degraded.

19.     The uncertainty regarding the potential transfer of NWSC operations has already adversely affected staff morale and productivity, as employees have devoted time to evaluating alternative employment opportunities or responding to third-party requests relating to the transfer of stewardship.

20.     Employees have also sought guidance from me regarding the implications of the proposed transfer for their employment, roles, and benefits.  Due to the lack of definitive information, I have been unable to provide clear assurances, which has further contributed to employee uncertainty.

21.     In my professional judgment, the retention of the current experienced workforce is critical to maintaining the stability, reliability, and operational integrity of NWSC and its supercomputing capabilities.

22.     NWSC is currently understaffed. Any significant loss of personnel, particularly during a transition of operational responsibility, would create immediate and substantial risks to NWSC operations and could have cascading adverse effects on the research, forecasting, and national security functions supported by NWSC.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Boulder, Colorado on April 3, 2026.

 _/s/ Jasen Boyington_
Jasen Boyington
Facility Manager
University Corporation for Atmospheric Research