**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

      Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator of the National Oceanic and Atmospheric Administration;
UNITED STATES DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in his official capacity as Secretary of Commerce;
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget,

      Defendants.

---

**[PROPOSED] ORDER**

---

Before the Court is Plaintiff's "Motion for Expedited Briefing Schedule, Limited Discovery in Support of Preliminary Injunction, and Page Extension." For good cause shown, Plaintiff's motion is GRANTED.

Defendants shall file a response to Plaintiff's motion for preliminary injunction by April 13, 2026. Plaintiff shall file a reply by April 17, 2026. A hearing in this matter shall be held on April 27, 2026.

By April 13, 2026, Defendants shall produce the following documents to counsel for UCAR:

1.  All documents and communications from December 1, 2025 to the present that were sent or received by Kapua Hatch, Steven E. Ellis, or Carrie E. Black, concerning the decision to transfer stewardship, operations, or maintenance of the NCAR-Wyoming Supercomputing Center, including any rationale, justification, or analysis supporting the transfer decision;

2.  All documents and communications from December 1, 2025 to the present that were sent or received by Kapua Hatch, Steven E. Ellis, or Carrie E. Black to or from any official or employee at the University of Wyoming.

So ordered.

_____
U.S. District Judge

- 1 -