**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

     Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

     Defendants.

---

**CONSENT MOTION FOR ONE-DAY EXTENSION OF
DEFENDANTS' DEADLINE TO OPPOSE
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

Pursuant to D. Colo. Local Civil Rule 6.1(a) and Federal Rule of Civil Procedure 6(b), the Parties hereby stipulate and agree as follows:

1. On April 3, 2026, Plaintiff University Corporation for Atmospheric Research ("UCAR") filed a Motion for Preliminary Injunction and sought expedited briefing. ECF 18, ECF 19.

2. On April 6, 2026, by Minute Order, this Court directed Defendants to respond to the Preliminary Injunction by April 22 and directed Plaintiff UCAR to reply by April 30. The District Court tentatively set a hearing on the Motion for Preliminary Injunction on May 7.

3. Defendants require an additional day to file their Opposition to the Preliminary Injunction due to the press of other intervening matters, including unexpected expedited briefing this week in another case.

4. Plaintiff UCAR consents to a one-day extension of time for Defendants to file their Opposition, from April 22 to April 23.

5. Wherefor, for good cause shown, the parties hereby stipulate and agree that the Court should order Defendants' Opposition to the Motion for Preliminary Injunction be due by **April 23, 2026**.

6. No other deadlines in this case would be affected by the proposed stipulated extension: Plaintiff's reply deadline will remain April 30, and the parties are available to proceed if needed with a hearing as scheduled on May 7.

Dated: April 16, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

/s/ *Marianne F. Kies*
MARIANNE F. KIES
ALEX SEVERANCE
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

(202) 353-1819
Marianne.F.Kies@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Pursuant to D.C.COLO.LCivR 6.1(c), I certify that a copy of the foregoing motion will be served on agency counsel for the Agency Defendants in this case.

<u>s/ Marianne F. Kies</u>
Marianne F. Kies
Trial Attorney
U.S. Department of Justice