# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

     Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

     Defendants.

---

## NOTICE REGARDING SERVICE OF "ADMINISTRATIVE RECORD"

---

Defendant National Science Foundation ("NSF") files this Notice to inform the Court of Defendant's electronic service on Plaintiff of an Administrative Record with respect to NSF's implementation of a decision to pursue options related to the potential transfer of the management and operations of the National Center for Atmospheric Research (NCAR)-Wyoming Supercomputing Center ("NWSC") from the University Consortium for Atmospheric Research ("UCAR") to a third-party operator. The Administrative Record also includes materials related to NSF's preparations relating to a potential transfer, as of today.[1]

A certification of completeness of the Administrative Record accompanies this filing.

Defendant NSF also provides with this Notice an Index to the Administrative Record for the Court's reference.

---

[1] Defendants do not concede that a "final agency action" has occurred with respect to the NWSC sufficient to generate an Administrative Record for purposes of the Administrative Procedure Act. Defendants have nonetheless prepared the Administrative Record, at Plaintiff's request.

Defendant NSF will also provide the Court with an electronic and/or hard copy of the Administrative Record at the Court's request.


Dated: April 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

/s/ *Marianne F. Kies*
MARIANNE F. KIES
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel of record.

*s/ Marianne F. Kies*
Marianne F. Kies
Trial Attorney, U.S. Department of Justice