**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

     Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

     Defendants.

---

**NOTICE OF FILING OF CERTIFICATION AND INDEX
OF THE ADMINISTRATIVE RECORD**

---

     I, Rebecca Keiser, U.S. National Science Foundation, certify, based on information known to me or conveyed as part of my official duties, the following to be the list of all available, nonprivileged documents comprising the administrative record with respect to the implementation of a decision to pursue options related to the potential transfer of the management and operations of the National Center for Atmospheric Research (NCAR)-Wyoming Supercomputing Center from the University Consortium for Atmospheric Research (UCAR) to a third-party operator.  The record also includes materials related to NSF's preparations relating to a potential transfer, as of today.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

     Executed on this 22nd day of April 2026.

REBECCA L
KEISER

Digitally signed by REBECCA L
KEISER
Date: 2026.04.22 16:58:47
-04'00'

Rebecca Keiser

1

Chief of Staff (Acting) and Chief of Research

Security Strategy and Policy

U.S. National Science Foundation

Case No. 1:26-cv-01061-RBJ    Document 31-1    filed 04/22/26    USDC Colorado    pg 2 of 6

NSF Administrative Record Index, <u>UCAR v. NSF</u>

| Document | Date | Bates Number Range |
|---|---|---|
| **Responses to National Science Foundation's Dear Colleague Letter,** *NSF Intent to Restructure Critical Weather Infrastructure* | Various | NSF_AR_00000001 – NSF_AR_00003825 |
| **National Science Foundation FY 2026 Budget Request to Congress** | 5/30/25 | NSF_AR_00003826 - NSF_AR_00004048 |
| **NSF-OMB Engagement re: NCAR** | | |
| 1.   E-Mail from B. Stone to J. Pasquantino re: historical funding for NCAR | 12/17/25 | NSF_AR_00004049 - NSF_AR_00004054 |
| 2.   E-Mail from J. Pasquantino to B. Stone re: historical funding for NCAR | 12/17/25 | NSF_AR_00004055 - NSF_AR_00004061 |
| 3.   E-Mail from B. Stone to J. Pasquantino re: historical funding for NCAR | 12/17/25 | NSF_AR_00004062 - NSF_AR_00004068 |
| 4.   E-Mail from B. Stone to J. Pasquantino re: historical funding for NCAR | 12/17/25 | NSF_AR_00004069 - NSF_AR_00004072 |
| 5.   E-Mail from J. Pasquantino to B. Stone re: historical funding for NCAR, NCAR Policy-Aligned Keep List | 12/17/25 | NSF_AR_00004073 - NSF_AR_00004078 |
| **UCAR Construction and Management & Operation Cooperative Agreements** | | |
| 1.   Cooperative Agreement No. 1034857 (incl. Last Notice Sent) | 6/1/10 | NSF_AR_00004079 - NSF_AR_00004098 |
| 2.   Cooperative Agreement No. 1852977 (incl. Last Notice Sent) | 10/1/18 | NSF_AR_00004099 - NSF_AR_00004103 |
| 3.   Cooperative Agreement No. 1755088 (incl. Last Notice Sent) | 10/1/18 | NSF_AR_00004104 - NSF_AR_00004124 |
| 4.   National Science Foundation Cooperative Agreement Financial & Administrative Terms and Conditions (CA-FATC) | 5/18/25 | NSF_AR_00004125 - NSF_AR_00004175 |
| 5.   National Science Foundation Cooperative Agreement Modifications and Supplemental Financial & Administrative Terms and Conditions for Major Multi-User Research Facility Projects and Federally Funded Research and Development Centers | 5/18/25 | NSF_AR_00004176 - NSF_AR_00004198 |
| **UCAR – Wyoming Parties Agreements** | | |
| 6.   NCAR-Wyoming Supercomputing Center Memorandum of Understanding | 4/30/10 | NSF_AR_00004199 - NSF_AR_00004225 |
| 7.   Contract Between The Wyoming Business Council, the University of Wyoming, and the University Corporation for Atmospheric Research` | 6/15/10 | NSF_AR_00004226 - NSF_AR_00004236 |
| **NSF Notice of Intent to Restructure Critical Weather Science Infrastructure and Related Issuances** | | |
| 8.   National Science Foundation News: *Intent to restructure critical weather science infrastructure* | 12/17/25 | NSF_AR_00004237 - NSF_AR_00004238 |

