# EXHIBIT 2

National Science Foundation
2415 Eisenhower Avenue
Alexandria, VA 22314
www.nsf.gov

## COOPERATIVE AGREEMENT (CA)

**AWARD:** AGS-1034857

**EFFECTIVE DATE:**                June 1, 2010

**EXPIRATION DATE:**                December 31, 2012

**BOA** 0753581

| | |
|---|---|
| **PROJECTED TOTAL AWARD FUNDING:** | **SOLICITATION:** |
| (Subject to availability of funds) $48,075,144 | (Incorporated by reference, as amended) |
| **CUMULATIVE AMOUNT:** | NSF 10-1 |
| | Grant Proposal Guide - GPG |
| $48,075,144 | **CFDA NUMBER:** 47.050 |
| | **OTHER AWARDS UNDER THIS PROGRAM:** |
| | Show List of Awards |

**AWARDEE:**            University Corporation for Atmospheric Research (UCAR)

**PROJECT TITLE:**            NWSC Construction

**PROJECT ABSTRACT:**            https://www.fastlane.nsf.gov/servlet/showaward?award=1034857

| Principal Investigator(s) | Proposal No. | Institution (s) |
|---|---|---|
| Roger Wakimoto | AGS-1034857 | National Center for Atmospheric Research 1850 Table Mesa Drive |
| Alasdair Kellie | | University Corporation for Atmospheric Research (UCAR) |

**NSF Contact Information:**

Financial/Administrative questions: e-mail your NSF Grants and Agreements Official, , at @nsf.gov or call the Division at --.

Programmatic questions: e-mail your NSF Program Officer, , at @nsf.gov or call the Program Division at --.

This CA is entered into between the United States of America, represented by the National Science Foundation (NSF), and the above named Awardee pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 USC 1861-1875). This CA is provided electronically to the Awardee. The Awardee is responsible for full compliance with all Programmatic and Financial/Administrative Terms and Conditions as initially stated or as updated over the life of this CA. The Awardee's request to draw down funds under this CA will represent acceptance by the Awardee of all Terms and Conditions of the CA. The Authorized Organizational Representative (AOR) will be electronically notified of any changes to these Terms and Conditions and is encouraged to immediately review these changes and contact the Grants and Agreements Official or Program Officer within thirty days with any questions.

**Financial/Administrative Terms and Conditions (FATC):**

1) General FATC:
http://www.nsf.gov/publications/pub_summ.jsp?ods_key=NSF99999FATC004

2) Award Specific FATC:

Part 1.  Award Specific Financial and Administrative Terms and Conditions (FATC)

1.1. Master Agreement.  This CSA is issued in accordance with Cooperative Agreement (CA) No. AGS-0753581.  All terms and conditions of the CA, including those incorporated by reference, are hereby incorporated in this CSA, except as modified below or through subsequent amendments.

1.2. Funding Type
a. R&RA Funding for Construction.  This award is funded entirely with R&RA funds.

b. Initial incremental funding in the amount of $25,000,000 is hereby provided at time of award to support NWSC construction, in accordance with Proposal No. 1034857 and the approved budget dated March 8, 2010.  Additional funding will be awarded at a later date this fiscal year to complete the first year funding.  Contingent on the conduct of this award, the total amount of funding provided by NSF will be $48,075,144.  Supplemental funding may be added as agreed to by NSF.

c. Segregation of Project Funds.  Funding provided under this CSA shall be used solely for the work identified herein, and may not be transferred to any other CSA under any circumstances.

1.3. Use of Contingency
a. The Awardee shall notify the NSF Program Officer via email or telephone of all proposed changes or proposed use of contingency prior to authorization and then post that information on the change control database.

b. Prior written approval of the NSF Program Officer is required for the following:
1) Configuration changes that affect the overall program baselines for scope, schedule extensions in excess of 30 days, or cost increases in excess of $75,000
2) Requests for use of cost contingency that exceed $75,000 and/or use of schedule contingency for milestones exceeding 30 days as referenced in the NSF-approved Project Execution Plan, except as provided for in 1.3 c.

c. In the event of emergency situations that require rapid approval (less than 12 hours) of the use of contingency exceeding $75,000, NSF hereby provides advance authorization for the use of contingency.  The Awardee shall notify NSF along with a detailed rationale within 24 hours of the use of contingency.  The rationale shall include a complete description of the situation, cost and impacts and a root cause analysis.

Confidential                                    NSF_AR_00004081

d. Approval by the cognizant NSF Program Officer and implementation of any project or schedule change under this article shall not constitute a basis for an increase in this Cooperative Support Agreement, nor be interpreted as an amendment increasing the award term.

