# EXHIBIT 8



**MEMORANDUM**

**DATE:**       February 4, 2026

**TO:**         Linnea Avallone
                Chief Officer for Research Facilities

**FROM:**       Brian Stone
                Chief of Staff, Performing the Duties of the Director

**SUBJECT:**    Direction to Pursue Separation of NCAR-Wyoming Supercomputer Center from NCAR
_____

As announced on December 17, 2025, (OD 26-08), and in the January 23, 2026, Dear Colleague letter (NSF 26-203), NSF is reviewing the structure of the research and observational capabilities operated by the NSF National Center for Atmospheric Research (NCAR). One component of NCAR is the NCAR-Wyoming Supercomputer Center (NWSC), which was established through a non-competitive award to the University Corporation for Atmospheric Research (UCAR) and as a partnership among UCAR and several Wyoming entities, including the University of Wyoming (UW). Although NSF was not a party to the original agreement, the memorandum of understanding among these entities contemplated transfer of NWSC ownership to UW. The current NSF-UCAR cooperative agreement provides that title to NWSC is vested in UCAR unless and until NSF directs transfer of title to another party at its discretion.

As part of the ongoing review and restructuring, you are directed to pursue transfer of stewardship of the NWSC resources currently managed by NCAR to UW, consistent with the terms of the existing cooperative agreement. This effort should anticipate award of a new cooperative agreement with UW and include transfer of the NWSC itself, along with NSF support for a narrowly scoped set of associated functions, such as user support for NWSC applications. General cyberinfrastructure functions should remain at NCAR.

To the extent possible, the proposal from UW should include expanded opportunities for partnerships that leverage either private or state funding beyond that currently possible in the existing agreement with UCAR. It is anticipated that NSF will continue to provide funding for the operation of the NWSC, but there will be additional opportunities for cost recovery or expanded capabilities in support of broader NSF and federal agency objectives in the region.

Confidential                                              NSF_AR_00004245