# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

      Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

      Defendants.

---

**DECLARATION OF STUART LEVENBACH IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

---

In accordance with the provisions of 28 U.S.C. § 1746, I, Stuart Levenbach, state as follows, under penalty of perjury, pertinent to the above-styled and numbered cause:

1. I am the Associate Director for Agriculture, Commerce, Resources, Energy, and Science for the U.S. Office of Management and Budget (OMB). I have held this position since February 10, 2025.

2. As the Associate Director for Agriculture, Commerce, Resources, Energy and Science Programs, I am responsible for overseeing the Agriculture, Commerce Resources, Energy and Science Programs within the OMB Resource Management Office (RMO).  OMB's RMOs are organized by agency and program area, and help OMB carry out its central activity of overseeing the preparation of the Federal Budget and supervising the administration of Executive Branch agencies. The National Science Foundation (NSF) is within the portfolio of the Agriculture, Commerce, Resources, Energy, and Science Programs RMO, and the RMO's Science and Space

Branch.

3.      I am aware of and have reviewed Plaintiff University Corporation for Atmospheric Research's (UCAR) Motion for Preliminary Injunction in the above-captioned case. I provide this Declaration in support of Defendants' Opposition thereto.

4.      The statements set forth in this Declaration are based on my personal knowledge and review of documents and information provided to me in my official duties.

5.      In November 2025, I asked Science and Space Branch[1] Program Examiner Yi Pei to prepare a memorandum from me to the OMB Director regarding next steps for restructuring the National Center for Atmospheric Research (NCAR), a Federally Funded Research and Development Center (FFRDC) funded primarily by NSF and located in Boulder, Colorado. Ms. Pei and others prepared the draft memorandum per my request and sent it to me on November 19, 2025. A true and correct copy of that communication, with the draft memorandum, is attached hereto as **Exhibit 1**.

6.      I do not recall if a final version of this memorandum (attached in Exhibit 1) was transmitted in writing to the OMB Director or rather the contents were discussed orally with the Director. However, I attest that the OMB Director considered the information in this memorandum, which ultimately led to the Director's approval to pursue restructuring NCAR as part of the FY27 budget.

7.      Attached hereto as **Exhibit 2** is a true and correct copy of the National Science Foundation FY 2027 Budget Passback Guidance. This document reflects the approved agency

---

[1] The Science and Space Branch is a specialized office within OMB that develops and executes federal budgetary policies relating to space science.

2

budgetary level and associated program policy decisions including details pertaining to restructuring NCAR.

8.      Attached hereto as **Exhibit 3** is a true and correct copy of December 17, 2025, email correspondence involving OMB personnel, on which I am copied, regarding NCAR activities.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  April 23, 2026

In Wash., D.C.                               *Stuart Levenbach*

Stuart Levenbach
Associate Director for Agriculture, Commerce,
Resources, Energy, and Science Programs
Office of Management and Budget

3