# EXHIBIT 2

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

## National Science Foundation
## FY 2027 Budget Passback Guidance

This Budget supports President Trump's vision that was presented in the FY 2026 Budget by continuing to invest in Administration priorities while targeting reductions toward wasteful and ineffective programs and policies. The FY 2027 Budget will balance the lower non-defense discretionary level with robust investments in the Administration's top priorities. Passback levels reflect the reforms necessary to enable agencies to fulfill their statutory responsibilities in the most cost-effective manner possible. Many difficult decisions were necessary to reach the funding level provided in this Passback.

OMB looks forward to working with you as we finalize the FY 2027 President's Budget request.

FY 2027 Passback provides $4,863.15 million for the National Science Foundation (NSF), an increase of $960 million from the FY 2027 Agency Request. Passback reflects Administration priorities including graduate fellowships, energy-water security, and shipbuilding that strengthen U.S. leadership in science and technology while exercising fiscal discipline.

Table 1 shows the allocations by account, and Table 2 shows changes for select items below the account level. Unless otherwise noted, increases and reductions are relative to the Agency's request. Items not explicitly mentioned in Passback are funded at the Agency request level, and NSF may propose offsets from these areas to fund increases specified in Passback.

**Table 1: Account-level discretionary budget authority (dollars in millions)**

|  | FY 2027 Agency | FY 2027 Passback | Passback less Request |
|---|---|---|---|
| **Research & Related Activities** | 3,324.20 | 3,379.45 | +55.25 |
| **Major Research Equipment and Facilities Construction** | 202.95 | 1,102.95 | +900.00 |
| **Agency Operations and Award Management** | 355.00 | 359.70 | +4.70 |
| **National Science Board** | 3.00 | 3.05 | +0.05 |
| **Office of the Inspector General** | 18.00 | 18.00 | 0.00 |
| **TOTAL** | **3,903.15** | **4,863.15** | **+960.00** |

1

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

**Table 2: Changes from Agency request for specific programs (dollars in millions)**

|  | FY 2027 Agency Request | FY 2027 Passback | Passback less Request |
|---|---|---|---|
| **Graduate Research Fellowship Program** | 127.29 | 246.54 | +119.25 |
| **Energy and Water R&D** | N/A | 100.00 | N/A |
| **Social, Behavioral, and Economic Sciences research grants** | 50.0 | 0 | -50.0 |
| **Antarctic Research Vessel** | 0 | 900.00 | +900.00 |

OMB requests NSF submit proposed Division-level funding amounts no later than **Wednesday, January 7** to facilitate timely review and alignment.


## Pay Adjustment

FY 2027 Passback levels reflect a pay freeze for the civilian employees in calendar year (CY) 2027 at the final CY 2026 level.


## Reclassification of Funds from non-Defense to Defense

OMB appreciates NSF's interest in aligning research with national security priorities. However, Passback does not approve NSF's proposals to reclassify any existing non-Defense funding as Defense funding. Reclassifications have a very high bar and are generally reserved for research that is directly designed to promote national defense.


## Performance

NSF should review its performance agenda and revise it, as appropriate, to align with the Administration's priorities. NSF should expect OMB policy-level review and have responsible officials prepared to discuss individual performance measures. OMB will emphasize measures that are quantitative and useful to evaluate the performance of SES level employees who oversee the corresponding programs.

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

# Research & Related Activities

Passback provides $3,379.45 million for the Research and Related Activities account.

## Offsets

NSF should propose in its appeal offsets to research and education grants to account for increases from the Agency request described below. In order to provide continuity of Administration-priority investments, offsets should not come from the following areas:
- Artificial intelligence
- Quantum information science
- Physics
- Chemistry
- Materials science and engineering
- Critical minerals
- Semiconductors and microelectronics
- Advanced manufacturing
- Support for long-term biological research and related datasets

In the Agency's proposed Division-level funding allocations, NSF should clearly indicate where offsets were taken to account for various increases described below.

