# EXHIBIT 3



**From:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>

**Sent:** Wednesday, December 17, 2025 12:48 PM

**To:** Stone, Brian <brian.stone@nsf.gov>

**Subject:** [EXTERNAL] - RE: historical funding for NCAR

This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CLOSE HOLD:

NSF_AR_00004049

Modeling Functions

- **WRF-Hydro (Weather Research and Forecasting - Hydro):**  A hydrological modeling system for simulating streamflow, water budgets, and flood/drought events at high resolution. It supports real-time forecasting of water availability, directly aiding hydropower operations by predicting inflows and reservoir levels in basins like those in Western states. Applications include evaluating water depths during extreme events and integrating with weather models for energy infrastructure planning.

- **SHARP (Streamflow Hydrology and Reservoir Prediction) System:**  A real-time, automated streamflow forecasting tool developed in collaboration with universities (e.g., University of Nevada, Las Vegas). It enhances hydropower resilience by providing accurate predictions of water flows, supporting operational adjustments in water-scarce regions.

- **AI-Enabled Forecasting Models:**  Tools integrating AI/ML for weather and hydrological predictions, such as improving streamflow accuracy and quantifying uncertainty. These align with initiative goals for AI-driven hydropower forecasting, enabling faster decision-making for energy production in drought-prone areas.

**Computational Functions**

- **Supercomputing Resources (e.g., Derecho, Casper, CIRRUS):** High-performance computing platforms for running complex hydrological and AI models at scale.  These support simulations of water-energy interactions, such as forecasting water scarcity impacts on power generation, and facilitate community access for regional partnerships with utilities and Western institutions.

- **Community Research Earth Digital Intelligence Twin (CREDIT) Platform:** An AI-focused platform that lowers barriers to using machine learning for weather and earth system modeling. It could accelerate AI-enabled tools for hydropower forecasting and water risk assessments, aligning with initiative aims for deployable technologies.

**Laboratory Functions**

- Research Applications Laboratory (RAL): Focuses on applied hydrology, water systems, and AI/ML for decision-support tools. It develops and deploys models like WRF-Hydro for water forecasting, supporting energy-water security through partnerships on drought management and infrastructure resilience in Western basins.

- Mesoscale & Microscale Meteorology Laboratory (MMM): Provides weather modeling inputs (e.g., precipitation, evaporation) for hydrological systems, enhancing predictions of water availability for energy production without emphasizing non-aligned aspects.

- Computational & Information Systems Laboratory (CISL): Manages AI and computing

NSF_AR_00004050

infrastructure, including community AI tools for hydrological applications. It supports building and deploying AI-based forecasting for water-energy challenges.

**Observational and Partnership Functions**

- Regional Partnerships in Western States:  Collaborations with institutions including the University of Nevada, Las Vegas and others for hydrological research, including streamflow systems tailored to drought basins and utilities. These align with initiative goals for localized solutions to water-energy vulnerabilities.

---

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 12:24 PM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** RE: historical funding for NCAR

---

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 11:56 AM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** FW: historical funding for NCAR

---

**From:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 11:39 AM
**To:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>; Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Nick,

Below is what we've been able to gather so far on NCAR activities. We formatted the information in the style of talking points to facilitate consumption and use by the 2nd Floor. We intend to update this information on a rolling basis once NSF sends John the information they promised to gather, but wanted to get this initial version to you now.

Regards,

Sam

- **What we're taking action against:**

NSF_AR_00004051

NCAR has funded a lot of research on climate change caused by humans, including significant work at the Climate and Global Dynamics Laboratory, which studies climate variability, long-term climate change, and the role of human activities in global warming. This work directly supports international agreements like the Paris Accord which this Administration does not support.

- The Atmospheric Chemistry Observations & Modeling Lab investigates greenhouse gasses and other chemical processes related to climate change, which informs regulations on emissions that the Administration does not support.
- The Earth System Predictability Across Timescales program and the System for Integrated Modeling of the Atmosphere both do work related to climate change, contrary to Administration policy. These activities will be redirected to focus on weather and space weather that have direct and beneficial impacts on the Nation.
- NCAR also has long-running DEI initiatives like the UCAR/NCAR Equity and Inclusion program.

