**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-CV-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

     Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION;
BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation;
NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION;
NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and
Atmosphere and Administrator of the National Oceanic and Atmospheric Administration;
UNITED STATES DEPARTMENT OF COMMERCE;
HOWARD LUTNICK, in his official capacity as Secretary of Commerce;
UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and
RUSSELL VOUGHT, in his official capacity as Director of the United States Office of
Management and Budget,

     Defendants.

---

**ORDER GRANTING UNIVERSITY OF WYOMING'S MOTION FOR LEAVE TO FILE
AN AMICUS BRIEF**

---

THIS MATTER comes before the Court on The University of Wyoming's ("UW") Motion

for Leave to file an Amicus Brief. Having reviewed the filing, applicable law, and being otherwise

fully advised the Court finds that the Proposed Brief and Motion are timely filed. The Court further

finds that UW has an interest in Plaintiff's Motion for Preliminary Injunction and UW's Proposed

Brief is both desirable and relevant to the disposition of the preliminary injunction.

IT IS ORDERED that UW's Motion is GRANTED.

IT IS FURTHER ORDERED that Exhibit A, UW's Proposed Brief, is accepted for filing

and will be considered by the Court in ruling on Plaintiff's Motion for Preliminary Injunction.

DATED this 30th day of April, 2026.

R. BROOKE JACKSON
UNITED STATES DISTRICT JUDGE