### <u>DECLARATION OF ALISHA SWOFFORD</u>

I, Alisha Swofford, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in the following Declaration is based on my personal knowledge.

2.      I am the Chief Operating Officer of UCAR Operations at the University Corporation for Atmospheric Research ("UCAR").  UCAR is the managing entity for the National Center for Atmospheric Research ("NCAR"), which operates and maintains the NCAR-Wyoming Supercomputing Center ("NWSC") in Cheyenne, Wyoming.  In my job, I regularly interact with the National Science Foundation ("NSF") on matters of oversight, operations, and administration pertaining to NCAR and the NWSC.

3.      On January 28, 2026, I participated in a biweekly check-in meeting with Steven Ellis of the NSF Office of Research Infrastructure.  During that meeting, I asked Mr. Ellis several questions about the Dear Colleague Letter ("DCL") that NSF had issued in connection with NCAR.  Mr. Ellis informed me that "external parties"—meaning parties external to NSF—were interested in the DCL process moving expeditiously.  He described an "expedited process" as "what is desired by external stakeholders" and used the phrase "building the plane during takeoff" to characterize the pace at which NSF was proceeding.

4.      On March 11, 2026, I attended a videoconference meeting organized by NSF regarding the transfer of the NWSC to the University of Wyoming or an alternate third-party managing entity.  I took contemporaneous notes during the meeting, which I reviewed in order to prepare this Declaration.

- 1 -

Docusign Envelope ID: F257C562-E23E-89A8-80C6-CAD82DEACC0E

5.      At the March 11 meeting, Mr. Ellis stated that the meeting was "only about NWSC transition plans."  He told us that NSF is going to transfer NWSC operations and maintenance activities but not research and development.  He then said: "This is a decision made, so next steps will be how we implement."  Mr. Ellis also acknowledged that, "[l]iterally lives and safety are dependent on the work that takes place at the center" and added, "I know this is tense and emotional.  We're all just doing what's required of us at this point."

6.      Mr. Ellis informed us that NSF is under pressure to urgently show progress though he did not have a "good answer" as to why.  His explanation for why the transfer was happening was: "Because NSF has said so."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2026 at Boulder, Colorado.

DocuSigned by:

FF597EE6E5264A6...

Alisha Swofford

- 2 -

DECLARATION OF ALISHA SWOFFORD