## <u>DECLARATION OF KRISTA LAURSEN</u>

I, Krista Laursen, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth in the following Declaration is based on my personal knowledge.

2. I am the Assistant Director of the Facilities & Large Projects Office and the Project Management Office at the National Center for Atmospheric Research ("NCAR"), within the Director's Office.

3. On March 11, 2026, I attended a videoconference meeting organized by the National Science Foundation ("NSF") to discuss NSF's transfer of the NCAR-Wyoming Supercomputing Center ("NWSC"). I took contemporaneous notes during the meeting, which I reviewed in order to prepare this Declaration.

4. At the meeting, Steven Ellis of NSF told us that NSF is going to transfer NWSC operations and maintenance activities but not research and development. Mr. Ellis did not describe the transfer as a proposal, a possibility, or something still under consideration. Mr. Ellis also told us that NSF is under "considerable schedule pressure," there will be more requests for information coming, and NCAR should treat those requests "with a high degree of urgency."

5. I was tasked with several action items to facilitate NSF's transfer decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2026, at Boulder, Colorado.



Krista Laursen

- 1 -

DECLARATION OF KRISTA LAURSEN