## <u>DECLARATION OF HOLLY GILBERT</u>

I, Holly Gilbert, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in the following Declaration is based on my personal knowledge.

2.      I am the Interim Deputy Director at the National Center for Atmospheric Research ("NCAR"), which is managed by the University Corporation for Atmospheric Research.

3.      On March 11, 2026, I attended a videoconference meeting organized by the National Science Foundation ("NSF") regarding the transfer of the NCAR-Wyoming Supercomputing Center ("NWSC").  Steven Ellis of the NSF Office of Research Infrastructure led the meeting.

4.      At the meeting, Mr. Ellis confirmed that the decision to transfer responsibilities related to the NWSC had been made and that the decision was final.  When asked why the decision had been made, Mr. Ellis's response was: "Because NSF said so."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2026, at Boulder, Colorado.



DocuSigned by:

Holly Gilbert

CB1C03CE5076490...

Holly Gilbert

- 1 -

DECLARATION OF HOLLY GILBERT