## <u>DECLARATION OF RACHEL WRAY</u>

I, Rachel Wray, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.      I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in the following Declaration is based on my personal knowledge.

2.      I am the Assistant Director of Operations at the National Center for Atmospheric Research ("NCAR"), which is managed by the University Corporation for Atmospheric Research ("UCAR").

3.      As Assistant Director of Operations at NCAR, I am responsible for operational and administrative aspects of the management of NCAR, including assisting with the assessment of the impacts of staffing needs in the various laboratories and programs comprising NCAR to meet research priorities, including but not limited to the Computational & Information Systems Lab ("CISL"); Education, Engagement & Early Career Development and Advanced Study Program ("EdECS/ASP"); Earth Observing Laboratory ("EOL"); Mesoscale and Microscale Meteorology Lab ("MMM"); and Research Applications Laboratory ("RAL").

4.      Since the National Science Foundation ("NSF") announced its intent to restructure critical weather science infrastructure at NCAR, on December 17, 2025, the various laboratories and programs comprising NCAR have faced staffing challenges that jeopardize NCAR's ability to meet research priorities and carry out work under various federal awards, including the attrition of key, high-performing employees and the rejection of job offers made to prospective NCAR employees.

Docusign Envelope ID: 075CDEF4-7C4E-8337-809A-C6A2587333F4

5.      These staffing challenges are particularly significant for laboratories and programs that rely on infrastructure specifically cited in NSF's announcement—the NCAR-Wyoming Supercomputing Center ("NWSC") as well as the Gulfstream V and an EC-130 research aircraft. These laboratories include CISL, RAL and EOL.

6.      Since NSF's announcement in December 2025, eight employees have voluntarily separated from employment with CISL, ranging from a Student Assistant to NWSC's High-Performance Computing ("HPC") Director.  Citing the instability and uncertainty caused by NSF's actions and transfer of NWSC, four of the eight departing employees explained that the uncertain future of CISL and NCAR was the reason for their separation from employment, including the most-recent resignations of a Software Engineer/Programmer II and HPC Consultant III on April 10, 2026 and April 20, 2026, respectively.  Citing the same reason, the candidate referenced above rejected an offer of employment as a scientist with CISL despite NCAR's efforts to provide a relocation and signing bonus.

7.      The attrition and inability to hire for CISL, which includes employees assigned to providing research consulting services for HPC at NWSC, has resulted in three critical positions in CISL's HPC Consulting Services Section remaining unstaffed, resulting in a significantly degraded level of support for users of NWSC supercomputing capabilities.

8.      Similarly, at least thirteen other employees from EOL, MMM, and RAL have voluntarily separated from employment with NCAR since January 31, 2026.  All thirteen identified job uncertainty and the uncertain future of NCAR as the reason for their separation for employment, including an employee who separated as recently as April 22, 2026 and four employees who will separate between May 3, 2026 and September 30, 2026.

9.      In addition, three employees in NCAR's Flight Operation groups at NCAR's Research Aviation Facility ("RAF"), which supports EOL research missions and activities, have resigned from full-time employment on or after April 10, 2026.  Those employees included

- 2 -
DECLARATION OF RACHEL WRAY

Docusign Envelope ID: 075CDEF4-7C4E-8337-809A-C6A2587333F4

NCAR's Aviation Operations Manager and NCAR's Chief of Maintenance. NCAR's Chief Pilot has also notified EOL leadership that he has an offer of employment from a private aviation company.

10. In light of two upcoming field campaigns requiring use of NCAR's research aircraft, including a NASA-funded campaign, NCAR incurred significant expense to extend retention bonuses, on April 17, 2026, to nine key Flight Operations employees in order to ensure that NCAR can continue to meet its contractual commitments relating to fulfilling these two field campaigns.

11. Finally, five candidates for NSF NCAR Earth System Science Internships ("NESSIs") or postdoctoral students have also declined employment and internship opportunities for the upcoming year, which is highly unusual as such opportunities have traditionally been highly sought after. At least one candidate expressly identified ongoing uncertainty surrounding the future of NCAR as a factor in his decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2026, at Boulder, Colorado.



Rachel Wray