## DECLARATION OF CHRISTINE WIEDINMYER

I, Christine Wiedinmyer, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set forth in the following Declaration is based on my personal knowledge.

2. I am the Director of UCAR Community Programs ("UCP"), a division of the University Corporation for Atmospheric Research ("UCAR"). UCP partners with universities; fosters public, private and academic partnerships; and provides critical services to federal agencies and universities. In addition, UCP works with international partners to provide research training and support.

3. As Director of UCP, I am responsible for the management and operations of UCP. In connection with my duties, I oversee and am responsible for overseeing management of staffing levels across UCP to ensure that they are sufficient to carry out UCP's programming, including programming funded by grants received from, and contracts with, third parties and federal agencies, including the National Science Foundation ("NSF"), the National Oceanic and Atmospheric Administration ("NOAA"), the National Aeronautics and Space Administration ("NASA"), United States Air Force ("USAF") and United States Space Force ("USSF").

4. In the past year, since April 11, 2025, 27 UCP employees have voluntarily separated from employment with UCAR. Nine of those separations occurred after NSF's December 17, 2025 announcement of its intent to restructure critical weather science infrastructure at NCAR. Two of the employees who left after December 17, 2026, and provided reasons for their departure specifically cited funding uncertainties as among their reasons for

- 1 -
DECLARATION OF CHRISTINE WIEDINMYER

Docusign Envelope ID: 3AAF4163-BB4E-8A5A-838D-9E51D1AF4B46

resigning.  Three of resignations occurred after April 3, 2026—with effect termination dates between April 8, 2026, and April 24, 2026.  Employee retention challenges have already adversely impacted UCP's ability to carry out its programming and satisfy its funded obligations.

5.    The ongoing attrition of employees attributable due to the uncertainties created by NSF actions as well as the uncertainties and instability of NOAA budgets will continue to adversely impact UCP's ability to carry out its programming and satisfy the terms and conditions of funded awards.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2026, at Boulder, Colorado.

Signed by:

Christine Wiedinmyer

131400D968FE44A...

Christine Wiedinmyer

- 2 -

DECLARATION OF CHRISTINE WIEDINMYER