### SECOND DECLARATION OF KRISTA LAURSEN

I, Krista Laursen, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration.  The evidence set forth in the following Declaration is based on my personal knowledge.

2.    I am Assistant Director for the Facilities & Large Projects Office at the National Center for Atmospheric Research ("NCAR"), which is managed by the University Corporation for Atmospheric Research ("UCAR").

3.    I have reviewed the Amicus Curiae Brief of the University of Wyoming ("UW Br."), filed on April 29, 2026, in this matter ("UW Br.").  I submit this declaration to address certain factual assertions in that brief regarding UW's purported "hands-on experience" with the NCAR-Wyoming Supercomputing Center ("NWSC") and its claimed readiness to assume operation and maintenance of the NWSC facility.

4.    In its Amicus Brief, UW asserts that it "has a history of practical, hands-on experience with the NWSC that is at the heart of UCAR's Motion."  UW Br. at 4.  While UW does manage allocations on the NWSC "Derecho" system through the Wyoming-NCAR Alliance, and its faculty and students benefit from those high-performance computing ("HPC") allocations, the "hands-on experience" UW describes is experience using HPC resources housed inside the NWSC—i.e., running computational jobs on Derecho.  This is fundamentally different from operating and maintaining the NWSC facility itself.  Based on my personal knowledge, I am not aware of any direct involvement by UW in the day-to-day operation and maintenance of

DECLARATION OF KRISTA LAURSEN

Docusign Envelope ID: AB6711C4-93AD-8A43-83BB-88421C7D4983

the NWSC facility.  Indeed, UW's brief appears in several places to conflate the HPC resources inside the NWSC with the NWSC facility infrastructure; these are not one and the same.

5.    UW's brief further asserts that it "has also established a proven track record of managing NSF's Mid-scale Research Infrastructure, which is on a similar scale to the NWSC Derecho system."  UW Br. at 5.  I find this assertion to be misleading, as it is my understanding that UW is not being asked to take over management of Derecho. Section 11.3.2(d) of the Use Agreement expressly provides that federally funded equipment "such as supercomputers, mass storage systems, etc., will not be transferred to UW under the purchase/transfer agreement." Dtk. 35-3.  Any experience UW may have with a mid-scale research instrument is therefore not relevant to its readiness to assume operation of the NWSC facility.  Moreover, managing a research instrument project does not translate to the expertise necessary to own and operate a specialized supercomputing center with continuous, round-the-clock operational demands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2026, at Boulder, Colorado.

DocuSigned by:

*krista laursen*

45D1C9066E8142F...

Krista Laursen

- 2 -

DECLARATION OF KRISTA LAURSEN