**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

Defendants.

---

**CONSENT MOTION TO SUSPEND
DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT
PENDING FINAL RESOLUTION OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

---

Pursuant to D. Colo. Local Civil Rule 6.1(a) and Federal Rule of Civil Procedure 6(b), the Parties hereby stipulate and agree as follows:

1. Plaintiff in this case filed suit on March 16, 2026. ECF 1. The Complaint was served on March 17, 2026.

2. Therefore, Defendants' response to the Complaint is due May 18, 2026. Fed. R. Civ. P. 12(a)(2).

3. On April 3, 2026, Plaintiff filed a Motion for Preliminary Injunction. ECF 18, ECF 19. The Motion is fully briefed. ECF 32, ECF 40.

4. The Motion for Preliminary Injunction implicates issues that relate to jurisdiction over and the merits of this case writ large. Therefore, it would

be most efficient, and the best use of the parties' and judicial resources, to suspend Defendants' deadline to respond to the Complaint until the Court issues a final ruling on the Plaintiff's Motion for Preliminary Injunction and it is finally resolved, to include any appeals.

5. Plaintiff UCAR consents to suspend Defendants' response deadline. Plaintiff reserves all rights, including a motion to lift the stay if warranted.

6. Wherefor, for good cause shown, the Parties hereby stipulate and agree that the Court should order that Defendants' deadline to respond to the Complaint is SUSPENDED until Plaintiff's Motion for Preliminary Injunction is finally resolved, to include any appeals.

7. No other deadlines in this case would be affected by the proposed stipulated suspension.

Dated: May 2, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Director
Civil Division
Federal Programs Branch

/s/ *Marianne F. Kies*
MARIANNE F. KIES
ALEX SEVERANCE
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch

2

1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Pursuant to D.C.COLO.LCivR 6.1(c), I certify that a copy of the foregoing motion will be served on agency counsel for the Agency Defendants in this case.

<u>s/ Marianne F. Kies</u>
Marianne F. Kies
Trial Attorney
U.S. Department of Justice