IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Civil Action:        1:26-cv-01061-RBJ                     Date:  May 7, 2026
Courtroom Deputy:    Heidi L. Guerra                      Court Reporter:  Kevin Carlin

---

| *Parties* | *Counsel* |
|---|---|
| UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH, <br><br><br>**Plaintiff,**<br><br>**v.** | *Austin Patrick Reagan*<br>*Bram M. Alden*<br>*Emilie Anne Miner*<br>*Michael M. Purpura* |
| NATIONAL SCIENCE FOUNDATION, <br>BRIAN STONE, in his official capacity as Acting Director of the National Science Foundation, <br>NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, <br>NEIL JACOBS, in his official capacities as Under Secretary of Commerce for Oceans and Atmosphere and Administrator for the National Oceanic and Atmospheric Administration, <br>UNITED STATES DEPARTMENT OF COMMERCE, <br>HOWARD LUTNICK, in his official capacity as Secretary of Commerce, <br>UNITED STATES OFFICE OF MANAGEMENT AND BUDGET, and <br>RUSSELL VOUGHT, in his official capacity as Director of the United States Office of Management and Budget, <br><br>**Defendants** | *Marianne F. Kies*<br>*(via VTC)* |

---

### COURTROOM MINUTES

---

**PRELIMINARY INJUNCTION HEARING**

Court in Session: 9:02 a.m.

Appearances of counsel.

Argument, given by Mr. Purpura for plaintiff, on Plaintiff's [18] Motion for Preliminary Injunction with questions from the Court.

Court in Recess: 10:09 a.m.
Court in Session: 10:30 a.m.

Argument, given by Ms. Kies for the defendants, on Plaintiff's [18] Motion for Preliminary Injunction with questions from the Court.

Rebuttal by Mr. Purpura for plaintiff, on Plaintiff's [18] Motion for Preliminary Injunction with questions from the Court.

Clarification by Ms. Kies for the defendants, on Plaintiff's [18] Motion for Preliminary Injunction with questions from the Court.

**ORDERED:  Plaintiff's [18] Motion for Preliminary Injunction is TAKEN UNDER ADVISEMENT.**

Court in Recess:  11:44 a.m.          Hearing concluded.          Total time in Court: 02:21