## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

    Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

    Defendants.

---

## PLAINTIFF UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH'S NOTICE REGARDING ADMINISTRATIVE RECORD

---

At the hearing on UCAR's motion for preliminary injunction, UCAR's counsel informed the Court that while it was still assessing the administrative record, it had counted over 3,100 responses to the National Science Foundation's Dear Colleague Letter (DCL), approximately 84% of which were dated after February 12, 2026 and over 90% of which opposed restructuring of the National Center for Atmospheric Research.  Due to a clerical error that was discovered after the hearing, that figure included approximately 500 pages of the Administrative Record that had been counted twice, leading to an overstatement of the total number of discrete responses and the number of responses post-dating February 12.  Correcting for that error, UCAR now estimates that the public submitted approximately 2,660 responses to the DCL, of which approximately 73% were received after February 12.  The percentage of those responses that oppose restructuring of NCAR remains unchanged at approximately 96%.

UCAR'S NOTICE RE ADMINISTRATIVE RECORD

- 2 -

Although these corrected estimates continue to illustrate the point made at oral argument concerning the review of the responses, we are correcting the record to ensure that the Court has the most accurate information.  We apologize for the mistake and any inconvenience.

Dated:  May 11, 2026                    HUESTON HENNIGAN LLP


By:   */s/ Michael M. Purpura*
Michael M. Purpura
Bram M. Alden
Austin P. Reagan
Emilie A. Miner
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 432-6906
mpurpura@hueston.com