**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-01061-RBJ

UNIVERSITY CORPORATION FOR ATMOSPHERIC RESEARCH,

Plaintiff,

v.

NATIONAL SCIENCE FOUNDATION, *et al.*,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants respectfully seek an extension of time, to September 30, 2026, to respond to Plaintiff's Amended Complaint. Plaintiff does not oppose the relief sought in this Motion. In support thereof, Defendants state the following.

1. Plaintiff filed its Complaint on March 16, 2026. ECF 1 (Compl.). Plaintiff alleged that certain actions undertaken or purportedly directed by Defendants National Science Foundation ("NSF"), the United States Department of Commerce, and the United States Office of Management and Budget violate the Administrative Procedure Act ("APA").

2. Since the filing of the Complaint, NSF produced an administrative record relating to its decision regarding the NCAR-Wyoming Supercomputing Center ("NWSC"), ECF 31; the Parties briefed Plaintiff's motion for preliminary injunction relating to NSF's alleged NWSC decision, ECF 18; and, on June 1, 2026, the Court granted Plaintiff's motion for preliminary injunction, ECF 47.

3. Defendants' deadline to respond to the original Complaint was set for today, August 28, 2026. *See* July 10, 2026, Minute Order.

4. However, on August 26, 2026, Plaintiff filed an Amended Complaint, to which it added, *inter alia*, three new claims against Defendants under FOIA. ECF 54.

5. Under Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the Amended Complaint would be due September 9, 2026.

6. Before Plaintiff amended its Complaint, undersigned lead counsel was scheduled to be on leave from September 1 through September 11, 2026.

7. In light of defense counsel's absence, and the new claims and theories in the Amended Complaint, Defendants respectfully seek an extension of time to respond to the Amended Complaint, to September 30, 2026. This is Defendants' first such request with respect to the Amended Complaint.

8. Per D. Colo. Local Civil Rule 7.1(a), Defendants conferred with Plaintiff, who does not oppose the relief sought.

For the foregoing reasons, and good cause shown, Defendants respectfully seek an extension of time, to September 30, 2026, to respond to the Amended Complaint in this case.

Dated: August 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

/s/ Marianne F. Kies
JOSEPH E. BORSON
MARIANNE F. KIES

Assistant Branch Directors

LINDSEY E. GILMAN
Trial Attorney

Civil Division
Federal Programs Branch
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 353-1819
Marianne.F.Kies@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 28, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of the filing to counsel of record.

*s/ Marianne F. Kies*
Marianne F. Kies
Assistant Branch Director
U.S. Department of Justice