# Exhibit A

**Kies, Marianne F (CIV)**

| | |
|---|---|
| **From:** | Bram Alden <balden@hueston.com> |
| **Sent:** | Thursday, July 23, 2026 9:11 PM |
| **To:** | Kies, Marianne F (CIV); Michael M. Purpura |
| **Cc:** | Rosenberg, Brad (CIV) |
| **Subject:** | [EXTERNAL] RE: UCAR v. NSF - Thursday Call |

Marianne,

Thank you for talking earlier this week and for checking back in. We conferred with our client and are pleased to report that most of their First Amendment concerns have recently been allayed. While there were unusual conditions placed on NCAR's participation in the upcoming NASA media day related to the INSPYRE campaign, and while it took multiple requests over the course of months to secure approval for interviews with filmmaker Lucian Read, the outcome on those projects is acceptable to our client, and we therefore do not now intend to add them to our complaint. The third recent media request that I mentioned, related to an interview with Meteorological Technology International Magazine, is no longer on the table as the reporter hit his deadline. We do not now intend to litigate that matter either.

We are optimistic that the UCAR/NCAR relationship with NSF is moving in the right direction and therefore are not asking you to investigate further at this time. If circumstances change, we will be sure to reach out to you before filing any motion to amend or preliminary injunction request. We appreciate your willingness to work collaboratively with us to try to avoid any additional work for either the parties or the Court. And if you believe the defendants have an appetite for resolution, we're always happy to discuss.

Thanks,
Bram

**Bram Alden**

**HUESTON HENNIGAN** LLP

D: 213-788-4215
balden@hueston.com
Biography

---

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 11:47 AM
**To:** Michael M. Purpura <mpurpura@hueston.com>; Bram Alden <balden@hueston.com>
**Cc:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Subject:** RE: UCAR v. NSF - Thursday Call

Good afternoon,

Thank you for the discussion on Monday. As I requested, can you please send us the communications from NSF about which your clients had concerns, so we can look into them? Or at least tell me who sent them and on what date?

Sincerely,
Marianne

**From:** Kies, Marianne F (CIV)
**Sent:** Friday, July 17, 2026 12:50 PM
**To:** 'Michael M. Purpura' <mpurpura@hueston.com>; Bram Alden <balden@hueston.com>
**Cc:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Subject:** RE: UCAR v. NSF - Thursday Call

Got it. I sent an invite for 630.

**From:** Michael M. Purpura <mpurpura@hueston.com>
**Sent:** Friday, July 17, 2026 12:46 PM
**To:** Bram Alden <balden@hueston.com>; Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc:** Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Subject:** [EXTERNAL] RE: UCAR v. NSF - Thursday Call

I can do 6 or 6:30 eastern on Monday. Making sure we're confusing time zones, we also can do anywhere from 1-4 eastern on Monday.

**Michael M. Purpura**

**HUESTON HENNIGAN LLP**

D: 949.432.6906
mpurpura@hueston.com
Biography

**From:** Bram Alden <balden@hueston.com>
**Sent:** Friday, July 17, 2026 9:44 AM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc:** Michael M. Purpura <mpurpura@hueston.com>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Subject:** RE: UCAR v. NSF - Thursday Call

How about 6:30pm ET on Monday?

**Bram Alden**
D: 213-788-4215

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Friday, July 17, 2026 9:34 AM
**To:** Bram Alden <balden@hueston.com>
**Cc:** Michael M. Purpura <mpurpura@hueston.com>; Rosenberg, Brad (CIV) <Brad.Rosenberg@usdoj.gov>
**Subject:** RE: UCAR v. NSF - Thursday Call

Would 6:00 pm ET on Monday be ok? Just making sure that's within the window you proposed.

I have a call already at 4:30 pm ET on Monday that may run a bit long.

**From:** Bram Alden <balden@hueston.com>
**Sent:** Friday, July 17, 2026 12:10 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc:** Michael M. Purpura <mpurpura@hueston.com>
**Subject:** [EXTERNAL] RE: UCAR v. NSF - Thursday Call

No problem. Could you talk on Monday sometime between 1 and 4pm Eastern?

**Bram Alden**

**HUESTON HENNIGAN LLP**

D: 213-788-4215
balden@hueston.com
Biography

---

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Friday, July 17, 2026 9:01 AM
**To:** Bram Alden <balden@hueston.com>
**Cc:** Michael M. Purpura <mpurpura@hueston.com>
**Subject:** RE: UCAR v. NSF - Thursday Call

Bram and Michael: I am very sorry, but can we please instead meet on Monday or Tuesday? I am trying to gather some information and will not have it by 3 today. I have good availability both days!

---

**From:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Sent:** Tuesday, July 14, 2026 1:21 PM
**To:** Bram Alden <balden@hueston.com>
**Cc:** Michael M. Purpura <mpurpura@hueston.com>
**Subject:** Re: UCAR v. NSF - Thursday Call

No but I can do 3 pm ET on Friday if that works.

Get Outlook for iOS

---

**From:** Bram Alden <balden@hueston.com>
**Sent:** Tuesday, July 14, 2026 12:58:43 PM
**To:** Kies, Marianne F (CIV) <Marianne.F.Kies@usdoj.gov>
**Cc:** Michael M. Purpura <mpurpura@hueston.com>
**Subject:** [EXTERNAL] UCAR v. NSF - Thursday Call

Hi Marianne,

Any chance we could move our Thursday call to 1pm PT / 4pm ET?

Thanks,
Bram

**Bram Alden**

**HUESTON HENNIGAN LLP**

D: 213-788-4215
T: 213.788.4340
balden@hueston.com
Biography

523 West 6th St Suite 400
Los Angeles CA 90014

---

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.