NSF Administrative Record Index, <u>UCAR v. NSF</u>

| Document | Date | Bates Number Range |
|---|---|---|
| 9. National Science Foundation Staff Memorandum OD 26-08, *Intent to Restructure Critical Weather Science Infrastructure* | 12/17/25 | NSF_AR_00004239 |
| 10. National Science Foundation Dear Colleague Letter, NSF Intent to Restructure Critical Weather Infrastructure | 1/23/26 | NSF_AR_00004240 - NSF_AR_00004242 |
| 11. National Science Foundation News: *Transitioning NCAR-Wyoming Supercomputing Center operations* | 2/12/26 | NSF_AR_00004243 |
| **NSF Direction to Pursue Separation of NWSC from NCAR** | | |
| 12. Memorandum from B. Stone to L. Avallone re: Direction to Pursue Separation of NCAR-Wyoming Supercomputer Center from NCAR | 2/4/26 | NSF_AR_00004244 - NSF_AR_00004245 |
| 13. E-mail from L. Avallone to C. Black and S. Ellis re: Direction on NWSC | 2/4/26 | NSF_AR_00004246 - NSF_AR_00004247 |
| **NSF-UCAR Engagement on NWSC Direction and Related Materials** | | |
| 14. Letter from J. Bossie to E. Joseph and T. Tsuda re: Decision to Release Dear Colleague Letter | 12/17/25 | NSF_AR_00004248 - NSF_AR_00004250 |
| 15. Letter from K. Hatch to T. Tsuda and E. Joseph re: Cooperative Agreement 1755088 | 1/23/26 | NSF_AR_00004251 - NSF_AR_00004252 |
| 16. Letter from K. Hatch to E. Joseph re NWSC | 2/12/26 | NSF_AR_00004253 - NSF_AR_00004254 |
| 17. E-mail from S. Ellis to E. Joseph re: Request for NWSC information and discussion meetings | 2/23/26 | NSF_AR_00004255 - NSF_AR_00004256 |
| 18. Letter from K. Hatch to E. Joseph re: NCAR-Wyoming Supercomputing Center | 4/1/26 | NSF_AR_00004257 - NSF_AR_00004258 |
| 19. CISL HIGH-PERFORMANCE COMPUTING (HPC), STORAGE, & NWSC FACILITY REPORT | 12/25 | NSF_AR_00004259 - NSF_AR_00004297 |
| 20. CISL HIGH-PERFORMANCE COMPUTING (HPC), STORAGE, & NWSC FACILITY REPORT | 1/26 | NSF_AR_00004298 - NSF_AR_00004337 |
| 21. CISL HIGH-PERFORMANCE COMPUTING (HPC), STORAGE, & NWSC FACILITY REPORT | 2/26 | NSF_AR_00004338 - NSF_AR_00004375 |
| 22. Facility Condition Assessment, NCAR Wyoming Supercomputing Center | 8/21/24 | NSF_AR_00004376 - NSF_AR_00004434 |

NSF Administrative Record Index, <u>UCAR v. NSF</u>

| | | |
|---|---|---|
| 23. FY26 NSF Program Operation Plan (POP) | | NSF_AR_00004435 - NSF_AR_00004547 |
| 24. NWSC preliminary operations & maintenance (O&M) budget estimate | 3/11/26 | NSF_AR_00004548 - NSF_AR_00004550 |
| 25. NWSC Facility Condition Assessment Executive Briefing | 8/21/24 | NSF_AR_00004551 - NSF_AR_00004555 |
| 26. NWSC Operations Maintenance Scope and Budget | | NSF_AR_00004556 - NSF_AR_00004558 |
| 27. NCAR Cost Estimating Plan | | NSF_AR_00004559 - NSF_AR_00004576 |
| 28. E-Mail from V. Koch to C. Black and S. Ellis re: NSF NCAR NWSC Facility Use Assessment / Request for Approval – USGS (with Attachments) | 1/28/26 | NSF_AR_00004577 - NSF_AR_00004578 |
| 29. NSF NCAR and UCAR NWSC Use Assessment | 5/19/25 | NSF_AR_00004579 - NSF_AR_00004604 |
| 30. USGS Facility MUS-1 (Appendix A to 29. NSF NCAR and UCAR NWSC Use Assessment) | 12/14/23 | NSF_AR_00004605 - NSF_AR_00004642 |
| 31. NWSC Facility Infrastructure Capacities & Availability-USGS based on Phase1 + Phase2 (Appendix B to 29. NSF NCAR and UCAR NWSC Use Assessment) | | NSF_AR_00004643 |
| 32. USGS Network Topology (Appendix C to 29. NCAR and UCAR NWSC Use Assessment) | | NSF_AR_00004644 - NSF_AR_00004646 |
| 33. USGS Dell System Layout (Appendix D to 29. NSF NCAR and UCAR NWSC Use Assessment) | | NSF_AR_00004647 |
| 34. USGS System Layout Module (Appendix E to 29. NSF NCAR and UCAR NWSC Use Assessment) | | NSF_AR_00004648 |
| 35. Risk Management Matrix - USGS-1 at NWSC Project (Appendix F to 29. NSF NCAR and UCAR NWSC Use Assessment) | | NSF_AR_00004649 |
| 36. FY25 NWSC Operations Section Colocation Services Agreement (Appendix to 29. NSF NCAR and UCAR NWSC Use Agreement) | 9/24 | NSF_AR_00004650 - NSF_AR_00004657 |
| 37. Sample Colocation Agreement (Appendix to 29. NSF NCAR and UCAR NWSC Use Agreement) | | NSF_AR_00004658- NSF_AR_00004662 |

NSF Administrative Record Index, <u>UCAR v. NSF</u>

| | | |
|---|---|---|
| 38. E-mail K. Hatch to V. Koch re: NSF NCAR Facility Use Assessment/Request for Approval – USGS | 6/4/25 | NSF_AR_00004663 - NSF_AR_00004664 |
| **University of Wyoming Engagement** | | |
| 39. E-mail from E. Seidel to C. Black and J. Kundu re: NWSC | 12/23/25 | NSF_AR_00004665 - NSF_AR_00004666 |
| 40. E-mail from K. Antypas to C. Black re: NWSC NSF & Wyoming contributions (with Attachment) | 2/5/26 | NSF_AR_00004667 - NSF_AR_00004668 |
| 41. E-mail exchanges between P. Chitnis and S. Ellis re: NCAR-Wyoming Supercomputing Center | 2/12/26 | NSF_AR_00004669 - NSF_AR_00004671 |
| 42. E-mail from P. Chitnis to S. Ellis re: NCAR-Wyoming Supercomputing Center | 2/18/26 | NSF_AR_00004672 - NSF_AR_00004674 |
| 43. E-mail from S. Muknahallipatna to S. Ellis re: NWSC Lifecycle (with Attachment) | 3/9/26 | NSF_AR_00004675 - NSF_AR_00004677 |
| 44. E-mail exchange between B. Stone and E. Seidel re UW Vision for Transforming NWSC (with Attachment) | 3/30/26 | NSF_AR_00004678 - NSF_AR_00004688 |