1.4. Title. Title to the NWSC shall vest in the Awardee, unless and until such time as NSF directs and requires the Awardee to transfer title to another party in accordance with 2 CFR 215.32, whether as a result of the award of the management and operation of NCAR to a successor organization, or for any other reason at NSF's discretion. The Awardee shall not be entitled to compensation for any percentage of the then current fair market value of the property.

1.5. Labor Standards
a. Applicability of American Recovery and Reinvestment Act of 2009 (Public Law 111-5) (ARRA). NSF awarded a separate CSA No. 0957789 for the NWSC Project Office (NPO) and funded it under ARRA. The NPO represents a portion of the overall NWSC project. When a project is funded in whole or in part with ARRA appropriations, the requirements of the Davis-Bacon Act (40 USC 3141 et seq.) (DBA) shall be applied to the construction project.  Therefore, this CSA incorporates the requirements of DBA and the Contract Work Hour and Safety Standards Act, as Amended (40 USC 3701 et seq.)(CWHSSA). The clauses set forth at 29 CFR 5.5, Section (a) and Section (b), are hereby incorporated by reference into this award in their entirety.

b. Identification of Responsible Party.  For the purpose of identifying the party responsible for accomplishing all necessary actions or receiving information as set forth in the aforementioned clauses, insert the following in the spaces provided:
1) 29 CFR 5.5. Section (a)(2): UCAR
2) Section (a)(3)(ii)(A) National Science Foundation (Note: NSF shall be inserted in all spaces provided in this section)
3) Section (a)(3)(iii) National Science Foundation (Note: NSF shall be inserted in all spaces provided in this section)
4) Section (b)(3) National Science Foundation (Note: NSF shall be inserted in all spaces provided in this section)

c. Weekly Payroll Report. In accordance with 29 CFR 5.5(a)(3)(ii) of the Davis-Bacon Act (DBA), the Awardee shall submit a weekly copy of all construction payrolls to NSF, accompanied by a signed "Statement of Compliance" indicating that the payrolls are correct and complete and that each laborer or mechanic has been paid not less than the proper DBA prevailing wage rate for the work performed under this award. FastLane submission of information required by these clauses is not authorized.  Payroll reports shall be submitted to:

The National Science Foundation
Attn: Kristin Spencer
Division of Acquisition and Cooperative Support
4201 Wilson Boulevard, Room 475
Arlington, VA 22230
Or: kspencer@nsf.gov

d. Davis-Bacon Poster.  The same contact information shall be included in the space provided on the Davis-Bacon Poster, WH 1321 and WH 1321 SPA. More information, access to forms, fact sheets, and posters are available at: http://www.dol.gov/whd/recovery/.

e. Wage Determinations. Copies of all identified wage determinations can be obtained from the following website: http://www.wdol.gov/. As required by 29 CFR 5.5(a)(1), the following wage determination(s) of the Secretary of Labor are hereby attached and made a part of this agreement:

State: Wyoming
County: Laramie
Construction Type: Building,
General Decision Number and Date: WY100001 03/12/2010  WY1

1.6. Applicability of Other ARRA Requirements. ARRA reporting requirements and the Buy American Act are not applicable to this award.

1.7. Environmental Concerns
The Awardee acknowledges that, as articulated in the Record of Environmental Compliance and Decision Document issued on May 11, 2010, NSF has satisfied its compliance obligations under Federal environmental laws, including the National Environmental Policy Act, 42 U.S.C. §§ 4321, et seq., the National Historic Preservation Act, 16 U.S.C. §§ 470, et seq., and the Endangered Species Act, 16 U.S.C. §§ 1531, et seq. The Awardee shall not undertake any new activity that may be subject to Federal environmental laws until NSF has satisfied its environmental compliance obligations, as evidenced by NSF in writing.

NSF_AR_00004082

**Programmatic Terms and Conditions (PTC):**

1) General PTC:
http://www.nsf.gov/publications/pub_summ.jsp?ods_key=NSF101TPTC000

2) Award Specific PTC:

Part 2.  Award Specific Programmatic Terms and Conditions (PTC)

2.1. Purpose.  The purpose of this CSA is to provide support for the NCAR-Wyoming Supercomputing Center (NWSC) Construction Project, specifically a portion of the major subawards and materials, supplies and equipment necessary for construction and occupancy.

2.2. Project Description
The NWSC Construction project will build and commission a facility in Cheyenne, Wyoming that will provide dedicated computing and data storage to meet the high-performance computational needs of the atmospheric and related geosciences community in the medium to longer term. The project is being undertaken as a partnership between NCAR/UCAR, the University of Wyoming (UW), the State of Wyoming, the Wyoming Business Council, Cheyenne LEADS, and Cheyenne Light, Fuel and Power.