## Graduate Research Fellowships Program (GRFP)

Passback includes $246.54 million for GRFP, an increase of $119.25 million from the Agency request. This should be sufficient to fund up to 1,500 new fellows, with flexibility to fund both standard and multi-year awards. NSF should also work with OSTP to leverage co-funding from industry partners who may benefit from having graduate students perform sponsored research apprenticeships at their companies to increase the number of new fellows in FY 2027. By **April 30th, 2026,** NSF should submit to OMB a detailed plan for engaging industry stakeholders for potential co-funding of new GRFP fellows, including plans for collaboration with OSTP.

## Artificial Intelligence (AI) and Quantum Information Science (QIS)

In support of the Administration's commitment to U.S. leadership in AI and QIS, Passback maintains funding for AI and QIS at FY 2026 Budget levels. In addition to ensuring the AI and QIS crosscut levels are at least at the FY 2026 Budget levels, NSF should strive to ensure that foundational work that supports AI and QIS is protected to the degree feasible.

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

## New Initiative on Energy/Water R&D

Passback includes $100 million at NSF for a joint NSF/DOE Energy Water Security Initiative, with DOE receiving an equal amount. Funding will be executed through competitively-awarded extramural grants, solicitations for which will developed jointly by NSF and DOE. This effort will accelerate deployable technologies such as advanced desalination, dry cooling, and AI enabled hydropower forecasting to reduce vulnerabilities where water scarcity threatens reliable energy production. Both agencies will leverage regional partnerships with Western states, utilities, and research institutions to ensure solutions are tailored to drought-prone areas and energy intensive regions, strengthening America's energy dominance and supporting the President's goals of securing water resources, modernizing infrastructure, and ensuring resilient energy systems that underpin national prosperity. By **April 30, 2026**, NSF and DOE should provide a joint briefing to OMB on plans to execute this program, including a list of planned solicitations. At least $50 million of funding from each agency for this program should be used for new solicitations that specifically address the program's priority areas.

## Social, Behavioral, and Economic Sciences research

Passback does not provide funding for research and education programs in the Social, Behavioral, and Economics Directorate. NSF is requested in its appeal to provide a proposed funding level to either maintain the SBE directorate structure or to close out the directorate and move NCSES elsewhere in the Agency.

## National Center for Science and Engineering Statistics

Funding for NCSES is maintained at the FY 2026 Budget level of $44.0 million. Passback directs NSF and NCSES to work with OMB to ensure that the funding is appropriately allocated to prioritize statutorily required programs, including the Standard Application Process (SAP). Such prioritization is essential for enabling cross-government efficiencies, breaking down data silos, and promoting data quality.

In addition, and in alignment with objectives in *Winning the Race: America's AI Action Plan*, NSF, to include NCSES, is requested to provide quarterly progress briefings beginning in March 2026 to OMB and OSTP on the implementation of the National AI Research Resource (NAIRR) pilot and the National Secure Data Service (NSDS) demonstration project, including current NAIRR/NSDS coordination efforts and alignment, as well as plans for future coordination and alignment of NAIRR and NSDS towards building scalable, sustainable Federal government-wide infrastructure.

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

**National Center for Atmospheric Research (NCAR)**

Passback directs NSF to issue a Request for Information (RFI) to gather data on options to restructure NCAR into multiple separate components managed by independent entities. The RFI should specifically request ideas for splitting off the supercomputing facility, NCAR's two aircraft, and the research component that develops community models. By **January 16th, 2026,** NSF should brief OMB on a plan to execute the RFI, including an outline of the RFI itself.

Regardless of the result of the RFI, NCAR's modeling component should be rescoped to focus on weather and space weather rather than on climate modeling. Please provide an update to OMB on this action no later than **March 1st, 2026**.

**New Workforce Initiative**

OMB appreciates NSF's effort in workforce development aligned with the Administration's priority of energy dominance. Passback provides $100 million for this effort in FY 2027, with flexibility for NSF to propose increased funding pending (1) the responses from the workforce RFI NSF is currently developing and (2) final FY 2026 and FY 2027 appropriations. OMB looks forward to working with NSF on scoping the RFI to reflect a tightly targeted approach that maximizes the effectiveness of workforce training programs in key industries.