- **Things that NCAR does well that we are keeping:**
  - Its Wyoming supercomputer is an asset that NSF will continue to fund. It just received a major upgrade in 2023. We're proposing to transfer it to a different management entity (the University of Wyoming) and will refocus its work away from climate.
  - The Mauna Loa Observatory that supports research on Sun-Earth interactions to improve weather and space weather forecasting will likely be transferred to a different management entity, but NSF will continue to support it.

**Background info:**
- NCAR's four physical locations and plans for them under the current proposal:
  - Mesa Lab in Boulder, CO – Director's statement to USA Today said this will be closed.
  - Research Aviation Facility in CO – hosts two aircraft that we are looking to transfer ownership/relocate.
  - Supercomputer in Cheyenne, WY – University of Wyoming would take over management.
  - Mauna Loa Solar Observatory in HI – NSF will continue to support it but will responsibility to a different management entity.

Sam Black
Chief, Science and Space Branch (Acting)
Office of Management and Budget
Executive Office of the President
Email: Samuel_J_Black@omb.eop.gov
Mobile: 202-395-1422 (no SMS)

---

**From:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 9:57 AM
**To:** Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>; Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB

NSF_AR_00004052

<Stuart.Levenbach@omb.eop.gov>

**Subject:** RE: historical funding for NCAR

Hi Nick,

1. Sam confirmed with you that the NSF MBV on MAX is final.
2. Please see attached for final NSF FY27 Passback. We are still working on the Settlement document and can share the draft with you when it's complete.
3. We have some qualitative descriptions of climate research that NCAR has funded in the past, however programmatic funding levels of climate vs non-climate activities at NCAR is below the level at which we have visibility. I've sent NSF a request for funding data and hope to have more for you by mid-day today. In the meantime, we'll work on some background info and talking points regarding the different components of NCAR involved in the news release last night.

Yi



NSF_AR_00004054



NSF_AR_00004055



**From:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 12:48 PM
**To:** Stone, Brian <brian.stone@nsf.gov>
**Subject:** [EXTERNAL] - RE: historical funding for NCAR

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CLOSE HOLD:

The NOAA list of policy-aligned NCAR functions identifies assets like modeling tools, computational resources, and labs but also appears to include suggestions for reallocations outside NSF's purview, such as transitions to NOAA or university programs that may end up outside NSF's sphere of control. Per our discussion, and for your consideration as your team develops its list, here is a potential alternative list focused solely on NCAR functions that could support the initiative through internal NSF mechanisms, such as targeted funding repurposing or enhanced partnerships within NSF-sponsored ecosystems. This approach emphasizes NSF's strengths in geosciences and computational research without implying external shifts and can be defended as supporting the administration's Energy-Water Security Initiative.

Modeling Functions

- **WRF-Hydro (Weather Research and Forecasting - Hydro):** A hydrological modeling system for simulating streamflow, water budgets, and flood/drought events at high resolution. It supports real-time forecasting of water availability, directly aiding hydropower operations by

NSF_AR_00004056

predicting inflows and reservoir levels in basins like those in Western states. Applications include evaluating water depths during extreme events and integrating with weather models for energy infrastructure planning.

- **SHARP (Streamflow Hydrology and Reservoir Prediction) System:** A real-time, automated streamflow forecasting tool developed in collaboration with universities (e.g., University of Nevada, Las Vegas). It enhances hydropower resilience by providing accurate predictions of water flows, supporting operational adjustments in water-scarce regions.

- **AI-Enabled Forecasting Models:** Tools integrating AI/ML for weather and hydrological predictions, such as improving streamflow accuracy and quantifying uncertainty. These align with initiative goals for AI-driven hydropower forecasting, enabling faster decision-making for energy production in drought-prone areas.

**Computational Functions**

- **Supercomputing Resources (e.g., Derecho, Casper, CIRRUS):** High-performance computing platforms for running complex hydrological and AI models at scale. These support simulations of water-energy interactions, such as forecasting water scarcity impacts on power generation, and facilitate community access for regional partnerships with utilities and Western institutions.

- **Community Research Earth Digital Intelligence Twin (CREDIT) Platform:** An AI-focused platform that lowers barriers to using machine learning for weather and earth system modeling. It could accelerate AI-enabled tools for hydropower forecasting and water risk assessments, aligning with initiative aims for deployable technologies.