The facility will have the power, space, and cooling capacity to support a 4 MW supercomputer in 2012, which it is anticipated will be sufficient for a 1.0 to 1.5 petaflops peak system with an expected data production rate of 23-35 petabytes per year. The petascale system to be deployed within the NWSC will provide a 15- to 20-fold increase over computing resources currently available to the community at NCAR. This system will be capable of being well integrated with the cyberinfrastructure (CI) of NSF's TeraGrid eXtreme Digital (XD), the Track-1 "Blue Waters" system, and the DataNet program. The facility will also be well connected to computing facilities operated by other Federal agencies such as DOE, NOAA, and NASA as well as high performance computing systems located at colleges and universities. The NWSC will be designed and operated to be maximally energy efficient.

2.3. Goal of the Project. Complete construction and commissioning of the NWSC within the scope, schedule, and budget detailed in the NSF-approved Project Execution Plan (PEP).

2.4. Project Governance
a. Management and oversight of NWSC construction is the responsibility of the NWSC Project Office (NPO), which resides within NCAR.  The NWSC Project Director reports to the Awardee Principal Investigator, with day-to-day supervisory support provided by the NCAR/CISL Director.  All NPO personnel report to the Project Director for work performed on the NWSC construction effort. The mission, goals, responsibilities, and deliverables of the NPO are detailed in CSA No. 0957789.

b. A Partnership Governance Board (PGB) has been established to provide overall management review and guidance for NWSC construction and operation and for affiliated intellectual collaborations between NCAR, UCAR, and UW. The responsibilities of the PGB are defined in the MOU between the Wyoming partners and UCAR.

c. The NWSC Oversight Committee (NOC) has been created and is charged with providing independent oversight, guidance, and community input during the project development and construction phases of the NWSC project.  The activities of the NOC are administrated by the NPO and are paid for using funds provided under CSA No. 0957789.

d.  In accordance with the NWSC Configuration Management Plan (CMP); Appendix K of the project PEP, the NWSC project Change Control Board (CCB) has been established to review all submitted change requests (CRs) with a schedule impact of greater than one month and/or a cost impact as defined in Article 1.3.b.  The NWSC CCB will comprise the following representatives: NWSC Project Director (CCB Chair), NCAR/CISL Operations and Services Division Director, UCAR Associate Vice President for Business Services, UCAR Vice President of Finance and Administration, and a UW Administration representative to be determined.

e.  The CISL High-performance computing Advisory Panel (CHAP) serves as NCAR/CISL's advisory panel on high-performance computing and services. As part of these responsibilities, the CHAP regularly reviewed NCAR plans for the NWSC project during the project development phase in order to ensure that these plans were consistent with the articulated needs of the atmospheric and related geosciences. For the duration of the facility design, construction, and commissioning effort, the CHAP will continue to serve as a key scientific and technical advisory body for the NWSC project and will help to ensure that the project delivers a facility and HPC and data storage resources that will best serve the needs of Earth System science researchers. The CHAP Chair serves as a member of the NOC, thereby ensuring that the perspective and views of the CHAP, and the needs of the broader computational geosciences community, are represented during conduct of the NWSC project.  Activities of the CHAP are administrated and supported by the budget for NCAR/CISL.

NSF_AR_00004083

2.5. Subawardees

a. Construction Manager (CM)/General Contractor (GC):  Saunders Construction, Inc. (SCI).  SCI will make awards to approximately 40 second-tier subawardees (trades) for performance of construction work.  The two primary second-tier awards for electrical and mechanical systems construction are Encore Electric Inc. and U.S. Engineering Company, and are estimated to be approximately $17,600,000 and $14,100,000, respectively.

b. Water and sewer tap fees:  Cheyenne Board of Public Utilities, estimated to be approximately $529,000.

2.6. Responsibilities of the Awardee

a. The Awardee shall deliver the design, construction and commissioning of the NWSC in accordance with the NSF-approved NWSC Project Execution Plan (PEP) and appendices.

b. Updates to the NWSC Project Execution Plan and the NWSC Risk Register will be made, as needed, subject to NSF Program Officer approval.

2.7. Project Deliverables and Milestones

a. Deliverables under this project shall, at a minimum, consist of the Project Execution Plan, the Technology Acquisitions Plan, and all reports under Section 2.7.

1) Project Execution Plan.  Due no later than 30 days after the effective date of this award, for approval of the NSF Program Officer.

2) Technology Acquisition Plan. The Technology Acquisition Plan shall be submitted as an attachment to the Project Execution Plan.

b. The project scope and deliverables against which progress will be assessed are described more fully in the NWSC Project Execution Plan (PEP).  NSF will reimburse the Awardee for work accomplished under the approved WBS elements described in the WBS dictionary, which is attached to the NWSC PEP at Appendix I. Construction Milestones are provided in the NWSC Master Schedule (NMS) outlined in the NWSC PEP.

c. The Awardee shall provide an Annual Work Plan for the ensuing year a minimum of 45 days prior to the end of the current project year (June 1-May 30), according to guidance provided by the NSF Program Officer.