**Indirect Costs**

The Administration is implementing policies around indirect costs that increase transparency and improve stewardship of taxpayer funds dedicated to research. OMB is actively engaged in a rulemaking process to reduce indirect cost spending claimed by grantees to appropriate levels. OMB appreciates NSF's effort in this area in FY 2025, and looks forward to working with the Agency on implementation and messaging once the rule is issued.

# Major Research Equipment and Facilities Construction

Passback provides $1,102.95 million for this account, which includes the Agency-requested amounts for the Antarctic Infrastructure Recapitalization project, the Leadership-Class Computing Facility, and construction oversight. Passback does not support the LEGEND-1000 project, and instead redirects the $30 million proposed for that project into Mid-scale Research Infrastructure Track 2, for a total of $60 million for Mid-scale awards. NSF is encouraged to make at least one Mid-scale Track 2 award in FY 2027 to a recipient located in an EPSCOR jurisdiction.

Passback includes $900 million for the construction of a new Polar Class 3 Antarctic research vessel that would be built in a U.S. shipyard, similar to the $987 million-scenario in the Agency's analysis submitted to OMB on November 5th, 2025. NSF may propose to increase

5

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

funding for the vessel above the $900 million level by taking offsets from elsewhere in the Agency's budget, including from programs within the MREFC account, provided that offsets are not taken from Administration priority areas listed on Page 2 of this document.

Since the previously-submitted capability analysis and cost estimates for the vessel were preliminary, NSF is requested to brief OMB by **January 16th, 2026** on a more detailed proposed design for the ship, which should prioritize endurance and ability to operate year-round in areas of research interest in the Antarctic. The briefing should also include more detailed funding estimates and a timeline of key milestones.

# Agency Operations and Award Management

Passback provides $359.70 million for the Agency Operations and Award Management account, sufficient to fully fund the 1% civilian pay raise in 2026.

## AI in Grant-making

OMB commends NSF on its work to utilize AI and large language models in its grant-making process, as well as its ongoing collaboration with other agencies in this area.

# ADDITIONAL GUIDANCE

## Federally Funded Research & Development Center (FFRDC) Compensation Reimbursement Cap

OMB reminds agencies of the direction in FY 2026 Passback to cap reimbursement of compensation for employees of Federally Funded Research and Development Centers (FFRDCs) to no more than the President's salary ($400,000 per year) at the next opportunity to revise each FFRDC's contract or other establishing agreement. By **May 30, 2026**, agencies with FFRDCs should provide their RMO representative with the status of implementation for each agency FFRDC, including: 1) whether the cap has already been implemented; 2) the reimbursement amount and roles of any employees which currently exceed the cap or exceeded it in FY 2025; and 3) for FFRDCs for which the cap has not yet been implemented, the contract or agreement update and date at which you expect to implement the cap.

## Prohibition of Using Federal Funds to Pay for Publication Fees

Federal Government policies currently allow funding recipients to use Federal funds to pay academic journals to publish their research findings. Since Federal policy requires papers based

6

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

on federally-funded research be made available for free, this practice provides little benefit for the Nation and takes money away from actual research.

The 2027 Budget will reflect a new policy where Federal funding recipients will be prohibited from using Federal funds to pay academic journals to publish their findings. This change will be reflected in the next revision of 2 C.F.R. NSF should work with OMB to determine the savings that will result from this new practice, and where this funding will be reallocated within Passback levels. OMB will also work with agencies on language to include in congressional justifications explaining this new policy. OMB will also work with the Federal Acquisition Regulatory Council to determine the need for similar clarification in the Federal Acquisition Regulation.

## Human Resources Information Technology (HRIT) 2.0

The Passback level for NSF includes $363,000 for estimated costs in FY 2027 to transition NSF onto the Office of Personnel Management's (OPM) new, consolidated Core Human Capital Management (Core HCM) system. Consolidating all agencies' core human capital management functions onto a single streamlined system is a key priority for the Administration, and agencies will be expected to work closely with OMB and OPM to ensure a successful transition. FY 2027 activities could include, among other things, data migration, legacy data warehousing, and licensing fees for the new system, which will be paid centrally by OPM through its Revolving Fund. Additional guidance will be provided by OMB and OPM in the coming weeks and months to prepare for the transition to the Core HCM in FY 2027. Outside of the Core HCM transition, the FY 2027 Budget does not include any investments in developing new Human Resources.