**Laboratory Functions**

- Research Applications Laboratory (RAL): Focuses on applied hydrology, water systems, and AI/ML for decision-support tools. It develops and deploys models like WRF-Hydro for water forecasting, supporting energy-water security through partnerships on drought management and infrastructure resilience in Western basins.

- Mesoscale & Microscale Meteorology Laboratory (MMM): Provides weather modeling inputs (e.g., precipitation, evaporation) for hydrological systems, enhancing predictions of water availability for energy production without emphasizing non-aligned aspects.

- Computational & Information Systems Laboratory (CISL): Manages AI and computing infrastructure, including community AI tools for hydrological applications. It supports building and deploying AI-based forecasting for water-energy challenges.

**Observational and Partnership Functions**

- Regional Partnerships in Western States:  Collaborations with institutions including the

NSF_AR_00004057

University of Nevada, Las Vegas and others for hydrological research, including streamflow systems tailored to drought basins and utilities. These align with initiative goals for localized solutions to water-energy vulnerabilities.

---

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 12:24 PM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** RE: historical funding for NCAR

---

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 11:56 AM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** FW: historical funding for NCAR

---

**From:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 11:39 AM
**To:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>; Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Nick,

Below is what we've been able to gather so far on NCAR activities. We formatted the information in the style of talking points to facilitate consumption and use by the 2nd Floor. We intend to update this information on a rolling basis once NSF sends John the information they promised to gather, but wanted to get this initial version to you now.

Regards,

Sam

- **What we're taking action against:**
  - NCAR has funded a lot of research on climate change caused by humans, including significant work at the Climate and Global Dynamics Laboratory, which studies climate variability, long-term climate change, and the role of human activities in global warming. This work directly supports international agreements like the Paris Accord which this Administration does not support.
  - The Atmospheric Chemistry Observations & Modeling Lab investigates greenhouse

NSF_AR_00004058

- gasses and other chemical processes related to climate change, which informs regulations on emissions that the Administration does not support.
  - The Earth System Predictability Across Timescales program and the System for Integrated Modeling of the Atmosphere both do work related to climate change, contrary to Administration policy. These activities will be redirected to focus on weather and space weather that have direct and beneficial impacts on the Nation.
  - NCAR also has long-running DEI initiatives like the UCAR/NCAR Equity and Inclusion program.
- **Things that NCAR does well that we are keeping:**
  - Its Wyoming supercomputer is an asset that NSF will continue to fund. It just received a major upgrade in 2023. We're proposing to transfer it to a different management entity (the University of Wyoming) and will refocus its work away from climate.
  - The Mauna Loa Observatory that supports research on Sun-Earth interactions to improve weather and space weather forecasting will likely be transferred to a different management entity, but NSF will continue to support it.

**Background info:**
- NCAR's four physical locations and plans for them under the current proposal:
  - Mesa Lab in Boulder, CO – Director's statement to USA Today said this will be closed.
  - Research Aviation Facility in CO – hosts two aircraft that we are looking to transfer ownership/relocate.
  - Supercomputer in Cheyenne, WY – University of Wyoming would take over management.
  - Mauna Loa Solar Observatory in HI – NSF will continue to support it but will responsibility to a different management entity.

Sam Black
Chief, Science and Space Branch (Acting)
Office of Management and Budget
Executive Office of the President
Email: Samuel_J_Black@omb.eop.gov
Mobile: 202-395-1422 (no SMS)

---

**From:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 9:57 AM
**To:** Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>; Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Hi Nick,

1. Sam confirmed with you that the NSF MBV on MAX is final.

NSF_AR_00004059

2. Please see attached for final NSF FY27 Passback. We are still working on the Settlement document and can share the draft with you when it's complete.

3. We have some qualitative descriptions of climate research that NCAR has funded in the past, however programmatic funding levels of climate vs non-climate activities at NCAR is below the level at which we have visibility. I've sent NSF a request for funding data and hope to have more for you by mid-day today. In the meantime, we'll work on some background info and talking points regarding the different components of NCAR involved in the news release last night.