2.8. Reporting Requirements

a. Annual Report.  An annual report shall be submitted for NSF review and approval.  The report will describe progress made based on milestones and objectives in the approved PEP for the same period.  Significant differences between planned and actual accomplishments will be discussed.  The report will consist of a summary of work accomplished during the reporting period, including major technical accomplishments and an assessment of current or anticipated problem areas and corrective actions.   The Annual Report shall be submitted within 90 days prior to the end of each project year using the Annual Report feature in FastLane.

b. Other Reports.

1) Regular Communications.  By mutual agreement, NSF and the Awardee will maintain effective communications throughout the conduct of this award, communicating as needed by voice and/or electronic means.  Notifications and discussions with NSF may be considered oral reports by the Awardee.

2)  Prompt Notification.  The Awardee shall promptly notify the NSF Program Officer by phone or email if unusual circumstances arise during the course of the project and will provide a written report, if requested by the NSF Program Officer.  Written reports shall be submitted through FastLane Interim Reports or by any other means as requested by the NSF Program Officer.

3) Interim Reports.  The requirements of this subparagraph will be satisfied by the submission of interim reports under CSA No. 0957789. Monthly project status reports shall be provided by the 10th of each month and shall include the presentation of a project status summary (work performed and milestones achieved), earned value management system (EVMS) reporting materials, funds used information, and an updated project master schedule.  All monthly status materials shall be made available to the NSF Program Officer and other key project stakeholders by posting to the NPO Wiki site.  In addition to posting Interim Reports on the Wiki site, the Awardee shall submit all interim reports via FastLane, unless otherwise requested by the NSF Program Officer.

4) Weekly Payroll Reports. See the requirement at 1.5.c.

c. Final Report. The PI will submit the Final Project Report within three months of the end of this award.

d. FastLane Submissions. Unless specified otherwise by the NSF Program Officer or the NSF Contracting/Agreements Officer, the Awardee shall submit all required reports via FastLane using the appropriate reporting category; for any type of report not specifically mentioned in FastLane, the Awardee will use the Interim Reporting function to submit reports.

e. Approval of all required reports described above and the associated assessment of progress on project baseline milestones by the cognizant NSF Program Officer is required prior to release of additional funding for this CSA.

2.9. Review Requirements

a. Annual Review. NSF will conduct a review of this award each year, to include management and technical issues, cost and schedule objectives, and Awardee performance.  The form of this review will be determined by the NSF Program Officer.   The Awardee will ensure timely access to all project documentation.

b. Onsite Review. Onsite reviews will be conducted at the discretion of the NSF Program Officer, or his or her designee.

c. External Review. Review of the Awardee's management of this award may be included in any external review that is to be performed under the terms of the overall CA; however, the NSF Program Officer may require an external review of this CSA specifically, at his or her discretion.


2.10. Key Personnel. The individuals specified below are considered essential to the work being performed hereunder.  Prior written approval of the cognizant NSF Program Officer and the NSF Contracting/Agreements Officer is required for any changes in key personnel.

Roger Wakimoto, Principal Investigator, University Corporation for Atmospheric Research
Alasdair (Al) R. Kellie, Co-Principal Investigator and Director of the NPO, University Corporation for Atmospheric Research (Amendment 003, 6/6/12)

---

**Change History**


**Prior Awarded Funding Amount:**
Per Amendment 002 on
02/03/2011: $17,075,144
Per Amendment 001 on
07/23/2010: $6,000,000
Per Original Award on
06/29/2010: $25,000,000

Confidential

# NATIONAL SCIENCE FOUNDATION
## Last Notice Sent

**Award:**1034857                                           **PI Name:**Hagan, Maura

NATIONAL SCIENCE FOUNDATION
4201 Wilson Boulevard
Arlington, VA 22230
www.nsf.gov


Project Title:        NWSC Construction
PI:        Roger Wakimoto, Alasdair R. Kellie
Awardee:        University Corporation for Atmospheric Research
Award Number: AGS-1034857, Amendment 003
Date:        June 6, 2012


The purpose of this amendment is to incorporate a change in Co-PI.

Accordingly, as recommended by the NSF Program Officer, Article 2.10 of the
Programmatic Terms and Conditions is hereby amended as follows:

The name of Krista Laursen, who withdrew, is replaced with that of Alasdair (Al)
R. Kellie, the new Co-PI for this project.

To view this change, please access your award at:

[https://www.fastlane.nsf.gov/researchadmin/emailLoginHome.do?awardId=1034857&amendmentId=003]

Confidential                                           NSF_AR_00004086