## Merit Hiring Plan

Within the Passback level, NSF should support merit hiring practices, in line with the President's Merit Hiring Plan, and increase its capacity to promote accountability in the Federal workforce. Given the President's commitment to fiscal responsibility, agencies should consider ways to achieve efficiencies in its human resources operations to facilitate effective Talent Teams and implement, to the greatest extent possible, technical and alternative assessments, within budgetary targets.

## System Security Authorizations

In order to streamline the acquisition of advanced technology, the Federal Chief Information Security Officer (CISO) Council has issued recommendations aimed at streamlining processes related to system security authorizations. If an agency is pursuing automated solutions (e.g., Governance, Risk, and Compliance (GRC) solutions), it must align with the technical recommendations outlined by the CISO Council.

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

By **April 30, 2026**, agencies shall submit a maximum two page implementation plan via email to both OFCIO and their OMB RMO representative that includes:

- An explanation of how the agency will manage solution requirements, produce and maintain control artifacts in OSCAL format, and migrate existing data to the new system, as necessary.
- An outline of the strategy for user acceptance testing during implementation and for integration with the existing Continuous Diagnostics and Mitigation (CDM) architecture.
- Details of any inter agency cost sharing or collaborative arrangements.
- The agency's primary points of contact for these efforts.

## Cyber Tool Rationalization and Consolidation

Consistent with Executive Order 14240, "Eliminating Waste and Saving Taxpayer Dollars by Consolidating Procurement," starting in FY 2027, agencies will be required to procure core cyber tools via CISA's Continuous Diagnostics and Mitigation (CDM) Program, and divest of any duplicative or redundant tool stacks. Agencies are also required to submit an inventory of their cyber tool stack no later than February 27, 2026 to https://community-dc.max.gov/x/mIEXo. This data will enable OMB and CISA to evolve the CDM program, enhance security visibility through comprehensive monitoring and reporting, and consolidate procurement of core cyber tools to save taxpayer dollars. Further details about this transition to a centralized model for core cybersecurity tools will follow separately.

## Classified Network Consolidation

National Security System (NSS) Cybersecurity is a key priority for the U.S. Government. Consistent with this priority, OMB is taking steps to promote greater efficiency in securing classified networks owned or operated by Federal Civilian Executive Branch (FCEB) agencies.

Agencies are asked to prioritize NSS Cybersecurity investments to decrease risk to the greatest extent practicable in FY 2027. Agencies should work with their RMO and OFCIO Desk Officer on prioritizing these investments.

In addition, agencies will be asked to submit an inventory of classified networks that they own or operate as well as a plan for consolidation of those networks no later than February 27, 2026. Additional guidance on this request, and how agencies should provide information, will be provided separately on the following MAX page: https://community-dc.max.gov/x/PYQXo. This inventory should include intelligence community components of civilian agencies. Consolidation includes moving to managed services offered by the Department of War (DOW) or Intelligence Community (IC), reducing the number of components within an agency that own classified networks, reducing the number of Secure Compartmented Information Facilities owned by an agency, and utilizing State Department classified transit for agency staff located abroad. This data will enable OMB to work with FCEB agencies, the DOW, and the IC to identify

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

opportunities for greater efficiency in provisioning classified voice, video, and data services to FCEB agencies. All agencies are required to respond to this data call even if only to affirm that you do not have any classified networks.