Yi



NSF_AR_00004061



NSF_AR_00004062



**From:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 12:48 PM
**To:** Stone, Brian <brian.stone@nsf.gov>
**Subject:** [EXTERNAL] - RE: historical funding for NCAR

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

CLOSE HOLD:

The NOAA list of policy-aligned NCAR functions identifies assets like modeling tools, computational resources, and labs but also appears to include suggestions for reallocations outside NSF's purview,

NSF_AR_00004063

such as transitions to NOAA or university programs that may end up outside NSF's sphere of control. Per our discussion, and for your consideration as your team develops its list, here is a potential alternative list focused solely on NCAR functions that could support the initiative through internal NSF mechanisms, such as targeted funding repurposing or enhanced partnerships within NSF-sponsored ecosystems. This approach emphasizes NSF's strengths in geosciences and computational research without implying external shifts and can be defended as supporting the administration's Energy-Water Security Initiative.

Modeling Functions

- **WRF-Hydro (Weather Research and Forecasting - Hydro):**  A hydrological modeling system for simulating streamflow, water budgets, and flood/drought events at high resolution. It supports real-time forecasting of water availability, directly aiding hydropower operations by predicting inflows and reservoir levels in basins like those in Western states. Applications include evaluating water depths during extreme events and integrating with weather models for energy infrastructure planning.

- **SHARP (Streamflow Hydrology and Reservoir Prediction) System:**  A real-time, automated streamflow forecasting tool developed in collaboration with universities (e.g., University of Nevada, Las Vegas). It enhances hydropower resilience by providing accurate predictions of water flows, supporting operational adjustments in water-scarce regions.

- **AI-Enabled Forecasting Models:**  Tools integrating AI/ML for weather and hydrological predictions, such as improving streamflow accuracy and quantifying uncertainty. These align with initiative goals for AI-driven hydropower forecasting, enabling faster decision-making for energy production in drought-prone areas.

**Computational Functions**

- **Supercomputing Resources (e.g., Derecho, Casper, CIRRUS):** High-performance computing platforms for running complex hydrological and AI models at scale.  These support simulations of water-energy interactions, such as forecasting water scarcity impacts on power generation, and facilitate community access for regional partnerships with utilities and Western institutions.

- **Community Research Earth Digital Intelligence Twin (CREDIT) Platform:** An AI-focused platform that lowers barriers to using machine learning for weather and earth system modeling. It could accelerate AI-enabled tools for hydropower forecasting and water risk assessments, aligning with initiative aims for deployable technologies.

**Laboratory Functions**

- Research Applications Laboratory (RAL): Focuses on applied hydrology, water systems, and AI/ML for decision-support tools. It develops and deploys models like WRF-Hydro for water forecasting, supporting energy-water security through partnerships on drought management

NSF_AR_00004064

and infrastructure resilience in Western basins.

- Mesoscale & Microscale Meteorology Laboratory (MMM): Provides weather modeling inputs (e.g., precipitation, evaporation) for hydrological systems, enhancing predictions of water availability for energy production without emphasizing non-aligned aspects.

- Computational & Information Systems Laboratory (CISL): Manages AI and computing infrastructure, including community AI tools for hydrological applications. It supports building and deploying AI-based forecasting for water-energy challenges.

**Observational and Partnership Functions**

- Regional Partnerships in Western States:  Collaborations with institutions including the University of Nevada, Las Vegas and others for hydrological research, including streamflow systems tailored to drought basins and utilities. These align with initiative goals for localized solutions to water-energy vulnerabilities.

---

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 12:24 PM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** RE: historical funding for NCAR

---

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 11:56 AM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** FW: historical funding for NCAR

---

**From:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 11:39 AM
**To:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>; Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Nick,

Below is what we've been able to gather so far on NCAR activities. We formatted the information in the style of talking points to facilitate consumption and use by the 2nd Floor. We intend to update this information on a rolling basis once NSF sends John the

NSF_AR_00004065

information they promised to gather, but wanted to get this initial version to you now.