## Safeguarding Taxpayer Dollars

On March 25, 2025, President Trump signed Executive Order 14249, "Protecting America's Bank Account Against Fraud, Waste, and Abuse," which requires Executive Branch agencies to take action to defend against financial fraud and prevent improper payments. On August 20, 2025, OMB issued OMB M-25-32, Preventing Improper Payments and Protecting Privacy Through Do Not Pay, which directed agencies to: 1) review their systems of records to identify which maintain information about applicants for, or recipients of, Federal funds that agencies use to make eligibility determinations for payments; 2) determine which of those systems of records maintain information whose disclosure to the Department of the Treasury would be relevant and necessary for identifying, preventing, or recouping improper payments by reviewing payment and award eligibility through the Do Not Pay Working System; and 3) update the system of records notices (SORNs) for those systems in accordance with OMB Circular A-108 to add the standard routine use provided in the memorandum.

Agencies that have not submitted their SORN update proposals to OMB and the Congress should do so immediately. All agencies should continue working with the Department of the Treasury to integrate Do Not Pay into agency payment systems and processes.

## Financial Systems Consolidation and Modernization

On March 25, 2025, President Trump signed Executive Order 14249, "Protecting America's Bank Account Against Fraud, Waste, and Abuse," which directed CFO Act agencies to consolidate their core financial systems using standard financial management solutions available through the Financial Management (FM) Quality Service Management Office administered FM Marketplace. Agencies should coordinate with their OMB Resource Management Office and the Office of Federal Financial Management on consolidation or modernization efforts for financial management systems.

## Real Property Transparency

All CFO Act agencies should submit their FY 2027-FY 2031 real property capital plans to their OMB RMO representative OMB no later than one week after the release of the President's FY 2027 Budget. Following submission of these plans, in December 2026, all agencies are to identify their owned mission critical real property assets in the Federal Real Property Profile (FRPP) database. This data will enable appropriate resourcing of real property assets that house functions directly required by statute or regulation. OMB will provide additional guidance on this new requirement.

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

**Federal Financial Assistance**

Agencies should continue to advance the Administration's goals of consolidating systems and employing Federal shared services and Grants Quality Service Management Office (QSMO)-approved vendors by consolidating existing custom systems specific to Federal agencies and planning to make progress on migrating to shared services. All Federal agencies should submit plans to their OMB RMO representative regarding the use of grants systems no later than one week after the release of the President's FY 2027 Budget.

**Leverage Federal Dollars by Buying American and Hiring American**

Agency congressional budget justifications for FY 2027 should prioritize implementation of the President's Made in America agenda and existing Made in America laws. Agencies are asked to use all tools available, consistent with law, to maximize the use of goods, products, and materials produced in the United States, minimize the use of waivers, and provide clear and consistent demand signals to industry on Federal demand for critical items. Agencies should also identify the internal resources (e.g., systems, sector-specific knowledge, data and analyses) that can help interagency partners identify domestic sources of goods and reduce or eliminate the need for Made in America waivers.

Within 30 days of release of the FY 2027 Budget, agencies should provide information to their OMB Resource Management Office Representative and Callie Conroy on how the Agency's FY 2027 Budget request will support implementation of Made in America Laws. This should include information on resource allocations and FTEs supporting Made in America implementation, any implementation challenges, and assistance agencies need to support implementation. In particular, agencies should provide:

- FY 2027 Budget levels and/or FTE's dedicated to maximizing Federal spending on American manufacturing from the inception of a program through to contracting, including review of waivers of Made in America laws (e.g., the Build America, Buy America Act, Buy American Act, Make PPE in America Act and other domestic preference laws), market research and supply chain analyses of common goods and materials that are subject to domestic content requirements, managing program/purchasing requirements to send consolidated interagency demand signals, and coordinating FFA and procurement timelines to leverage the power of procurement contracts in sustaining young factories;
- Staff identified as Senior Accountable Officials or otherwise responsible for the implementation of Made in America laws and policies across agency; and
- Data/IT systems that support:
  - o Market research;
  - o Supplier scouting; and
  - o Made in America waiver submission.

10

For OMB and NSF use only. Do not copy or distribute.

THIS DOCUMENT CONTAINS PRE-DECISIONAL INFORMATION

A template for response can be found on the following page: https://community-dc.max.gov/x/FQRao.

For OMB and NSF use only. Do not copy or distribute.