Regards,

Sam

- **What we're taking action against:**
  - NCAR has funded a lot of research on climate change caused by humans, including significant work at the Climate and Global Dynamics Laboratory, which studies climate variability, long-term climate change, and the role of human activities in global warming. This work directly supports international agreements like the Paris Accord which this Administration does not support.
  - The Atmospheric Chemistry Observations & Modeling Lab investigates greenhouse gasses and other chemical processes related to climate change, which informs regulations on emissions that the Administration does not support.
  - The Earth System Predictability Across Timescales program and the System for Integrated Modeling of the Atmosphere both do work related to climate change, contrary to Administration policy. These activities will be redirected to focus on weather and space weather that have direct and beneficial impacts on the Nation.
  - NCAR also has long-running DEI initiatives like the UCAR/NCAR Equity and Inclusion program.
- **Things that NCAR does well that we are keeping:**
  - Its Wyoming supercomputer is an asset that NSF will continue to fund. It just received a major upgrade in 2023. We're proposing to transfer it to a different management entity (the University of Wyoming) and will refocus its work away from climate.
  - The Mauna Loa Observatory that supports research on Sun-Earth interactions to improve weather and space weather forecasting will likely be transferred to a different management entity, but NSF will continue to support it.

**Background info:**
- NCAR's four physical locations and plans for them under the current proposal:
  - Mesa Lab in Boulder, CO – Director's statement to USA Today said this will be closed.
  - Research Aviation Facility in CO – hosts two aircraft that we are looking to transfer ownership/relocate.
  - Supercomputer in Cheyenne, WY – University of Wyoming would take over management.
  - Mauna Loa Solar Observatory in HI – NSF will continue to support it but will responsibility to a different management entity.

Sam Black
Chief, Science and Space Branch (Acting)
Office of Management and Budget
Executive Office of the President
Email: Samuel_J_Black@omb.eop.gov
Mobile: 202-395-1422 (no SMS)

NSF_AR_00004066

**From:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 9:57 AM
**To:** Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>; Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Hi Nick,

1. Sam confirmed with you that the NSF MBV on MAX is final.
2. Please see attached for final NSF FY27 Passback. We are still working on the Settlement document and can share the draft with you when it's complete.
3. We have some qualitative descriptions of climate research that NCAR has funded in the past, however programmatic funding levels of climate vs non-climate activities at NCAR is below the level at which we have visibility. I've sent NSF a request for funding data and hope to have more for you by mid-day today. In the meantime, we'll work on some background info and talking points regarding the different components of NCAR involved in the news release last night.

Yi





NSF_AR_00004068

**From:**      Stone, Brian
**To:**        Pasquantino, John C. EOP/OMB
**Subject:**   Re: historical funding for NCAR
**Date:**      Wednesday, December 17, 2025 12:37:36 PM

Super helpful.  Many of these already track with what we consider aligned.  Thanks for sharing and will use this to inform our response to you.

**Brian Stone**
**Chief of Staff**
Performing the Duties of the NSF Director
**Office:** 703-292-7458
**Mobile:** 703-389-5688

**From:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 12:23:34 PM
**To:** Stone, Brian <brian.stone@nsf.gov>
**Subject:** [EXTERNAL] - RE: historical funding for NCAR

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 11:56 AM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** FW: historical funding for NCAR

**From:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 11:39 AM
**To:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>; Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Nick,

Below is what we've been able to gather so far on NCAR activities. We formatted the information in the style of talking points to facilitate consumption and use by the 2nd Floor. We intend to update this information on a rolling basis once NSF sends John the information they promised to gather, but wanted to get this initial version to you now.

Regards,

Sam

- **What we're taking action against:**
  - NCAR has funded a lot of research on climate change caused by humans, including significant work at the Climate and Global Dynamics Laboratory, which studies climate variability, long-term climate change, and the role of human activities in global warming. This work directly supports international agreements like the Paris Accord which this Administration does not support.
  - The Atmospheric Chemistry Observations & Modeling Lab investigates greenhouse gasses and other chemical processes related to climate change, which informs regulations on emissions that the Administration does not support.
  - The Earth System Predictability Across Timescales program and the System for Integrated Modeling of the Atmosphere both do work related to climate change, contrary to Administration policy. These activities will be redirected to focus on weather and space weather that have direct and beneficial impacts on the Nation.
  - NCAR also has long-running DEI initiatives like the UCAR/NCAR Equity and Inclusion program.
- **Things that NCAR does well that we are keeping:**
  - Its Wyoming supercomputer is an asset that NSF will continue to fund. It just received a major upgrade in 2023. We're proposing to transfer it to a different management entity (the University of Wyoming) and will refocus its work away from climate.
  - The Mauna Loa Observatory that supports research on Sun-Earth interactions to improve weather and space weather forecasting will likely be transferred to a different management entity, but NSF will continue to support it.

**Background info:**
- NCAR's four physical locations and plans for them under the current proposal:
  - Mesa Lab in Boulder, CO – Director's statement to USA Today said this will be closed.
  - Research Aviation Facility in CO – hosts two aircraft that we are looking to transfer ownership/relocate.
  - Supercomputer in Cheyenne, WY – University of Wyoming would take over management.
  - Mauna Loa Solar Observatory in HI – NSF will continue to support it but will responsibility to a different management entity.

Sam Black
Chief, Science and Space Branch (Acting)
Office of Management and Budget

NSF_AR_00004070

Executive Office of the President
Email: Samuel_J_Black@omb.eop.gov
Mobile: 202-395-1422 (no SMS)

---

**From:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 9:57 AM
**To:** Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>; Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Hi Nick,

1. Sam confirmed with you that the NSF MBV on MAX is final.
2. Please see attached for final NSF FY27 Passback. We are still working on the Settlement document and can share the draft with you when it's complete.
3. We have some qualitative descriptions of climate research that NCAR has funded in the past, however programmatic funding levels of climate vs non-climate activities at NCAR is below the level at which we have visibility. I've sent NSF a request for funding data and hope to have more for you by mid-day today. In the meantime, we'll work on some background info and talking points regarding the different components of NCAR involved in the news release last night.

Yi





NSF_AR_00004072

| | |
|---|---|
| **From:** | Pasquantino, John C. EOP/OMB |
| **To:** | Stone, Brian |
| **Subject:** | [EXTERNAL] - RE: historical funding for NCAR |
| **Date:** | Wednesday, December 17, 2025 12:25:31 PM |
| **Attachments:** | NCAR Policy Aligned Keep List.docx |

This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** Pasquantino, John C. EOP/OMB
**Sent:** Wednesday, December 17, 2025 11:56 AM
**To:** 'Stone, Brian' <brian.stone@nsf.gov>
**Subject:** FW: historical funding for NCAR

**From:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 11:39 AM
**To:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>; Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Nick,

Below is what we've been able to gather so far on NCAR activities. We formatted the information in the style of talking points to facilitate consumption and use by the 2nd Floor. We intend to update this information on a rolling basis once NSF sends John the information they promised to gather, but wanted to get this initial version to you now.

Regards,

Sam

- **What we're taking action against:**
  - NCAR has funded a lot of research on climate change caused by humans, including significant work at the Climate and Global Dynamics Laboratory, which studies climate variability, long-term climate change, and the role of human activities in global warming. This work directly supports international agreements like the Paris Accord which this Administration does not support.
  - The Atmospheric Chemistry Observations & Modeling Lab investigates greenhouse gasses and other chemical processes related to climate change, which informs regulations on emissions that the Administration does not support.

NSF_AR_00004073

- The Earth System Predictability Across Timescales program and the System for Integrated Modeling of the Atmosphere both do work related to climate change, contrary to Administration policy. These activities will be redirected to focus on weather and space weather that have direct and beneficial impacts on the Nation.
  - NCAR also has long-running DEI initiatives like the UCAR/NCAR Equity and Inclusion program.
- **Things that NCAR does well that we are keeping:**
  - Its Wyoming supercomputer is an asset that NSF will continue to fund. It just received a major upgrade in 2023. We're proposing to transfer it to a different management entity (the University of Wyoming) and will refocus its work away from climate.
  - The Mauna Loa Observatory that supports research on Sun-Earth interactions to improve weather and space weather forecasting will likely be transferred to a different management entity, but NSF will continue to support it.

**Background info:**
- NCAR's four physical locations and plans for them under the current proposal:
  - Mesa Lab in Boulder, CO – Director's statement to USA Today said this will be closed.
  - Research Aviation Facility in CO – hosts two aircraft that we are looking to transfer ownership/relocate.
  - Supercomputer in Cheyenne, WY – University of Wyoming would take over management.
  - Mauna Loa Solar Observatory in HI – NSF will continue to support it but will responsibility to a different management entity.

Sam Black
Chief, Science and Space Branch (Acting)
Office of Management and Budget
Executive Office of the President
Email: Samuel_J_Black@omb.eop.gov
Mobile: 202-395-1422 (no SMS)

**From:** Pei, Yi EOP/OMB <Liuyi.N.Pei@omb.eop.gov>
**Sent:** Wednesday, December 17, 2025 9:57 AM
**To:** Flocken, Nicholas I. EOP/OMB <Nicholas.I.Flocken@omb.eop.gov>
**Cc:** Black, Sam EOP/OMB <Samuel_J_Black@omb.eop.gov>; Pasquantino, John C. EOP/OMB <John_Pasquantino@omb.eop.gov>; Sampson, William F. EOP/OMB <William.F.Sampson@omb.eop.gov>; Levenbach, Stuart EOP/OMB <Stuart.Levenbach@omb.eop.gov>
**Subject:** RE: historical funding for NCAR

Hi Nick,

1. Sam confirmed with you that the NSF MBV on MAX is final.
2. Please see attached for final NSF FY27 Passback. We are still working on the Settlement document and can share the draft with you when it's complete.

NSF_AR_00004074

3. We have some qualitative descriptions of climate research that NCAR has funded in the past, however programmatic funding levels of climate vs non-climate activities at NCAR is below the level at which we have visibility. I've sent NSF a request for funding data and hope to have more for you by mid-day today. In the meantime, we'll work on some background info and talking points regarding the different components of NCAR involved in the news release last night.

Yi



NSF_AR_00004075



NSF_AR_00004076

**Policy Aligned Functions**

Modeling

- Weather (MPAS)
- Fire weather (WRF-Fire)
- Water (WRF-Hydro)
- Space weather (WACCM-X, MAGE)

Blurb: NOAA's highest priority is improving weather modeling. NCAR developed MPAS with Universities. NOAA recently made the decision to switch from its previous model (FV3) to the NCAR-developed model (MPAS). This model is the future of weather forecasting and will enable NOAA to reclaim forecasting superiority. Other NCAR-developed models for fire weather, space weather, and water are also aligned with Administration priorities and will enable improvements to keep Americans safe.

Compute

- Derecho (large supercomputer)
- Casper (smaller supercomputer)
- CIRRUS (cloud infrastructure system)

Blurb: NCAR's supercomputer assets allow the modeling community and universities to collaborate and improve forecasting techniques. These facilities are located at Cheyenne, Wyoming.

Aircraft

- Gulfstream V
- C-130
- King Air

Blurb: NCAR has three research aircraft that are all used for weather, air chemistry/quality, and space weather research. These aircraft could be transitioned to NOAA's fleet of aircraft to continue research needs and operational mission resilience (for example, NOAA's hurricane hunter fleet)

NSF_AR_00004077

Labs

- Research Applications Lab
- Mesoscale & Microscale Meteorology Lab
- High Altitude Observatory
- Computational & Information Systems Lab
- Atmospheric Chemistry Observations & Modelling Lab

Blurb: These NCAR labs are responsible for research related to policy aligned priorities of weather, fire weather, space weather, and water modeling. They also manage and support the observation networks that are needed for research improvements. For example, the High Altitude Observatory manages the Mauna Loa Solar Observatory in Hawaii which improves our space weather knowledge and research.

**Locations with existing aligned programs**

- Oklahoma
- North Carolina
- Florida
- Wisconsin
- Pennsylvania

**Other Functions**

- Education, Engagement & Erly-Career Development
- Earth Observing Lab
- Climate & Global Dynamics Lab

Blurb: These NCAR labs and their research/mission can be best supported by transitioning to better-aligned university programs across the country. For instance, the Education lab's mission can be assisted by University programs and may be duplicative with federal agency Education programs. Likewise, the Earth Observing Lab works on instrument fabrication, which is also tasked within federal agencies already. Aligning these lab functions with existing academic programs will yield improved research and provide a better value for the American taxpayer.

NSF_AR_00004078